B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Texas

In re  **GTL (USA), Inc.**                                                             Case No.  **15-40248**
                                                     Debtor(s)                         Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Informage SQN Technologies LLC** <br> **3415 Custer Road, Sutie 105** <br> **Plano, TX 75023** | **Shah Alam** <br> **Informage SQN Technologies LLC** <br> **3415 Custer Road, Sutie 105** <br> **Plano, TX 75023** | **Trade Vendor** | | **2,132,599.00** |
| **AutoOpt Networks, Inc.** <br> **280 San MOreno Place, Suite 108** <br> **Fremont, CA 94539** | **Dipesh Shah** <br> **AutoOpt Networks, Inc.** <br> **280 San MOreno Place, Suite 108** <br> **Fremont, CA 94539** | **Trade Vendor** | **Unliquidated Disputed** | **1,394,568.34** |
| **Ascom Network Testing, Inc.** <br> **1943 Isaac Newton Square** <br> **Reston, VA 20190** | **Dragana Mehmetoglu** <br> **Ascom Network Testing, Inc.** <br> **1943 Isaac Newton Square** <br> **Reston, VA 20190** | **Trade Vendor** | | **231,264.66** |
| **Global Proserve Limited** <br> **Electronic Sadan 2, MIDC** <br> **TTC Industrial Area** <br> **Mahape, Navi Mumbai 400 710** | **Global Proserve Limited** <br> **Electronic Sadan 2, MIDC** <br> **TTC Industrial Area** | | | **193,277.73** |
| **Premium Assignment Corporation** <br> **PO Box 8000** <br> **Tallahassee, FL 32314-8000** | **Bob Walczak** <br> **Premium Assignment Corporation** <br> **PO Box 8000** <br> **Tallahassee, FL 32314-8000** | **Insurance Financing** | | **173,195.55** |
| **TRS RenTelco** <br> **1830 West Airfiled Drive** <br> **PO Box 613260** <br> **Dallas, TX 75261-9260** | **Linda Davison** <br> **TRS RenTelco** <br> **1830 West Airfiled Drive** <br> **PO Box 613260** <br> **Dallas, TX 75261-9260** | **Trade Vendor** | | **171,920.19** |
| **BeetaTek, Inc.** <br> **1333 Corporate Dr. Suite 105** <br> **Irving, TX 75038** | **Satya Thapa** <br> **BeetaTek, Inc.** <br> **1333 Corporate Dr. Suite 105** <br> **Irving, TX 75038** | **Trade Vendor** | | **83,837.00** |
| **Hertz Corporation** <br> **Commercial Billing Department 1124** <br> **PO Box 121124** <br> **Dallas, TX 75312-1124** | **Patti J. Salinas** <br> **Hertz Corporation** <br> **Commercial Billing Department 1124** <br> **PO Box 121124** <br> **Dallas, TX 75312-1124** | **Trade Vendor** | **Unliquidated** | **52,768.41** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **GTL (USA), Inc.**                                   Case No.   **15-40248**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **American Express** PO Box 360001 Fort Lauderdale, FL 33336 | **Customer Service** American Express PO Box 360001 Fort Lauderdale, FL 33336 | **Credit Card** | | 51,380.09 |
| **Microlease** 3486 Investment Blvd Hayward, CA 94545 | **Denise Butcher** Microlease 3486 Investment Blvd Hayward, CA 94545 | **Trade Vendor** | | 50,923.16 |
| **Software Quality Leaders, Inc.** 12000 Ford Road, Suite A411 Dallas, TX 75234 | **Amar Uppalapati** Software Quality Leaders, Inc. 12000 Ford Road, Suite A411 Dallas, TX 75234 | **Trade Vendor** | | 47,444.00 |
| **ESA P Portfolio, LLC** Extended Stay America 11525 N. Community House Road Suite 100 Charlotte, NC 28277-3610 | **Kim Moody** ESA P Portfolio, LLC Extended Stay America 11525 N. Community House Road Suite 100 Charlotte, NC 28277-3610 | **Trade Vendor** | | 45,389.74 |
| **Avis Rentals** 7876 Collection Center Drive Chicago, IL 60693 | **Christy Callaghan** Avis Rentals 7876 Collection Center Drive Chicago, IL 60693 | **Trade Vendor** | **Unliquidated** | 42,112.61 |
| **Avis Rentals** 7876 Collection Center Drive Chicago, IL 60693 | **Christy Callaghan** Avis Rentals 7876 Collection Center Drive Chicago, IL 60693 | **Trade Vendor** | **Unliquidated** | 24,933.85 |
| **Origin to Future, Inc.** 181 New Road, Sutie 221 Parsippany, NJ 07054 | **Janardhan Rao** Origin to Future, Inc. 181 New Road, Sutie 221 Parsippany, NJ 07054 | **Trade Vendor** | | 24,918.00 |
| **Texas Workforce Commission** 101 East 15th St Austin, TX 78778 | **Diane Heintz** Texas Workforce Commission 101 East 15th St Austin, TX 78778 | **Unemployment Taxes** | | 10,291.57 |
| **Universal Premium** PO Box 923928 Norcross, GA 30010 | **Universal Premium** PO Box 923928 Norcross, GA 30010 | **Insurance Premium Financing** | | 8,895.05 |
| **VAR Resources** Leasing Cutomer Service MAC N00050055 800 Walnut Street Des Moines, IA 50309-3605 | **VAR Resources** Leasing Cutomer Service MAC N00050055 Des Moines, IA 50309-3605 | **Equipment Lease** | | 8,353.87 |
| **TW Telecom** PO Box 172567 Denver, CO 80217-2567 | **Customer Service** TW Telecom PO Box 172567 Denver, CO 80217-2567 | **Utility** | | 2,959.64 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **GTL (USA), Inc.**                                    Case No. **15-40248**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **All Stars Transportation**<br>**A S Transportation, Inc.**<br>**12415 Coral Drive**<br>**Frisco, TX 75034** | **Sunnt Serai**<br>**All Stars Transportation**<br>**A S Transportation, Inc.**<br>**12415 Coral Drive**<br>**Frisco, TX 75034** | **Trade** | | **2,400.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Senior Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 11, 2015**                    Signature    **/s/ Urmeet S. Juneja**
                                                           **Urmeet S. Juneja**
                                                           **Senior Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.