B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/12)     Case Number **15–40248**

UNITED STATES BANKRUPTCY COURT Eastern District of Texas

# Notice of
# Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 2/9/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
GTL (USA), Inc.
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 15–40248 | 26–2125604 |

Attorney for Debtor(s) (name and address):
Richard G. Grant
Culhane Meadows, PLLC
100 Crescent Court, Suite 700
Dallas, TX 76034
Telephone number: 214–210–2929

## Meeting of Creditors

Date: **March 6, 2015**              Time: **11:30 AM**
Location: **2000 E. Spring Creek Parkway, Plano, TX 75074**

## Deadline to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): **6/4/15**          For a governmental unit: **8/10/15**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number: (972)509–1240 | Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 2/11/15 |

## EXPLANATIONS

B9F (Official Form 9F) (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                   Case No. 15-40248-btr
GTL (USA), Inc.                                                          Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4          User: carterl              Page 1 of 2            Date Rcvd: Feb 11, 2015
                              Form ID: B9f              Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2015.
```
db         +GTL (USA), Inc.,    5200 Tennyson Parkway, Suite 200,    Plano, TX 75024-7147
6892477    +3T Productions, Inc.,    825 Market Street, Building M Suite 205,    Allen, TX 75013-3770
6892478    +All Stars Transportation,    A S Transportation, Inc.,    12415 Coral Drive,
             Frisco, TX 75034-0336
6892480    +Ascom Network Testing, Inc.,    1943 Isaac Newton Square,    Reston, VA 20190-5012
6892481    +Attorney General United States,    Office of the Attorney General,
             Main Justice Building, Room 5111,    10th & Constitution Ave, NW,    Washington, DC 20530-0001
6892482    +AutoOpt Networks, Inc.,    280 San MOreno Place, Suite 108,    Fremont, CA 94539-3666
6892483    +Avis Rentals,    7876 Collection Center Drive,    Chicago, IL 60693-0078
6892484    +BeetaTek, Inc.,    1333 Corporate Dr. Suite 105,    Irving, TX 75038-2516
6892485    +Collin County Tax Collector,    PO Box 8006,    McKinney, TX 75070-8006
6892486     ESA P Portfolio, LLC,    Extended Stay America,    11525 N. Community House Road Suite 100,
             Charlotte, NC 28277-3610
6892487     FedEx,    PO Box 660481,    Pineville, AR 72566
6892488    +Fleetmatics Group, PLC,    1100 Winter Street, 4th Floor,    Waltham, MA 02451-1473
6892491    +HUD,    1600 Throckmorton,    Fort Worth, TX 76102-6600
6892490     Hertz Corporation,    Commercial Billing Department 1124,    PO Box 121124,
             Dallas, TX 75312-1124
6892492    +Informage SQN Technologies LLC,    3415 Custer Road, Sutie 105,    Plano, TX 75023-7554
6892494    +Kadakkal Staffing, LLC,    4105 Madison Bridge Drive,    Suwanee, GA 30024-1331
6892495    +Microlease,    3486 Investment Blvd,    Hayward, CA 94545-3811
6892496    +Nevill Document Solutions,    300 Fellowship Road,    Mount Laurel, NJ 08054-1201
6892497    +Origin to Future, Inc.,    181 New Road, Sutie 221,    Parsippany, NJ 07054-5625
6892498     Premium Assignment Corporation,    PO Box 8000,    Tallahassee, FL 32314-8000
6892499    +Securities and Exchange Commissio,    801 Cherry St # 1,    Fort Worth, TX 76102-6881
6892500    +Small Business Administratio,    4300 Amon Carter Blvd, Ste 114,    Fort Worth, TX 76155-2652
6892501    +Software Quality Leaders, Inc.,    12000 Ford Road, Suite A411,    Dallas, TX 75234-7249
6892507    +TRS RenTelco,    1830 West Airfiled Drive,    PO Box 613260,    Dallas, TX 75261
6892508     TW Telecom,    PO Box 172567,    Denver, CO 80217-2567
6892504     Texas Attorney General,    PO Box 12548,    Austin, TX 78711-2548
6892505     Texas Attorney General,    Bankruptcy Collections Division,    Austin, TX 78711-2548
6892503    +Texas Attorney General,    1412 Main Street Suite 81,    Dallas, TX 75202-4014
6892509     United States Attorney,    3rd Floor, 1100 Commerce St,    Dallas, TX 75242-1699
6892510    +Universal Premium,    PO Box 923928,    Norcross, GA 30010-3928
6892511     VAR Resources,    Leasing Cutomer Service,    MAC N00050055,    800 Walnut Street,
             Des Moines, IA 50309-3605
6892512     WEX Bank,    PO Box 6293,    Carol Stream, IL 60197-6293
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: rgrant@culhanemeadows.com Feb 12 2015 01:38:00      Richard G. Grant,
              Culhane Meadows, PLLC,    100 Crescent Court, Suite 700,    Dallas, TX   76034
ust         +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Feb 12 2015 01:38:16      US Trustee,
              Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
6892479     +EDI: AMEREXPR.COM Feb 12 2015 01:38:00      American Express,    PO Box 360001,
              Fort Lauderdale, FL 33336-0001
6892493      EDI: IRS.COM Feb 12 2015 01:38:00      Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
6892502      E-mail/Text: pacer@cpa.state.tx.us Feb 12 2015 01:38:39
              State Comptroller of Public Accounts,    Revenue Accounting Division,    Bankruptcy Section,
              PO Box 13528,    Austin, TX 78711
6892506     +E-mail/Text: ridpacer@twc.state.tx.us Feb 12 2015 01:38:41      Texas Workforce Commission,
              101 East 15th St,    Austin, TX 78778-0001
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6892489       Global Proserve Limited,    Electronic Sadan 2, MIDC,    TTC Industrial Area,
               Mahape, Navi Mumbai 400 710
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2015                                   Signature:  /s/Joseph Speetjens

```
District/off: 0540-4          User: carterl              Page 2 of 2              Date Rcvd: Feb 11, 2015
                              Form ID: B9f               Total Noticed: 38
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2015 at the address(es) listed below:
              Richard G. Grant    on behalf of Debtor   GTL (USA), Inc. rgrant@culhanemeadows.com,
               grantecf@gmail.com
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 2
```

Case 15-40248    Doc 12    Filed 02/13/15    Entered 02/14/15 00:08:01    Desc Imaged
Certificate of Notice    Page 4 of 4