B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

### Eastern District of Texas

In re    __GTL (USA), Inc._____ ,    Case No. ____15-40248_____

                                   Debtor

Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 10,902,533.47 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 176,402.07 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 263,514.73 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 15,723,550.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| | Total Assets | | 10,902,533.47 | | |
| | | Total Liabilities | | 16,163,467.72 | |

B6A (Official Form 6A) (12/07)

In re   **GTL (USA), Inc.**            ,    Case No.   **15-40248**

            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **GTL (USA), Inc.**                                                    ,  Case No.  **15-40248**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CitiBank Account (Customer Deposit Account) ***-***-5992** | - | 96,323.72 |
| | | | **Citibank Account ***-***-5127** | - | 90.92 |
| | | | **Chase Bank Account *****1586** | - | 246,836.27 |
| | | | **Chase Bank Account *****2980** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposits:** | - | 431,260.00 |
| | | | **Berkeley Telecommunications & Investments B.V. 421,560.00 MBC Management - IL guesthouse 2,100.00 Red Door Management - Indiana guesthouse 1,650.00 Larry Keer - Skokie guesthouse 5,450.00 Legacy Apartments - Plano Guest House 300.00 Legacy Apartments - Plano Guest House 200.00** | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        774,510.91
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **GTL (USA), Inc.**
                                                              ,    Case No.    **15-40248**
_____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **GTL Canada, Inc. (Wholly owned) 2014 Performance: Est. Gross Revenue: $772,000 Est. Gross Profit: $77,000 Est. Net Profit: ($18,000)** | **-** | **Unknown** |
| | | **GTL (SDV), Inc. 49% Ownership No revenue since 2013** | **-** | **0.00** |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **GTL (Canada), Inc.** | **-** | **212,811.07** |
| | | **Global E-Secure** | **-** | **327.72** |
| | | **ADA Cellworks SDN BHD** | **-** | **13,828.74** |
| | | **IGTL Network Services Philippines, Inc.** | **-** | **727.86** |
| | | **Accounts Receivables** | **-** | **5,028,557.35** |
| | | **Accrued Accounts Receivable** | **-** | **139,094.00** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **5,395,346.74** |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **GTL (USA), Inc.**                                                    ,    Case No.    15-40248
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Deferred Income Tax Savings (reflecting NOL Carryforward $7,917,000)** | - | 3,191,167.00 |
| | | **Claims against Kunal Kapai Value of Claims stated does not include consequential damages, punitive damages, costs, and attorneys fees** | - | 90,590.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **GTL Trademark (Reg. No. 3,346,566) license from GTL Limited** | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford F250 VIN: ***9016 FMV Indicated** | - | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

Sub-Total >    3,286,757.00
(Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **GTL (USA), Inc.**       ,       Case No.   **15-40248**

                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment, Software, Computers, Furniture and Fixture (Net Book Value)** | - | 1,272,723.27 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Unearned Insurance Premium** | - | 173,195.55 |

|  |  |
|---|---|
| Sub-Total > | 1,445,918.82 |
| (Total of this page) | |
| Total > | 10,902,533.47 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **GTL (USA), Inc.** , Case No. **15-40248**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Collin County Tax Collector**<br>**PO Box 8006**<br>**McKinney, TX 75070** | - | | | **2015 Ad Valorem Personal Property Taxes**<br><br>**Taxable Personal Property located at Headquarters in Plano**<br>**(Net Book Value)** | | | X | | |
| | | | | Value $          142,287.00 | | | | 3,206.52 | 0.00 |
| Account No.<br><br>**Premium Assignment Corporation**<br>**PO Box 8000**<br>**Tallahassee, FL 32314-8000** | - | | | **Purchase Money Security**<br><br>**Unearned Insurance Premium** | | | | | |
| | | | | Value $          173,195.55 | | | | 173,195.55 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

