Lynnette Warman
Tex. Bar No. 20867940
Richard G. Grant
Tex. Bar No. 08302650
CULHANE MEADOWS, PLLC
The Crescent, Suite 700
100 Crescent Court
Dallas, Texas 75201
Telephone: 214-693-6525
Facsimile: 214-361-6690
Email: lwarman@culhanemeadows.com
Email: rgrant@culhanemeadows.com

PROPOSED ATTORNEYS FOR DEBTORS IN POSSESSION

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| In re: | § | |
| | § | Case No. 15-40248-11 |
| GTL (USA), INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE OF
NOTICE OF COMMENCEMENT OF CASE**

The undersigned hereby certifies that a true and correct copy of the documents attached hereto as Exhibit A were transmitted via United States First Class Mail, postage prepaid, to the addresses indicated on the attached Service List on March 5, 2015.

Dated: March 6, 2015                    Respectfully Submitted,


                                        CULHANE MEADOWS, PLLC


                                        By: ___/s/ Richard G. Grant_____
                                             Lynnette Warman
                                             Tex. Bar No. 20867940
                                             Richard G. Grant
                                             Tex. Bar No. 08302650

                                        The Crescent, Suite 700
                                        100 Crescent Court
                                        Dallas, Texas 75201

                                        Telephone: 214-693-6525
                                        Facsimile: 214-361-6690
                                        Email: rgrant@culhanemeadows.com
                                        Email: lwarman@culhanemeadows.com

                                        ATTORNEYS FOR DEBTOR IN
                                        POSSESSION

**EXHIBIT A**

**B9F (Official Form 9F)** (Chapter 11 Corporation/Partnership Case) (12/12)                    Case Number **15–40248**

---

**UNITED STATES BANKRUPTCY COURT** Eastern District of Texas

### Notice of
### Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 2/9/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>GTL (USA), Inc.<br>5200 Tennyson Parkway, Suite 200<br>Plano, TX 75024 | |
| Case Number:<br>15–40248 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>26–2125604 |
| Attorney for Debtor(s) (name and address):<br>Richard G. Grant<br>Culhane Meadows, PLLC<br>100 Crescent Court, Suite 700<br>Dallas, TX 76034<br>Telephone number:  214–210–2929 | |

### Meeting of Creditors

Date:  **March 6, 2015**                                        Time:  **11:30 AM**
Location:  **2000 E. Spring Creek Parkway, Plano, TX 75074**

### Deadline to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit):  **6/4/15**                For a governmental unit:  **8/10/15**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074<br>Telephone number:  (972)509–1240 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeanne Henderson |
| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date:  2/11/15 |

## EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

**EXHIBIT B**

3T Pro, Inc.
825 Market Street Bldg M Ste 205
Allen, TX 75013

3T Productions, Inc.
825 Market St. Bldg M Ste 205
Allen, TX 75013

A Shared 2 Pieces
2320 Hinton Drive
Irving, TX 75061

Abdul Qureshi
The Sharman Law Firm LLC
11175 Cicero Drive Suite 100
Alpharetta, GA 30022

Abdul Qureshi
c/o The Sharman Law Firm LLC
11175 Cicero Drive Suite 100
Alpharetta, GA 30022

ACTIX
45365 Vintage Park Plaza
Suite 110
Sterling, VA 20166

Actix   Inc.
45365 Vintage Park Plaza,  Suite 110
Dulles, VA 20166

ADA Cellworks Engineering Pvt Ltd.
Electronic Sadan 2, MIDC
TTC Industrial Area
Mahape Navai Mumbai 400 710

ADA Cellworks SDN BHD
Suite 10.05-10.07, 10th Floor, Plz 138
Annex. To Hotel Maya Kuala Lumpur, 138
Jalan Ampang, 50450 Kuala Lumpur,
Malaysia

ADA INDIA (Ada Cellwo rks Engineering Pv
Global Vision
Electronic Sadan 2
MIDC TTC Industrial Area
Mahape Navi Mumbai 400 710

