THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| GTL (USA), INC. | § | CASE NO. 15-40248 |
| | § | |
| Debtor. | § | |
| | § | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' JOINDER TO AUTOOPT NETWORKS, INC.'S LIMITED INTERIM OBJECTION TO EMERGENCY MOTION FOR AUTHORITY TO OBTAIN CREDIT SECURED BY CASH DEPOSITS UNDER 11 U.S.C. § 364(c)(2)**

The Official Committee of Unsecured Creditors hereby joins the *Limited Interim Objection to Emergency Motion for Authority to Obtain Credit Secured by Cash Deposits Under 11 U.S.C. § 364(c)(2)* [Doc. No. 34] filed by AutOOpt Networks, Inc. in the above-captioned bankruptcy case.

Dated: March 9, 2015.                                Respectfully submitted,


                                                     **KANE RUSSELL COLEMAN & LOGAN PC**


                                                     By:  */s/ Jason B. Binford*
                                                             Jason B. Binford
                                                             State Bar No. 24045499

                                                     3700 Thanksgiving Tower
                                                     1601 Elm Street
                                                     Dallas, Texas 75201
                                                     Telephone - (214) 777-4200
                                                     Telecopier - (214) 777-4299
                                                     Email: jbinford@krcl.com; ecf@krcl.com

                                                     **PROPOSED ATTORNEYS FOR THE OFFICIAL
                                                     COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

  I hereby certify that on March 9, 2015 a true and correct copy of the foregoing has been served on all parties receiving ECF Notification at the date and time filed.

           /s/ *Jason B. Binford*
           Jason B. Binford