United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas    75702
(903) 590-1450

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re | § | |
| | § | |
| GTL (USA), Inc. | § | Case No. 15-40248 |
| 5200 Tennyson Parkway, Suite 200 | § | |
| Plano, TX 75024 | § | |
| Tax ID / EIN: 26-2125604 | § | |
| | § | |
| Debtor-in-possession | § | Chapter 11 |

### APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE

	The United States Trustee hereby appoints the following persons to the Official Unsecured Creditors' Committee in the above styled and numbered case pursuant to 11 U.S.C. §1102(a)(1):

Dipesh H. Shah
**AUTOOPT NETWORKS, INC**.
280 San Moreno Plc.
Suite 108
Fremont, CA    84539
(510) 657-0108
dipesh@hasati.com

Arni Arvr
**ASCOM NETWORK TESTING, INC.**
1943 Isaac Newton Square
Reston, VA 20190
(703) 956-5442
(703) 956-5449 (FAX)
caroline.kahl@ascom.com

Aseem Batla
**INFORMAGE SQN TECHNOLOGIES, LLC**
3415 Custer Road, Suite 105
Plano, TX 7502

James Holt
**MCGRATH RENTCORP**
P.O. Box 619260
Dallas, Texas    75261
(972 456-4640
james.holt@mgrc.com

Amarenda Uppalapati
**SOFTWARE QUALITY LEADERS, INC.**
12000 Ford Rd. #411
Dallas, Texas    75234
(972) 310-7313
amar@softql.com

|  |  |
|---|---|
| Dated:  March 9, 2015 | Respectfully submitted, |
|  | William T. Neary<br>United States Trustee<br>Region 6 |
| By: | */s/ Timothy W. O'Neal*<br>Timothy W. O'Neal<br>Asst. U.S. Trustee, SBOT 15283350<br>110 N. College Avenue, Suite 300<br>Tyler, Texas 75702<br>(903) 590-1450; Fax (903) 590-1461 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons, and to all members of the committee as shown above, through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than March 10, 2015.
.

                                              */s/ Timothy W. O'Neal*
                                              Timothy W. O'Neal

GTL (USA), Inc.
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

Richard G. Grant
Culhane Meadows, PLLC
100 Crescent Court, Suite 700
Dallas, TX 76034

James H. Billingsley
Polsinelli PC
2501 N. Harwood
Suite 1900
Dallas, TX 75201

Jason Binford
Kane Russell Coleman & Logan PC
1601 Elm Street
Suite 3700
Dallas, TX 75201

Howard Marc Spector
12770 Coit Road, Ste. 1100
Dallas, TX 75251