**Monthly Operating Report**
ACCRUAL BASIS

| | |
|---|---|
| **CASE NAME:** | GTL (USA) INC. |
| **CASE NUMBER:** | 15-40248 |
| **JUDGE:** | Brenda T. Rhoades |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

### MONTHLY OPERATING REPORT

**MONTH ENDING:**    FEBRUARY    2015
    MONTH    YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_____    **CHIEF FINANCIAL OFFICER**
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY    TITLE

_____**RAJIV KAMAT**_____    _____**18-Mar-15**_____
PRINTED NAME OF RESPONSIBLE PARTY    DATE


**PREPARER:**

_____    **CHIEF FINANCIAL OFFICER**
ORIGINAL SIGNATURE OF PREPARER    TITLE

_____**RAJIV KAMAT**_____    _____**18-Mar-15**_____
PRINTED NAME OF PREPARER    DATE

**Monthly Operating Report**
ACCRUAL BASIS-1

| CASE NAME: | GTL (USA) INC. |
|---|---|
| CASE NUMBER: | 15-40248 |

**COMPARATIVE BALANCE SHEET**

| | | SCHEDULE AMOUNT | Feb 2015 | MONTH | MONTH |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| 1. | UNRESTRICTED CASH | $343,251 | $1,438,569 | | |
| 2. | RESTRICTED CASH | | | | |
| 3. | TOTAL CASH | $343,251 | $1,438,569 | $0 | $0 |
| 4. | ACCOUNTS RECEIVABLE (NET) | $5,028,557 | $3,936,919 | | |
| 5. | INVENTORY | | $0 | | |
| 6. | NOTES RECEIVABLE | | $0 | | |
| 7. | PREPAID EXPENSES | $173,196 | $278,907 | | |
| 8. | OTHER (ATTACH LIST) | $3,852,111 | $4,052,281 | | |
| 9. | TOTAL CURRENT ASSETS | $9,397,115 | $9,706,675 | $0 | $0 |
| 10. | PROPERTY, PLANT & EQUIPMENT | $2,429,310 | $4,852,271 | | |
| 11. | LESS: ACCUMULATED DEPRECIATION/DEPLETION | $1,151,587 | $3,622,948 | | |
| 12. | NET PROPERTY, PLANT & EQUIPMENT | $1,277,723 | $1,229,324 | $0 | $0 |
| 13. | DUE FROM INSIDERS | $227,695 | $242,668 | | |
| 14. | OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | | $0 | | |
| 15. | OTHER (ATTACH LIST) | | $0 | | |
| 16. | **TOTAL ASSETS** | $10,902,533 | $11,178,667 | $0 | $0 |
| **POSTPETITION LIABILITIES** | | | | | |
| 17. | ACCOUNTS PAYABLE | | $14,118 | | |
| 18. | TAXES PAYABLE | | $0 | | |
| 19. | NOTES PAYABLE | | $0 | | |
| 20. | PROFESSIONAL FEES | | $0 | | |
| 21. | SECURED DEBT | | $0 | | |
| 22. | OTHER - Exp Provisions | | $160,108 | | |
| 23. | TOTAL POSTPETITION LIABILITIES | | $174,226 | $0 | $0 |
| **PREPETITION LIABILITIES** | | | | | |
| 24. | SECURED DEBT | $176,402 | $173,196 | | |
| | ACCOUNTS PAYABLE (incl Provisions) | $15,723,551 | $15,292,838 | | |
| 25. | PRIORITY DEBT | $173,223 | | | |
| 26. | UNSECURED DEBT | $90,292 | $10,292 | | |
| 27. | OTHER (ATTACH LIST) | | $289,189 | | |
| 28. | TOTAL PREPETITION LIABILITIES | $16,163,468 | $15,765,515 | $0 | $0 |
| 29. | **TOTAL LIABILITIES** | $16,163,468 | $15,939,741 | $0 | $0 |
| **EQUITY** | | | | | |
| 30. | PREPETITION OWNERS' EQUITY | | ($4,539,153) | | |
| 31. | POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | ($221,920) | | |
| 32. | DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | $0 | | |
| 33. | TOTAL EQUITY | | ($4,761,073) | $0 | $0 |
| 34. | **TOTAL LIABILITIES & OWNERS' EQUITY** | | $11,178,667 | $0 | $0 |