<u>  0  </u> continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 176,402.07 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 176,402.07 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    **GTL (USA), Inc.**                                                    , Case No.    **15-40248**
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **GTL (USA), Inc.**_____,    Case No.___**15-40248**_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **Insperity PEO Services, L.P.** **545 E. John Carpenter Frwy \| Suite 1200\|** **Irving, TX 75062** | - | | | **Prepetition wages, accrued vacation pay and benefit claims of PEO employees paid pursuant to Court order (44 employees)** | | | | 161,059.16 | 0.00 161,059.16 |
| Account No. **Various Employees** | - | | | **Prepetitition per diem and expense reimbursement** | | | | 12,164.00 | 0.00 12,164.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 173,223.16 | 173,223.16 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    **GTL (USA), Inc.** _____,    Case No. ___**15-40248**_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Asserted penalty for nonfiled returns for Tax Period 12/31/2010 | now on appeal** | | | | | |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | | | X | X | 80,000.00 | 0.00 / 80,000.00 |
| Account No. | | | | | | | | |
| **Texas Workforce Commission** **101 East 15th St** **Austin, TX 78778** | - | | | | | | 10,291.57 | 0.00 / 10,291.57 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2___ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 90,291.57 | 0.00 / 90,291.57 |
| Total (Report on Summary of Schedules) | 263,514.73 | 0.00 / 263,514.73 |

B6F (Official Form 6F) (12/07)

In re   **GTL (USA), Inc.**                                Case No.   **15-40248**

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**3T Productions, Inc.**<br>**825 Market Street, Building M Suite**<br>**205**<br>**Allen, TX 75013** | | - | Server Maintenance | | | | 93.37 |
| Account No.<br><br>**Abdul Qureshi**<br>**The Sharman Law Firm LLC**<br>**11175 Cicero Drive Suite 100**<br>**Alpharetta, GA 30022** | | | Settlement Agreement | | | | 32,000.00 |
| Account No.<br><br>**ADA Cellworks Engineering Pvt Ltd.**<br>**Electronic Sadan 2, MIDC**<br>**TTC Industrial Area**<br>**Mahape Navai Mumbai 400 710** | | - | | | | | 3,760.00 |
| Account No.<br><br>**All Stars Transportation**<br>**A S Transportation, Inc.**<br>**12415 Coral Drive**<br>**Frisco, TX 75034** | | - | Staffing Service | | | | 2,400.00 |

   **7**   continuation sheets attached

Subtotal
(Total of this page)      **38,253.37**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GTL (USA), Inc.** _____,    Case No. ___**15-40248**___
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit Card | | | | |
| American Express PO Box 360001 Fort Lauderdale, FL 33336 | - | | | | | | | 58,840.08 |
| Account No. | | | | Equipment | | | | |
| Ascom Network Testing, Inc. 1943 Isaac Newton Square Reston, VA 20190 | - | | | | | | | 231,264.66 |
| Account No. | | | | Contractor | | | | |
| Atiya Jogezai 6101 Saintsbury Drive Apt 232 The Colony, TX 75056 | - | | | | | | | 1,275.00 |
| Account No. | | | | Lawsuit | | | | |
| AutoOpt Networks  Inc 280 San Moreno Place Suite 108 Fremont, CA 94539 | - | | | | X | X | X | 3,200,000.00 |
| Account No. | | | | Estimated claims for damage to vehicles | | | | |
| Avis Rentals 7876 Collection Center Drive Chicago, IL 60693 | - | | | | X | X | | 66,579.54 |

Sheet no. __1__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,557,959.28**

B6F (Official Form 6F) (12/07) - Cont.

In re __GTL (USA), Inc.__ ,                                    Case No. ___15-40248___
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Transportation | | | | |
| Avis Rentals 7876 Collection Center Drive Chicago, IL 60693 | | - | | | | | | 56,049.57 |
| Account No. | | | | Team Exp | | | | |
| BeetaTek Inc Beetatek Inc. 1333 Corporate Dr. Suite 105 Irving, TX 75038 | | - | | | | | | 127,461.00 |
| Account No. | | | | Subcontractor | | | | |
| Communication Infrastructure Corporation 1000 Town Center Drive Suite 300 Oxnard, CA 93036 | | - | | | | | | 6,000.00 |
| Account No. | | | | Equipment Lease | | | | |
| Electro Rent Corporation 6060 Sepulveda Blvd Van Nuys, CA 91411 | | - | | | | | | 752.34 |
| Account No. | | | | Hotels | | | | |
| ESA P Portfolio L.L.C 11525 N. Community House Road Suite 100 Charlotte, NC 28277-3610 | | - | | | | | | 72,207.19 |

Sheet no. __2__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        262,470.10

B6F (Official Form 6F) (12/07) - Cont.