Adefalujo, Adegbayi
5200 Tennyson Parkway
Suite 200
Plano, TX 75024

ADT Security Services
7801 Mesquite Bend #110
Irving, TX 75063

ADT Security Services - Plano
P.O. BOX 371878
Pittsburgh, PA 15250-7878

ADT Security Services - Skokie G/H
P.O. BOX 371878
Pittsburgh, PA 15250-7878

AGA Islamic Organization
1123 Staples Drive
Lilburn, GA 30047

Allied Waste Services
2980 Granger Drive
Springfield, IL 62707

Ameren Illinois
300 Liberty Street
Peoria, IL 61602

Arizona Dept of Revenue
Arizona Dept of Revenue
P.O Box 29085
Phoenix, AZ 85038-9085

AT&T Fleet Center

Atiya Jogezai
6101 Saintsbury Drive Apt 232
The Colony, TX 75056

Atmos Energy
PO Box 790311
St.Louis, MO 63179

AutoOpt Networks, Inc.
280 San MOreno Place, Suite 108
Fremont, CA 94539

BeetaTek Inc
Beetatek Inc.
1333 Corporate Dr. Suite 105
Irving, TX 75038

BeetaTek, Inc.
1333 Corporate Dr. Suite 105
Irving, TX 75038

Berger Harris
1105 N. Market Street
11th Floor
Wilmington, DE 19801

BullDog Warehousing
1717 Angel Parkway
Suite 107
Allen, TX 75002

Bulldog Warehousing
910 10th Street # 800
Plano, TX 75074

CA Unemployment Tax
Employment Development Department
PO Box 826880
Sacramento, CA 94280-0001

Carrington Coleman
901 Main Street
Suite 5500
Dalla, TX 75202

Checkpast
P.O Box 534305
Atlanta, GA 30353

Cisco WebEX LLC
Mail Stop RTP4E/3
7025-4 Kit Creek Road
Research Triangle Park, NC 27709-4987

Citizens Energy Group
PO Box 7056
Indianapolis, IN 46207-7056

City Water, Light & Power
300 S. 7th Street
Springfield, IL 62757

Comcast (CA)
Comcast
PO Box - 34744
Seattle, WA 98124-1744

Comcast (Indiana)
Comcast
PO Box - 7500
Southeastern, PA 19398-7500

Comcast (Skokie)
Comcast
PO Box - 3001
Southeastern, PA 19398-3001

Comcast (Springfield)
Comcast
PO Box - 3001
Southeastern, PA 19398-3001

Commissioner of Taxation & Finance
NYS Assessment Receivables
General Post Office
P O Box 4128
Binghamton, NY 13902-4128

Commonwealth Edison (ComED)
PO Box 6111
CarolStream, IL 60197

Commonwealth of Massachusetts
Massachusetts Department Of Revenue
P.O Box 7005
Boston, MA 02204

Communication Infrastructure Corporation
1000 Town Center Drive
Suite 300
Oxnard, CA 93036

Connex Systems Inc
Connex Systems, Inc.
2033 Chenault Drive #150
Carrolton, TX 75006

ConstantContact
1601 Trapelo Road
Suite 329
Waltham, MA 02451

CT Corporation
Dallas Corporate Team 2
1999 Bryan Street, Ste 900
Dallas, TX 75201

CT Corporation(fiiling of Annual Report
Department of Business Services
501 S Second Street
Springfield, IL 62756

CT Corporation(reinstatement for New Jer
CT Corporation
P O Box 4349
CarolStream, IL 60197-4349

Cumberland County Tax Bureau
Cumberland County Tax Bureau
21 Waterford Drive
Suite 201
Mechanicsburg, PA 17050

Delaware Secretary of State
Delaware Secretary of State
Division of corporation
Post Office Box 5509
Binghamton, NY 13902-5509

Department of Revenue
Department of Revenue
P.O Box 23075
Jackson, MS 39225-3075

DES Unemployment Tax
Arizona Department of Economic Security
P O Box 52027
Phoenix, AZ 85072-2027

Digital Discovery
8131 LBJ Freeway
Suite 325
Dallas, TX 75251

Digital Discovery
8131 LBJ Freeway, Sutie 325
Dallas, TX 75251

Director of Revenue
Secretary of State
PO Box 1366
Jefferson City, MS 65102

Dish Netowrk
PO Box 9033
Littleton, CO 80160

Dish Network
PO Box 105169
Atlanta, GA 30348-5169

Duke Seth PLLC
325 N St. Paul
Suite # 2220
Dallas, TX 75201

Dun & Bradstreet
22761 Pacific Coast Highway
Malibu, CA 90265

E-Z Pass Customer Service Center
PO Box 149004
Staten Island, NY 10314-9004

eFax Corporation
PO Box 513000
Los Angeles, CA 90051-1000

Electro Rent Corporation
6060 Sepulveda Blvd
Van Nuys, CA 91411

Employment Development Department
Employment Development Department
PO Box 989150
West Sacramento, CA 95798-9150