Note 1: Schedule Amounts may be Fair Market Value (as indicated therein) - Monthly Operating Account are net book value per UST guidelines

Note 2: Prepaid Expenses include immigration charges paid for employee visas and amortized over a period of 2 years & other AMC/license amortized over 12 months

| 8. | OTHER (ATTACH LIST) - Assets | As per Books | As per Schedule |
|---|---|---|---|
| | SECURITY DEPOSIT | 496,560 | 421,560 |
| | - Difference is $25,000 WF Card Deposit and $50,000 attorney fee retainer | | |
| | RENTAL DEPOSIT | 9,700 | 9,700 |
| | ACCRUED RECEIVABLES | 251,895 | 139,094 |
| | CLAIM RECEIVABLE | 93,552 | 90,590 |
| | OTHERS EMPLOYEE ADVANCES | 5,189 | |
| | ADVANCE TO SUPPLIER | 2,093 | |
| | UNQTD INV IN SHARES OTHERS | 2,125 | |
| | DTA DEFFERED TAX ASSET | 3,191,167 | 3,191,167 |
| | | 4,052,281 | 3,852,111 |

| 27. | OTHER (ATTACH LIST) - Pre-Petition Liability | |
|---|---|---|
| | DTL  DEFFERED TAX LIABILITY | 188,606 |
| | Others | 100,583 |
| | | 289,189 |

**Monthly Operating Report**
ACCRUAL BASIS-2

| CASE NAME: | GTL (USA) INC. |
|---|---|
| CASE NUMBER: | 15-40248 |

| INCOME STATEMENT | Feb 2015 (Calendar Month) | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| **REVENUES** | | | | |
| 1. GROSS REVENUES | $780,537 | | | |
| 2. LESS: RETURNS & DISCOUNTS | $0 | | | |
| 3. NET REVENUE | $780,537 | $0 | $0 | $0 |
| **COST OF GOODS SOLD** | | | | |
| 4. MATERIAL | $0 | | | |
| 5. DIRECT SERVICE COSTS | $250,414 | | | |
| 6. DIRECT DELIVERY COSTS | $478,806 | | | |
| 7. TOTAL COST OF GOODS SOLD | $729,221 | $0 | $0 | $0 |
| 8. GROSS PROFIT | $51,316 | $0 | $0 | $0 |
| **OPERATING EXPENSES** | | | | |
| 9. OFFICER / INSIDER COMPENSATION | $22,770 | | | |
| 10. SELLING & MARKETING | $28,232 | | | |
| 11. GENERAL & ADMINISTRATIVE | $23,638 | | | |
| 12. RENT & LEASE | $2,546 | | | |
| 13. OTHER (ATTACH LIST) | $20,150 | | | |
| 14. TOTAL OPERATING EXPENSES | $97,336 | $0 | $0 | $0 |
| 15. INCOME BEFORE NON-OPERATING INCOME & EXPENSE | ($46,020) | $0 | $0 | $0 |
| **OTHER INCOME & EXPENSES** | | | | |
| 16. NON-OPERATING INCOME (ATTACH LIST) | $0 | | | |
| 17. NON-OPERATING EXPENSE (ATTACH LIST) | $0 | | | |
| 18. INTEREST EXPENSE (Accrued till 09-Feb-2015) | $39,971 | | | |
| 19. DEPRECIATION / DEPLETION | $66,511 | | | |
| 20. AMORTIZATION | $0 | | | |
| 21. OTHER (ATTACH LIST) | $18,215 | | | |
| 22. NET OTHER INCOME & EXPENSES | $124,697 | $0 | $0 | $0 |
| **REORGANIZATION EXPENSES** | | | | |
| 23. PROFESSIONAL FEES | $51,204 | | | |
| 24. U.S. TRUSTEE FEES | $0 | | | |
| 25. OTHER (ATTACH LIST) | $0 | | | |
| 26. TOTAL REORGANIZATION EXPENSES | $51,204 | $0 | $0 | $0 |
| 27. INCOME TAX | | | | |
| 28. NET PROFIT (LOSS) | ($221,920) | $0 | $0 | $0 |