In re     **GTL (USA), Inc.**                                                                    Case No.    **15-40248**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FedEx Corporation**<br>**2201 W Plano Parkway**<br>**Plano, TX 75075** | - | | **Logistic Services** | | | | 1,077.24 |
| Account No.<br><br>**Fleetmatics Group, PLC**<br>**1100 Winter Street, 4th Floor**<br>**Waltham, MA 02451** | - | | **GPS Vehicle Equipment** | | | | 2,439.75 |
| Account No.<br><br>**Global Proserve Limited**<br>**Electronic Sadan 2, MIDC**<br>**TTC Industrial Area**<br>**Mahape, Navi Mumbai 400 710** | - | | **Outsourcing Expenses** | | | | 193,277.73 |
| Account No.<br><br>**GTL International, Ltd.**<br>**Clarendon House**<br>**2 Church Street**<br>**Hamilton HM 11, Bermuda** | - | | **Loan/Interest/Overhead** | | | | 7,429,005.41 |
| Account No.<br><br>**GTL International, Ltd.**<br>**Clarendon House**<br>**2 Church Street**<br>**Hamilton HM 11, Bermuda** | - | | **Loan Accrued Interest** | | | | 787,049.85 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,412,849.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **GTL (USA), Inc.**                                                    ,        Case No.   **15-40248**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Reimbursed Expenses and other Advances | | | | |
| **GTL Limited Electronic Sadan 2, MIDC TTC Industrial Area Mahape, Navi Mumbai 400710** | | - | | | | | | | 283,742.64 |
| Account No. | | | | | Transportation Rental and Claims | | | | |
| **Hertz Corporation Commercial Billing Department 1124 PO Box 121124 Dallas, TX 75312-1124** | | - | | | | | | X | 66,034.43 |
| Account No. | | | | | Manpower Supply / Staffing Services | | | | |
| **Informage SQN Technologies LLC 3415 Custer Road, Sutie 105 Plano, TX 75023** | | - | | | | | | | 2,596,105.41 |
| Account No. | | | | | Auditor | | | | |
| **Israeloff Trattner & Co CPAs PC 1225 Franklin Avenue Suite 200 GardenCity, NY 11530** | | - | | | | | | | 25,000.00 |
| Account No. | | | | | Assets / Licenses rentals | | | | |
| **JDS Uniphase Corporation 5793 Coolections Center Drive Chicago, IL 60693** | | - | | | | | | | 77,333.54 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,048,216.02

B6F (Official Form 6F) (12/07) - Cont.

In re    **GTL (USA), Inc.**                                                                          Case No.    **15-40248**
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Staffing Services | | | | |
| **Kadakkal Staffing LLC 4105 MADISON BRIDGE DR. Suwanee, GA 30024** | - | | | | | | 1,400.00 |
| Account No. | | | Equipment Leasing | | | | |
| **Microlease 3486 Investment Blvd Hayward, CA 94545** | - | | | | | | 50,969.38 |
| Account No. | | | Lawsuit Settlement | | | | |
| **Mohd Ahsan Peter Gimbel Esq Law Offices of Nadeem H. Makada 1340 Bayshore Highway Burlingame, CA 94010** | - | | | | | | 5,937.50 |
| Account No. | | | Admin Exps | | | | |
| **Nevill Document Solution (acct # 1241024 2825 Story Rd West Irving, TX 75038** | - | | | | | | 40.05 |
| Account No. | | | Subcontractor | | | | |
| **Origin to Future, Inc. 181 New Road, Sutie 221 Parsippany, NJ 07054** | - | | | | | | 24,918.00 |

| Sheet no. __5___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 83,264.93 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re      **GTL (USA), Inc.**                                                                        ,      Case No.      **15-40248**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Rahil Ahmad**<br>**3212 Golden Springs Drive**<br>**Plano, TX 75025** | | - | | Contractor | | | | **510.00** |
| Account No.<br><br>**Software Quality Leaders, Inc.**<br>**12000 Ford Road, Suite A411**<br>**Dallas, TX 75234** | | - | | Subcontractor | | | | **47,444.00** |
| Account No.<br><br>**TBrij LLC ( dba Corporation Cars)**<br>**453 Arbol**<br>**Irving, TX 75039** | | - | | Vehicle Exps | | | | **20,936.67** |
| Account No.<br><br>**TransmediaX**<br>**125 Hopewell Grove Drive**<br>**Suite # 100**<br>**Alpharetta, GA 30004** | | - | | Subcontractor | | | | **4,140.00** |
| Account No.<br><br>**TraveloPod Inc.**<br>**1111 W El Camino Real**<br>**Suite 109-240**<br>**Sunnyvale, CA 94087** | | - | | Admin Exps | | | | **257.60** |