Enterprise
Dallas/Fort Worth
4201 North State Highway 161 #150
Irving, TX 75038

Enterprise Claim - US
Various centers

Enterprise Fleet Management, Inc.
2625 Marketplace
Harrisburg, PA 17110

Enterprise FM Trust
Enterprise Fleet Management, Inc.
9315 Olive Blvd
SaintLouis, MO 63132

Enterprise FM Trust
c/o Enterprise Fleet Managemetn, Inc.
2625 Marketplace
Harrisburg, PA 17110

Epstein Becker Green
One Gateway Center
Newark, NJ 07102

ESA P Portfolio L.L.C
11525 N. Community House Road Suite 100
Charlotte, NC 28277-3610

Extended Stay Hotels
11525 N. Community House Road #100
Charlotte, NC 28277

EZPass
TOLL BILL Payment Processing Center
P.O. Box 15183
Albany, NY 12212-5183

FasTrack
PO Box 26926
San Francisco, CA 94126

Fastrak
62 First Street
San Francisco, CA 94105

FedEx Corporation
2201 W Plano Parkway
Plano, TX 75075

Fitzpatrick Lentz & Bubba
4001 Schoolhouse Lane
P.O. Box 219
Center Valley, PA 18034

Flashback Data LLC
4029 S. Capital of TX Hwy
Suite 224

Fleckman & McGlynn PLLC
515 Congress Avenue
Suite 1800
Austin, TX 78701

Fleetmatics
3030 Salt Creek Lane
Arlington Heights, IL 60005

Forsk
200 South Wacker Drive
Suite # 3100
Chicago, IL 60606

Franchise Tax Board
Franchise Tax Board
P.O Box 942857
Sacramento, CA 94257-0050

Georgia Dept of Labor
Georgia Dept of Labor
148 Andrew young International BLVD, NE
Suite 752
Atlanta, Georgia 30303-1751

Georgia Dept. of Revenue
Georgia Dept. of Revenue
Processing Centre
P.O.Box 740320
Atlanta, GA 30374-0320

GKII Plano LP Phase II
MSC 265
PO Box 29048
Phoenix, AZ 85038

GKII Plano, L.P.
c/o Lincoln Property Commercial, Inc.
2000 McKinney Ave. Suite 1000
Dallas, TX 75201-1954

Global Computer Suppliers Inc
PO Box - 935308
Atlanta, GA 31193-5308

Global Crossing Communications
Global Crossing Conferencing
PO Box 790407
StLouis, MO 63179-0407

Global E-Secure
Global Vision, Electronic Sadan 2, MIDC
TTC Industrial Area
Mahape, Navi Mumbai 400710

Global InnovSource Solutions, Pvt. Ltd.
A-2 Kailas Industrial Complex
Park Site. Vikhroli (W) Mumbai 400 079

Global Proserve Limited
Electronic Sadan 2, MIDC
TTC Industrial Area
Mahape, Navi Mumbai 400 710

Global Value Add Inc
8765 Stockyard Drive
Unit 101
Frisco, TX 75034

Great America Financial Services
Great America Financial Services
PO Box 660831
Dallas, TX 75266-0831

GreatAmerica Financial Services Corp
625 First Street SE
Cedar Rapids, IA 52401

Green Mountain Energy
1255 W 15th Street
Ste 100
Plano, TX 75075

GTL Canada, Inc.
5484 Tomken Road, Suite 14
Mississauga Ontario L4W 2Z6

GTL International, Ltd.
Clarendon House
2 Church Street
Hamilton HM 11, Bermuda

GTL Limited
Electronic Sadan 2, MIDC
TTC Industrial Area
Mahape, Navi Mumbai 400710

GTL Network Services Malaysia Sdn Bhd
Suite 10.05-10.07, 10th Floor, Plz 138
Annex. To Hotel Maya Kuala Lumpur, 138
Jalan Ampang, 50450 Kuala Lumpur,
Malaysia,