| 13 | OTHER (ATTACH LIST) | |
|---|---|---|
| | INLAND TRAVELLING EMPLOYEES | $5,053 |
| | MEALS EXPENSES | $1,067 |
| | ELECTRICITY CHARGES  OFFICE | $650 |
| | TELEPHONE CHARGES | $1,669 |
| | POSTAGE  AND  COURIER CHARGES | $399 |
| | VISA EXPS | $1,275 |
| | OFFICE EXPENSES | $1,209 |
| | PROFESSIONAL  AND CONSULTANCY | $1,250 |
| | GUESTHOUSE EXPENSES | $3,000 |
| | Other expenses | $4,578 |
| | | $20,150 |

| 21 | OTHER (ATTACH LIST) | |
|---|---|---|
| | MANAGEMENT FEES (Prepetition accrued) | $12,374 |
| | Other Prepetition Legal Fees | $5,841 |
| | | $18,215 |

**Monthly Operating Report**
ACCRUAL BASIS-3

| CASE NAME: | GTL (USA) INC. |
|---|---|
| CASE NUMBER: | 15-40248 |

| CASH RECEIPTS AND DISBURSEMENTS | Feb 2015 | MONTH | MONTH | QUARTER |
|---|---|---|---|---|
| 1.  CASH - BEGINNING OF MONTH - 9-Feb-15 | $343,251 | $1,438,569 | $1,438,569 | |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2.  CASH SALES | $0 | | | $0 |
| **COLLECTION OF ACCOUNTS RECEIVABLE** | | | | |
| 3.  PREPETITION | $1,670,301 | | | $1,670,301 |
| 4.  POSTPETITION | $0 | | | $0 |
| 5.  TOTAL OPERATING RECEIPTS | $1,670,301 | $0 | $0 | $1,670,301 |
| **NON-OPERATING RECEIPTS** | | | | |
| 6.  LOANS & ADVANCES (ATTACH LIST) | $0 | | | $0 |
| 7.  SALE OF ASSETS | $0 | | | $0 |
| 8.  OTHER (ATTACH LIST) | $0 | | | $0 |
| 9.  TOTAL NON-OPERATING RECEIPTS | $0 | $0 | $0 | $0 |
| 10.  TOTAL RECEIPTS | $1,670,301 | $0 | $0 | $1,670,301 |
| 11.  TOTAL CASH AVAILABLE | $2,013,552 | $1,438,569 | $1,438,569 | |
| **OPERATING DISBURSEMENTS** | | | | |
| 12.  NET PAYROLL | $317,005 | | | $317,005 |
| 13.  PAYROLL TAXES PAID | $0 | | | $0 |
| 14.  SALES, USE & OTHER TAXES PAID | $15,440 | | | $15,440 |
| 15.  SECURED / RENTAL / LEASES | $7,224 | | | $7,224 |
| 16.  UTILITIES | $701 | | | $701 |
| 17.  INSURANCE | $0 | | | $0 |
| 18.  INVENTORY PURCHASES | $0 | | | $0 |
| 19.  VEHICLE EXPENSES | $28,918 | | | $28,918 |
| 20.  TRAVEL | $27,159 | | | $27,159 |
| 21.  ENTERTAINMENT | $0 | | | $0 |
| 22.  REPAIRS & MAINTENANCE | $3,249 | | | $3,249 |
| 23.  SUPPLIES | $129,883 | | | $129,883 |
| 24.  ADVERTISING | $0 | | | $0 |
| 25.  OTHER (ATTACH LIST) | $45,404 | | | $45,404 |
| 26.  TOTAL OPERATING DISBURSEMENTS | $574,983 | $0 | $0 | $574,983 |
| **REORGANIZATION EXPENSES** | | | | |
| 27.  PROFESSIONAL FEES | $0 | | | $0 |
| 28.  U.S. TRUSTEE FEES | $0 | | | $0 |
| 29.  OTHER (ATTACH LIST) | $0 | | | $0 |
| 30.  TOTAL REORGANIZATION EXPENSES | $0 | $0 | $0 | $0 |
| 31.  TOTAL DISBURSEMENTS | $574,983 | $0 | $0 | $574,983 |
| 32.  NET CASH FLOW | $1,095,318 | $0 | $0 | $1,095,318 |
| 33.  CASH - END OF MONTH | $1,438,569 | $1,438,569 | $1,438,569 | |

| 25. | OTHER (ATTACH LIST) | |
|---|---|---|
| | Bank charge | 582.34 |
| | Card Deposit with WF | 25,000.00 |
| | License fee | 571.20 |
| | Postage & Courier | 7,868.87 |
| | Internet charges | 172.55 |
| | Miscellaneous | 3,697.29 |
| | Printing & Stationary | 280.36 |
| | Telephone charges | 3,116.56 |
| | Visas | 4,115.00 |
| | | 45,404.17 |