Sheet no.  __6__  of  __7__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**73,288.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **GTL (USA), Inc.** _____ ,    Case No. _____ **15-40248** _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Equipment Lessor | | | | |
| **TRS RenTelco** **1830 West Airfiled Drive** **PO Box 613260** **Dallas, TX 75261-9260** | | - | | | | | | 218,122.04 |
| Account No. | | | | | | | | |
| **TW Telecom** **PO Box 172567** **Denver, CO 80217-2567** | | - | | | | | | 2,959.64 |
| Account No. | | | | Fuel Cards | | | | |
| **Universal Premium** **PO Box 923928** **Norcross, GA 30010** | | - | | | | | | 15,990.08 |
| Account No. | | | | Server Lease | | | | |
| **VAR Resources** **Leasing Cutomer Service** **MAC N00050055** **800 Walnut Street** **Des Moines, IA 50309-3605** | | - | | | | | | 8,353.87 |
| Account No. | | | | Vehicle Exps | | | | |
| **WEX Inc.** **WEX Inc.** **97 Darling Avenue** **So.Portland, ME 04106** | | - | | | | | | 1,823.34 |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 247,248.97 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 15,723,550.92 |

B6G (Official Form 6G) (12/07)

.

In re     **GTL (USA), Inc.**                                                              ,     Case No.     __15-40248__
_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **3T Pro, Inc.**<br>**825 Market Street Bldg M Ste 205**<br>**Allen, TX 75013** | **DFW Online Backup Service Contract** |
| **3T Productions, Inc.**<br>**825 Market St. Bldg M Ste 205**<br>**Allen, TX 75013** | **Consulting Agreement** |
| **Abdul Qureshi**<br>**c/o The Sharman Law Firm LLC**<br>**11175 Cicero Drive Suite 100**<br>**Alpharetta, GA 30022** | **General Release and Settlement Agreement - Litigation** |
| **ACTIX**<br>**45365 Vintage Park Plaza**<br>**Suite 110**<br>**Sterling, VA 20166** | **Software License Agreement** |
| **ADT Security Services - Plano**<br>**P.O. BOX 371878**<br>**Pittsburgh, PA 15250-7878** | **Small Business Contract - Security $49.99/month** |
| **Atiya Jogezai**<br>**6101 Saintsbury Drive Apt 232**<br>**The Colony, TX 75056** | **Consultant Agreement** |
| **Beetatek Inc.**<br>**1333 Corporate Drive Suite 105**<br>**Irving, TX 75038** | **Service Agreement providing rental vehicles** |
| **Bulldog Warehousing**<br>**910 10th Street # 800**<br>**Plano, TX 75074** | **Self-Service Storage Rental Agreement** |
| **Digital Discovery**<br>**8131 LBJ Freeway, Sutie 325**<br>**Dallas, TX 75251** | **Professional Service and Retainer Agreement** |
| **Dish Netowrk**<br>**PO Box 9033**<br>**Littleton, CO 80160** | **Dish Network Service Agrement** |
| **Enterprise Fleet Management, Inc.**<br>**2625 Marketplace**<br>**Harrisburg, PA 17110** | **Maintenance Agreement relating to Master Equity Lease Agreement - Vehicles** |