Habbu & Park Inc
95 South Market Street
Suite 530
SanJose, CA 95113

Iftekhar Haq
7514 Diplomat Drive
Suite 201
Manassas, VA 20109

IGTL Network Services Philippines, Inc.
8th Floor, Rm 802, Vicente Madrigal Bld
6793 Ayala Avenue
Makati, Philippines 1221

Illinois Department of Employment Securi
Illinois Department of Employment Securi
1300 South Ninth
Springfield, IL 62794

Illinois Dept of Revenue
Illinois Dept of Revenue
P O Box 19028
Springfield, IL 62794-9028

Indianapolis Power and Light Company
2102 N. Illinois Street
Indianapolis, Indiana 46202-0000

Insperity PEO Services, L.P.
545 E. John Carpenter Frwy | Suite 1200|
Irving, TX 75062

Internal Revenue Service ACS Support POB
36 Hillcrest Avenue
POB 325
Charleston, WV 25321-0106

Intuit, Inc
Intuit, Inc.
PO Box 52044
Phoenix, AZ 85072-2044

Ipass
Illinois Tollway
2700 Ogden Ave
Downers Grove, IL 60515

Israeloff Trattner & Co CPAs PC
1225 Franklin Avenue
Suite 200
GardenCity, NY 11530

J2 Global (Fax.com)
PO Box 513000
Los Angeles, CA 90051-1000

Jamie McLain
c/o Red Door Property Management, Inc.
3815 River Crossing Pky, Suite 100
Indianapolis, IN 46240

Jan-Pro Cleaning Systems
3301 Gateway Drive
Suite 105
Irving, TX 75063

JAZ Design Co
PO Box 35
Rossvile, PA 17358

JDS Uniphase Corporation
5793 Collections Center Drive
Chicago, IL 60693

JDS Uniphase Corporation
Attn: Dan Clayton
430 N. McCarthy Blvd
Milpitas, CA 95035

John Helms Law

Kenneth L Maun
Tax Assessor Collector, Collin County
2300 Bloomdale RD
STE 2324, PO Box 8006
McKinney, TX 75071

Kunal Kapai
8727 Issac Street
Plano, TX 75024

Kunal Kapai

Larry Keer
9360 Skokie Blvd
#612
Skokie, IL 60077

Lawson Travel
1140 Empire Central Drive
Suite 620
Dallas, TX 75247

Legacy Apartments
6909 Custer Road
Plano, TX 75023

Legacy Apartments in Plano, TX   (2 Nos)
6909 Custer Road
Plano, TX 75023

Mars Group Inc.
1701 E.Empire St.
Ste#360-279
Bloomington, IL 61704

MBC Management
1306 South 6th Street
Springfield, IL 62703

Micro Center
13929 N. Central Expressway
Dallas, TX 75243

MIke Grossman
156 Prince George Street
Annapolis, MD 21401

Minuteman Press @ Plano
5212 Tennyson Parkway
Suite 110
Plano, TX 75024

Mohammed Khateeb Ahsan
c/o Peter Gimbel Esq
Law Offices of Nadeem H. Makada
1340 Bayshore Highway
Burlingame, CA 94010

Mohd Ahsan
Peter Gimbel Esq
Law Offices of Nadeem H. Makada
1340 Bayshore Highway
Burlingame, CA 94010

Monster Wordwide Inc
PO Box 90364
Chicago, IL 60696-0364

National Telesystems Inc.
10525 Newkirk Street
Suite 220
Dallas, TX 75220

Nevill Business Machines, Inc.
1305 West Beltline, Suite 320
Carrollton, TX 75006

Nevill Document Solution (acct # 1241024
2825 Story Rd West
Irving, TX 75038

Nevill Document Solutions (acct # DAH898
2825 Story Rd West
Irving, TX 75038

New York State Corporation Tax
New York State Corporation Tax
Processing Unit
P.O Box 22094
Albany, NY 12201-2094

Nicor Inc.
PO Box 190
Aurora, IL 60507

NTTA
5900 W. Plano Parkway
Plano, TX 75093

Ohio Bureau of Workers' compensation
Ohio Bureau of Workers' compensation
30W Spring Street
Columbus, OH 43215-2256

Oklahoma Employment Security Commission
Oklahoma Employment Security Commission
Cashier
P.O Box 52004
Oklahoma City, OK 73152-2004

Oklahoma Tax Commission
Oklahoma Tax Commission
Franchise Tax
Post Office Box 26920
Oklahama City, OK 73126-0920

Paychex
1175 John Street
West Henrietta, NY 14586

Paytime Harrisburg, Inc.