**Monthly Operating Report**
**ACCRUAL BASIS-4**

| CASE NAME: | GTL (USA) INC. |
|---|---|
| CASE NUMBER: | 15-40248 |

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | Feb 2015 | MONTH | MONTH |
|---|---|---|---|---|
| 1. | 0-30 | $4,799,348 | $3,933,119 | | |
| 2. | 31-60 | $226,300 | $3,800 | | |
| 3. | 61-90 | $2,909 | | | |
| 4. | 91+ | | | | |
| 5. | TOTAL ACCOUNTS RECEIVABLE | $5,028,557 | $3,936,919 | $0 | $0 |
| 6. | AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. | ACCOUNTS RECEIVABLE (NET) | $5,028,557 | $3,936,919 | $0 | $0 |

Note : Includes receivable not contractually due @2.28.15

| AGING OF POSTPETITION TAXES AND PAYABLES | | | MONTH: | FEBRUARY 2015 | |
|---|---|---|---|---|---|
| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
| 1. | FEDERAL | $0 | $0 | $0 | $0 | $0 |
| 2. | STATE | $0 | $0 | $0 | $0 | $0 |
| 3. | LOCAL | $0 | $0 | $0 | $0 | $0 |
| 4. | OTHER (ATTACH LIST) | $0 | $0 | $0 | $0 | $0 |
| 5. | TOTAL TAXES PAYABLE | $0 | $0 | $0 | $0 | $0 |

| 6. | ACCOUNTS PAYABLE | | | | | $0 |
|---|---|---|---|---|---|---|

| STATUS OF POSTPETITION TAXES | | MONTH: | FEBRUARY 2015 | |
|---|---|---|---|---|
| FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD AND/ OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| 1. | WITHHOLDING | $0 | $0 | $0 | $0 |
| 2. | FICA-EMPLOYEE | $0 | $0 | $0 | $0 |
| 3. | FICA-EMPLOYER | $0 | $0 | $0 | $0 |
| 4. | UNEMPLOYMENT | $0 | $0 | $0 | $0 |
| 5. | INCOME | $0 | $0 | $0 | $0 |
| 6. | OTHER (ATTACH LIST) | $0 | $0 | $0 | $0 |
| 7. | TOTAL FEDERAL TAXES | $0 | $0 | $0 | $0 |
| STATE AND LOCAL | | | | | |
| 8. | WITHHOLDING | $0 | $0 | $0 | $0 |
| 9. | SALES | $0 | $0 | $0 | $0 |
| 10. | EXCISE | $0 | $0 | $0 | $0 |
| 11. | UNEMPLOYMENT | $0 | $0 | $0 | $0 |
| 12. | REAL PROPERTY | $0 | $0 | $0 | $0 |
| 13. | PERSONAL PROPERTY | $0 | $0 | $0 | $0 |
| 14. | OTHER (ATTACH LIST) | $0 | $0 | $0 | $0 |
| 15. | TOTAL STATE & LOCAL | $0 | $0 | $0 | $0 |
| 16. | TOTAL TAXES | $0 | $0 | $0 | $0 |

**Monthly Operating Report**
ACCRUAL BASIS-5

| CASE NAME: | GTL (USA) INC. |
|---|---|
| CASE NUMBER: | 15-40248 |

MONTH:    FEBRUARY    2015

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 | |
|---|---|---|---|---|---|---|---|
| A. | BANK: | Citibank NA | Citibank NA | Morgan Chase Bank, N. | Capital One N.A. | Capital One N.A. | |
| B. | ACCOUNT NUMBER: | 5992 | 5127 | 1586 | 7169 | 7177 | TOTAL |
| C. | PURPOSE (TYPE): | DIP | Checking | Checking | DIP | DIP | |
| 1. | BALANCE PER BANK STATEMENT | $5,002 | $0 | $0 | $872,848 | $567,101 | $1,444,951 |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | $0 | $0 | $0 | $0 | $0 | $0 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | $6,007 | $0 | $0 | $0 | $0 | $6,007 |
| 4. | OTHER RECONCILING ITEMS | $6,495 | $0 | $0 | $600 | ($7,470) | ($375) |
| 5. | MONTH END BALANCE PER BOOKS | $5,490 | $0 | $0 | $873,448 | $559,631 | $1,438,569 |
| 6. | NUMBER OF LAST CHECK WRITTEN | 3743 | N/A | 5112 | 1025 | N/A | |
| | | | Account Closed | Account Closed | | | |