**3**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **GTL (USA), Inc.** _____ ,    Case No. ___15-40248___
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Enterprise FM Trust**<br>**c/o Enterprise Fleet Managemetn, Inc.**<br>**2625 Marketplace**<br>**Harrisburg, PA 17110** | **Master Equity Lease Agreement - Vehicles** |
| **Extended Stay America** | **Direct Bill Payment Terms Agreement** |
| **Extended Stay Hotels**<br>**11525 N. Community House Road #100**<br>**Charlotte, NC 28277** | **2013 National Partnership Agreement - Extended Stay Hotels** |
| **EZPass**<br>**TOLL BILL Payment Processing Center**<br>**P.O. Box 15183**<br>**Albany, NY 12212-5183** | **Tolltag Agreement** |
| **Fastrak**<br>**62 First Street**<br>**San Francisco, CA 94105** | **Tolltag Agreement** |
| **Fleetmatics**<br>**3030 Salt Creek Lane**<br>**Arlington Heights, IL 60005** | **Commerical Equipment and Subscriber Agreement**<br>**36 month term**<br>**Order Date: 11-15-11; 7-17-12; 9-20-12; 2-21-12;**<br>**5-25-12; 5-25-12; 2-29-12** |
| **GKII Plano, L.P.**<br>**c/o Lincoln Property Commercial, Inc.**<br>**2000 McKinney Ave. Suite 1000**<br>**Dallas, TX 75201-1954** | **Lease Agreement**<br>**5200 Tennyson, Plano, TX** |
| **Global InnovSource Solutions, Pvt. Ltd.**<br>**A-2 Kailas Industrial Complex**<br>**Park Site. Vikhroli (W) Mumbai 400 079** | **Staffing Service Agreement** |
| **Global Value Add Inc**<br>**8765 Stockyard Drive**<br>**Unit 101**<br>**Frisco, TX 75034** | **Business Consulting Services Contract**<br>**$1,250/month** |
| **GreatAmerica Financial Services Corp**<br>**625 First Street SE**<br>**Cedar Rapids, IA 52401** | **Equipment Lease Agreement**<br>**1 WorkCentre 7830PT, fax1, WPK, conv stplr**<br>**$240.17/month - 60 months**<br>**Purchase Option: FMV** |
| **Hertz Corporation**<br>**Commercial Billing Department 1124**<br>**PO Box 121124**<br>**Dallas, TX 75312-1124** | **Corporate Account Agreement - Rental Fleet** |
| **Informage SQN Technologies LLC**<br>**3415 Custer Road, Sutie 105**<br>**Plano, TX 75023** | **Outsourcing Agreement dated 6/24/2013 and Consent to Assignment** |

Sheet ___1___ of ___3___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **GTL (USA), Inc.** _____,    Case No. ___**15-40248**_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Jamie McLain**<br>**c/o Red Door Property Management, Inc.**<br>**3815 River Crossing Pky, Suite 100**<br>**Indianapolis, IN 46240** | **Residential Lease**<br>**6809 Antelope Drive**<br>**Indianapolis, IN**<br>**$1,750/month**<br>**ending 5-24-15** |
| **Jan-Pro Cleaning Systems**<br>**3301 Gateway Drive**<br>**Suite 105**<br>**Irving, TX 75063** | **Cleaning Services Agreement**<br>**$345/month** |
| **Larry Keer**<br>**9360 Skokie Blvd**<br>**#612**<br>**Skokie, IL 60077** | **Residential Lease**<br>**Term ending 3-31-2015**<br>**$2,750/month**<br>**9456 Lavergne Avenue**<br>**Skokie IL 60077** |
| **Legacy Apartments**<br>**6909 Custer Road**<br>**Plano, TX 75023** | **Apartment Lease Contract**<br>**6909 Custer Road Unit 1308**<br>**Plano TX 75023**<br>**$1,680/month** |
| **Legacy Apartments**<br>**6909 Custer Road**<br>**Plano, TX 75023** | **Apartment Lease Contract**<br>**6909 Custer Road Unit 3102**<br>**Plano TX 75023**<br>**$1,525/month** |
| **MBC Management**<br>**1306 South 6th Street**<br>**Springfield, IL 62703** | **Lease Agreement**<br>**6504 Hayley Court**<br>**Springfield, IL 62712**<br>**$2,100/month**<br>**Term Ending 2-21-14** |
| **Mohammed Khateeb Ahsan**<br>**c/o Peter Gimbel Esq**<br>**Law Offices of Nadeem H. Makada**<br>**1340 Bayshore Highway**<br>**Burlingame, CA 94010** | **Settlement Agreement and Release**<br>**10-16-14** |
| **Nevill Business Machines, Inc.**<br>**1305 West Beltline, Suite 320**<br>**Carrollton, TX 75006** | **Equipment Lease**<br>**Sharp MX-2600n Color System**<br>**60 payments at $198.34/month**<br>**Purchase Option: FMV**<br>**Agreement Date: 2-24-2010** |
| **Nevill Document Solutions**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | **Account No. 1241024**<br>**Copier TX lease** |
| **Nevill Document Solutions**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | **Account No. DAH898**<br>**Sharp Printer printing charges and toner** |