PCTEL, Inc
20410 Observation Drive
Suite 200
Germantown, MD 20876

PEO Services, L.P. (Insperity)
19001 Crescent Springs Drive
Kingwood, TX 77339-3802

Perdiem Payable to Employees

Pitney Bowes Inc.
2225 American Drive
Neenah, WI 54956

Pure Health Solutions Inc.
950 Corporate Woods Parkway
VernonHills, IL 60061

Rahil Ahmad
3212 Golden Springs Drive
Plano, TX 75025

Red Door Management Inc.
3815 River Crossing Parkway Suite 100
Indianapolis, IN 46240

Reliant Energy
PO Box 3765
Houston, TX 77253

Rogers & Hardin LLP
2700 International Tower
229 Peachtree Street N. E
Atlanta, GA 30303

Select Laundry
PO Box 426
Arvada, CO 80001-0426

Skype Technologies S.A.
NA since online service

Staples Inc.
3333 Preston Road
Frisco, TX 75034

State Comptroller
Comptroller of Public Accounts
P.O Box 149348
Austin, TX 78714-9348

State Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
PO Box 13528
Austin, TX 78711

State of New Jersey
State of New Jersey
Division of Taxation-Corporation Tax
P.O Box 666
Trenton, NJ 08646-0666

State of New Jersey - CBT
Department of the Treasury -Division of
Revenue Processing Center
P.O Box 666
Trenton, NJ 08646-0666

Sunbiz.org
2661 Executive Centre Circle West
Tallahassee, FL 32301

Swingle Collins & Associates
13760 Noel Road
Ste. 600
Dallas, TX 75240

T-Mobile International AG
2408 Preston Road
Ste 704b
Plano, TX 75093

TBrij LLC ( dba Corporation Cars)
453 Arbol
Irving, TX 75039

The Hertz Corporation
The Hertz Corporation
Commercial Billing Dept 1124
PO Box - 121124
Dallas, TX 75312-1124

The New Jersey Division of Taxation
Corp. Service Audit group
PO Box 277
Trenton, NJ 08695-0277

TMAC Mechanical
11126 Shady Trail
Suite # 110
Dallas, TX 75229

TransmediaX
125 Hopewell Grove Drive
Suite # 100
Alpharetta, GA 30004

TraveloPod Inc.
1111 W El Camino Real
Suite 109-240
Sunnyvale, CA 94087

Travis Wolff
15950 N. Dallas Parkway
Suite 600
Dallas, TX 75248

Treasury of Virginia
State Corporation Commission
Clerk's office
PO Box 7607
Merrifield, VA 22116-7607

TW Telecom Holdings, Inc.
PO Box 172567
Denver, CO 80217-2567

United States Treasury
United States Treasury
Internal Revenue Service
Cincinnati, OH 45999-0039

US Department of Homeland Security
6500 Campus Circle Drive East
Irving, TX 76053

Utah State Tax Commission
Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-0180

VAR Resources, Inc.
2330 Interstate 30
Mesquite, TX 75150

Various Employees

Verizon Communications (Verizon)
8555 Preston Road
Frisco, TX 75034

Verizon Communications (Verizon) - 972-6
8555 Preston Road
Frisco, TX 75034

Village of Skokie
5127 Oakton Street
Skokie, IL 60077

Virginia  Department of Taxation
Virginia  Department of Taxation
P.O Box 1500
Richmond, VA 23218-1500

Wells Fargo Insurance Services Inc.
6100 Fairview Road
10th Floor (28210) | PO Box 220748
Charlotte, NC 28222-0748

West Virginia State Tax Department
Tax Account Administration Department
P O Box 11514
Charleston, WV 25323-0766

West Virginia State Tax Dept. (with)
West Virginia State Tax Dept. (with)
Tax Account Administration Division
P O Box 11514
Charleston, WV 25339-1514

WEX Inc.
WEX Inc.
97 Darling Avenue
So.Portland, ME 04106

Williams Mullen
321 East Main St.
Suite 400
Charlottesville, VA 22902-3200

Xceed Technologies Inc.
43130  Amberwood Plaza
Suite 200
South Riding, VA 20152