| INVESTMENT ACCOUNTS | | | | | | |
|---|---|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | | | CURRENT VALUE |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | TOTAL INVESTMENTS | | | $0 | | $0 |

| CASH | | |
|---|---|---|
| 12. | CURRENCY ON HAND | $0 |

| 13. | TOTAL CASH - END OF MONTH | $1,438,569 |
|---|---|---|

**Monthly Operating Report**
ACCRUAL BASIS-6

| CASE NAME: | GTL (USA) INC. |
|---|---|

| CASE NUMBER: | 15-40248 |
|---|---|

MONTH:   FEBRUARY 2015

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

| | NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|---|
| | | **INSIDERS** | | |
| 1. | Urmeet Juneja | Salary (CTC) | $13,466 | $13,466 |
| 2. | Rajiv Kamat | Salary (CTC) | $9,304 | $9,304 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | TOTAL PAYMENTS TO INSIDERS | | $22,770 | $22,770 |

| | NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|---|
| | | **PROFESSIONALS** | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | TOTAL PAYMENTS TO PROFESSIONALS | | | $0 | $0 | $0 |

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| | NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | TOTAL | $0 | $0 | $0 |

**Monthly Operating Report**
ACCRUAL BASIS-7

| CASE NAME: | GTL (USA) INC. |
|---|---|

| CASE NUMBER: | 15-40248 |
|---|---|

MONTH:   FEBRUARY 2015

**QUESTIONNAIRE**

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | NO |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | NO |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | Yes | |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | Yes | |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | NO |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | NO |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | NO |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | NO |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | NO |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | NO |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | Yes | |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | NO |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

| | | | |
|---|---|---|---|
| 1 | Salary, Per Diem and Expenses Reimbursement based on court Approvals : | $ | 90,056.65 |
| 2 | Checks issued or pyt initiated pre-petition but cleared from our account immediately after filing bankruptcy : | $ | 26,452.07 |
| 3 | Checks issued pre-petition but cleared from our account immediatley after filing bankruptcy : TWC | $ | 15,440.00 |
| 4 | The postpetition receivables from GTL (Canada) is accrued in Feb 2015 & receievable in Mar 2015 | | |

**INSURANCE**

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | YES | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | YES | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSTALLMENT PAYMENTS | | | |
| TYPE OF POLICY | CARRIER | PERIOD COVERED | | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|---|
| Hired & Non-Owned Auto Liability | Republic Vanguard Insu. Co | 1-Dec-14 | 30-Nov-15 | Monthly Through Premium Assignment Corporation |
| Excess Liability | James River Insurance Co. | 1-Dec-14 | 30-Nov-15 | |
| Inland Marine | AGCS Marine | 1-Dec-14 | 30-Nov-15 | |
| Property | Hartford Casualty Insur, Co. | 1-Dec-14 | 30-Nov-15 | |
| Commercial General Liability | Hartford Casualty Insur, Co. | 1-Dec-14 | 30-Nov-15 | |
| Business Auto | Sentinel Insurance Co / Hartford | 1-Dec-14 | 30-Nov-15 | |
| Umbrella Liability for Gen Liability | Hartford Casualty Insur, Co. | 1-Dec-14 | 30-Nov-15 | |
| E&O Policy | Axis Insurance Co | 1-Dec-14 | 30-Nov-15 | |
| Workmen Compensation | Indemnity Insurance Co. of North America | 1-Oct-14 | 1-Oct-15 | Monthly Through Insperity PEO |
| International Policy | ACE American Insurance Company | 24-Jun-14 | 24-Jun-15 | Yearly Payment |
| Crime Policy | Travelers Casualty & Surelty Co | 28-Nov-13 | 28-Nov-15 | Yearly Payment |
| | | | | |