Sheet __**2**__ of __**3**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **GTL (USA), Inc.** _____ ,    Case No.    15-40248 _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Origin to Future, Inc.**<br>**181 New Road, Sutie 221**<br>**Parsippany, NJ 07054** | **Phase Measurement Services Subcontractor** |
| **Paytime Harrisburg, Inc.** | **Payroll Service Agreement dated 5-29-13** |
| **PEO Services, L.P. (Insperity)**<br>**19001 Crescent Springs Drive**<br>**Kingwood, TX 77339-3802** | **Client Service Agreement - Professional Employment Organization** |
| **Pitney Bowes Inc.**<br>**2225 American Drive**<br>**Neenah, WI 54956** | **Equipment Lease**<br>**$112.39/quarter** |
| **Premium Assignment Corporation**<br>**PO Box 8000**<br>**Tallahassee, FL 32314-8000** | **Premium Finance Agreement**<br>**Insurance Premium Financing**<br>**Dated 12/1/14; 11 Payments of $19,243.95** |
| **Software Quality Leaders, Inc.**<br>**12000 Ford Road, Suite A411**<br>**Dallas, TX 75234** | **Phase Measurement Services Subcontractor** |
| **TBrij LLC ( dba Corporation Cars)**<br>**453 Arbol**<br>**Irving, TX 75039** | **Services Agreement (vehicles)** |
| **TransmediaX**<br>**125 Hopewell Grove Drive**<br>**Suite # 100**<br>**Alpharetta, GA 30004** | **RF Engineering Services Consultant Agreement** |
| **TW Telecom Holdings, Inc.**<br>**PO Box 172567**<br>**Denver, CO 80217-2567** | **IP VPN/Voice/IP VPN/Internet Access Agreement** |
| **VAR Resources**<br>**Leasing Cutomer Service**<br>**MAC N00050055**<br>**800 Walnut Street**<br>**Des Moines, IA 50309-3605** | **Master Lease Agreement - Servers**<br><br>**Description**<br>**Dell PowerEdge T310 FTP Server - 6 TB Storage**<br>**Wing FTP Server Corporate Edition for Windows**<br>**DellPowerEdge T3l0 Exchange Server**<br>**Microsoft Exchange 2010 Standard (150 License)**<br>**Exchange User License**<br>**Onsite Backup Drive Multi-TB Drive**<br>**Microsoft Exchange Server 2010 Standard (150 Additional Users)**<br>**Installation and Integration** |
| **Wright Express Financial Services Corp** | **WEX Fuel Card Agreement** |

Sheet  __3__  of  __3__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **GTL (USA), Inc.** _____ ,    Case No. ___**15-40248**_____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Insperity PEO Services, L.P.**<br>**545 E. John Carpenter Frwy \| Suite 1200\|**<br>**Irving, TX 75062** | **Various Employees**<br>  **of Professional Employer Organization** |
| **Various Employees**<br>  **Employees utilizing company credit cards may**<br>**be individually liable for debts.** | **American Express**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### Eastern District of Texas

In re    **GTL (USA), Inc.**                                                    Case No.    **15-40248**

Debtor(s)                                              Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Senior Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**24**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **February 24, 2015**                            Signature    **/s/ Urmeet S. Juneja**

**Urmeet S. Juneja**
**Senior Vice President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

## GENERAL NOTES PERTAINING TO SCHEDULES AND
## STATEMENT OF FINANCIAL AFFAIRS

On February 9, 2015 (the "Petition Date"), GTL (USA), Inc., as debtor and debtor in possession (the "Debtor"), filed a voluntary petition for relief under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Texas (the "Bankruptcy Court"), Case No. 15-40248 (BR). With the assistance of their Bankruptcy Court-appointed advisors, the Debtor's management prepared the Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (the "SOFAs" and together with the Schedules, the "Schedules and SOFAs") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are they not intended to be fully reconciled to the financial statements.

Although the Debtor's management has made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. Accordingly, the Schedules and SOFAs remain subject to further review and verification by the Debtor. The Debtor reserves their right to amend the Schedules and SOFAs from time-to-time as may be necessary or appropriate.

These general notes regarding the Debtor's Schedules and SOFAs (the "General Notes") comprise an integral part of the Schedules and SOFAs filed by the Debtor and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of this chapter 11 case.

1.  Amendments. The Debtor reserves the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

2.  Asset Presentation. Each asset and liability of the Debtor is shown on the basis of the book value of the asset or liability in the Debtor's books and records, as of the Petition Date, and not on the basis of current market values of such interest in property or liabilities. The Debtor reserves their right to amend or adjust the value of each asset or liability set forth herein.

3.  Liabilities. The Debtor have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtor also reserves the right to change the allocation of liability to the extent additional information becomes available.

4.      Causes of Action. Despite reasonable efforts, the Debtor might not have identified
        or set forth all of their causes of action against third parties as assets in their
        Schedules and SOFAs. The Debtor reserves any and all of their rights with respect
        to any causes of action they may have, and neither these General Notes nor the
        Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.      Claims Description. Any failure to designate a claim on the Debtor's Schedules or
        SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an
        admission by the Debtor that such claim is not "disputed," "contingent" or
        "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or
        defenses to, any claim reflected on its Schedules and SOFAs as to amount,
        liability, priority, secured or unsecured status, or classification, or to otherwise
        designate any claim as "disputed," "contingent" or "unliquidated" by filing and
        serving an appropriate amendment. The Debtor reserves the right to amend their
        Schedules or SOFAs as necessary or appropriate.

6.      Property and Equipment. Owned property and equipment are listed at net book
        value. Additionally, all information set forth on the Schedules and SOFAs
        regarding owned equipment, merchandise and other physical assets of the Debtor
        is based upon the information set forth in the Debtor's books and records. The
        Debtor has not completed a physical inventory of any of their owned equipment,
        merchandise or other physical assets and any information set forth in the
        Schedules and SOFAs may be over or understated. Further, nothing in the
        Schedules or SOFAs (including, without limitation, the failure to list leased
        property or equipment as owned property or equipment) is or shall be construed as
        an admission as to the determination of legal status of any lease (including
        whether any lease is a true lease or financing arrangement), and the Debtor
        reserves all its rights with respect to such issues.

7.      Insiders. In the circumstances where the Bankruptcy Schedules require
        information regarding insiders or officers and directors, included herein are each
        Debtor's (a) directors (or persons in similar positions) and (b) officers. The listing
        of a party as an insider is not intended to be nor should it be construed as a legal
        characterization of such party as an insider and does not act as an admission of
        any fact, claim, right or defense and all such rights, claims and defenses are
        hereby expressly reserved. Further, employees have been included in this
        disclosure for informational purposes only and should not be deemed to be
        "insiders" in terms of control of the Debtor, management responsibilities or
        functions, decision-making or corporate authority or as otherwise defined by
        applicable law, including, without limitation, the federal securities laws, or with
        respect to any theories of liability or for any other purpose.

8.      Schedule D—Creditors Holding Secured Claims. Except as specifically stated
        herein, real property lessors, utility companies and other parties which may hold
        security deposits have not been listed on Schedule D. The Debtor have not
        included on Schedule D all parties that may believe their claims are secured
        through setoff rights, deposits posted by, or on behalf of, the Debtor, or inchoate

statutory lien rights. While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly and cost prohibitive, and therefore, the Debtor may not list a date for each claim listed on Schedule D.

9.    Schedule E—Creditors Holding Unsecured Priority Claims. The listing of any claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority under section 507 of the Bankruptcy Code. The Debtor reserves the right to dispute the priority status of any claim on any basis. While reasonable efforts have been made, determination of the date upon which each claim in Schedule E was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtor may not list a date for each claim listed on Schedule E. Additionally, the Debtor have not included employee related priority claims that existed as of the Petition Date to the extent that such claims have been or are approved for payment pursuant to orders entered by the Bankruptcy Court.

10.    Schedule F—Creditors Holding Unsecured Nonpriority Claims. The liabilities identified in Schedule F are derived from the Debtor's books and records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by the Debtor to set forth their unsecured obligations. Accordingly, the actual amount of claims against the Debtor may vary from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim. Although the Debtor and their professionals have generated financials the Debtor believe to be reasonable, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that occur throughout the duration of this Chapter 11 case.

The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule F was incurred or arose, fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtor may not liste a date for each claim listed on Schedule F.

11.    Schedule G—Executory Contracts. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of

the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents are also not set forth in Schedule G.

The Debtor reserves all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim. The Debtor may be party to certain agreements that have expired by their terms, but all parties continue to operate under the agreement. Out of an abundance of caution, the Debtor have listed such agreements on Schedule G. The Debtor's inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider. The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

12. _Specific Notes._ These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit or continuation sheet.

13. _Totals._ All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

14. _Unliquidated Claim Amounts._ Claim amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated" or "unknown."

15. _General Reservation of Rights._ The Debtor specifically reserves the right to amend, modify, supply, correct, change or alter any part of its Schedules and SOFAs as and to the extent necessary as they deem appropriate.