UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-40248-11 |
| | § | Chapter 11 |
| GTL (USA), INC., | § | |
| | § | |
| Debtor. | § | |

## NOTICE OF FEES AND EXPENSES INCURRED
## FEBRUARY, 2015
## CULHANE MEADOWS, PLLC,
## COUNSEL FOR DEBTOR IN POSSESSION

Month:              **February, 2015**
Applicant:          Culhane Meadows, PLLC
Capacity:           Counsel for Debtor in Possession

Amount Requested:

| Type: | Amount Incurred: | Interim Amount to Pay |
|---|---|---|
| Fees | $44,863.75 | $35,891.00 |
| Expenses | $247.87 | $247.87 |
| Total: | $45,311.62 | **$36,138.87** |

Cumulative Amounts Paid to Date:

| Type: | Amount Incurred: | Amounts Paid: |
|---|---|---|
| Fees | $44,863.75 | -- |
| Expenses | $247.87 | -- |
| Total: | $45,311.62 | **--** |

Trust Fund Statement (if applicable):

| | | |
|---|---|---|
| Balance on Petition Date: | $44,108 | |
| Current Balance: | $44,108 | |

Hourly Rates:

| Professional: | Hourly Rate | Hours: | Amount |
|---|---|---|---|
| Attorneys: | | | |
| Robert Dremluk (NY) | $525 | 1.90 | 997.50 |
| Lynnette Warman (Dallas) | $400 | 44.80 | $17,920.00 |
| Elaine Brasch (Atlanta) | $325 | 9.45 | $3,071.25 |
| Richard Grant, | $325 | 67.10 | $21,807.50 |
| Cheryl Diaz (Dallas) | $325 | 3.10 | $1,007.50 |
| Jennifer Rodriguez (Dallas) | 300 | 0.20 | $60.00 |
| Blended Attorney Rate/Totals: | $354.70 | 127.05 | $44,863.75 |
| Paralegals | | | |
| [Name] | -- | -- | -- |
| Blended Paralegal Rate/Totals: | -- | -- | -- |
| Blended Rate/Totals: | $354.51 | 126.55 | $45,063.75 |


Expenses Itemization:

| | | |
|---|---|---|
| Outside Photocopy/Assembly | $ | 93.04 |
| Westlaw/Lexis/Online Research: | $ | 154.83 |
| PACER: | $ | |
| Other | $ | |
| TOTAL EXPENSES: | $ | 247.87 |


**Objection Deadline:**                                                **May 7, 2015**

Respectfully submitted,


Dated: April 23, 2015                              CULHANE MEADOWS, PLLC


                                                  By:    /s/ Lynnette Warman
                                                        Lynnette Warman
                                                        Tex. Bar No. 20867940
                                                        Richard G. Grant
                                                        Tex. Bar No. 08302650
                                                  The Crescent, Suite 700
                                                  100 Crescent Court
                                                  Dallas, Texas 75201

                                                  Telephone: 214-693-6525
                                                  Facsimile: 214-361-6690
                                                  Email: rgrant@culhanemeadows.com
                                                  Email: lwarman@culhanemeadows.com

                                                  ATTORNEYS FOR
                                                  DEBTOR IN POSSESSION

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing via the Court's Electronic Case Filing system to all persons participating therein on April 23, 2015.

In addition, the undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing on April 23, 2015 to each of the following parties in the manner specified below:

a.      GTL (USA), Inc. (via electronic mail only to urmeet.juneja@gtlamericas.com and rajiv.kamat@gtlamericas.com);

b.      Counsel to the Debtor via ECF, and via electronic mail to lwarman@culhanemeadows.com and rgrant@culhanemeadows.com);

c.      The Office of the United States Trustee, Eastern District of Texas via ECF and via electronic mail to Timothy.W.O'Neal@usdoj.gov); and

d.      Counsel for any Official Committee of Unsecured Creditors via ECF and via electronic mail to jbinford@krcl.com).


                              /s/ Richard Grant
                              Richard G. Grant

**EXHIBIT A**

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| In Reference To: 01 - Case Administration (Services) | | | | | |
|---|---|---|---|---|---|
| **Date** | **By** | **Services** | **Hours** | **Rates** | **Amount** |
| 02/09/2015 | LW | Send notice to various creditors and professionals to advise of bankruptcy filing (.2); telephone call with S.Fleckman regarding special counsel issues (.5); review and revise motion to pay prepetition wages (.5); review letter sent by creditor AutoOpt in violation of the automatic stay (.2) | 1.40 | $ 400.00/hr | $ 560.00 |
| 02/10/2015 | LW | Conference call with U.Juneja and R. Kamat re strategy going forward in bankruptcy case and AutoOpts notice of writ of garnishment to customers. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/10/2015 | LW | Exchange telephone calls and emails with J.Vardeman regarding payroll motion and bank account motion, and discussions with Citibank. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/10/2015 | LW | Review and revise first day declaration. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/10/2015 | LW | Exchange emails with U.Juneja and R.Kamat to ascertain scope of liabilities and determine which first day motions are most critical; continued correspondence with J.Vardeman regarding bank accounts; email S.Rosco in bankruptcy court to ask about a hearing on Thursday morning. Obtain and provide UST with pleadings from writ of garnishment, bank statements and payroll information. | 1.50 | $ 400.00/hr | $ 600.00 |
| 02/10/2015 | RGG | Prepare draft of motion to pay professional employment organization (0.8); prepare declaration of senior vice president in support of first day motions (1.2); telephone conference with client regarding critical vendor motion (0.5); telephone conference with Lynnette Warman regarding strategy (0.5); prepare checklist of first day motions (0.8) | 3.80 | $ 325.00/hr | $ 1,235.00 |
| 02/11/2015 | LW | Review draft of 20 largest creditors; review creditor matrix; exchange emails with S.Rosco regarding expedited hearing request; review draft utility motion. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/11/2015 | LW | Email exchanges to finalize information for creditor matrix and 20 largest. | 0.20 | $ 400.00/hr | $ 80.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 02/11/2015 | LW | Continued exchange of calls and emails trying to resolve issues with Citibank. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/11/2015 | LW | Final review of pleadings and orders to be submitted for first day hearings. | 0.20 | $ 400.00/hr | $ 80.00 |
| 02/11/2015 | LW | Continued review of company's financial information. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/11/2015 | LW | Prepare for hearing on motion to approve bank accounts. | 0.70 | $ 400.00/hr | $ 280.00 |
| 02/11/2015 | LW | Review debt structure of company. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/11/2015 | LW | Exchange emails with J.Vardeman regarding first day motions. | 0.20 | $ 400.00/hr | $ 80.00 |
| 02/11/2015 | EB | Several Telephone conference with R. Grant to review background and get assignments and response to questions regarding case (.7); Review process and requirements for providing utilities adequate assurance of future performance and revise utilities motion regarding same(1.4); draft proposed order; revise motion to employ CM as Debtor's counsel and draft proposed order regarding same (1.0); review Motion maintain Debtor's cash management system in advance of filing. motion; Drafted proposed order (.8) | 3.70 | $ 325.00/hr | $ 1,202.50 |
| 02/11/2015 | RGG | Prepare initial drafts of remainder of first day motions including utility motion, claims administration motion, cash management motion, and orders relating to same (3.8); supervise completion of creditor matrix, List of 20 largest unsecured creditors and coordinate filing of same (0.9); Telephone conference with Michael Sutherland regarding outstanding issues (0.3); telephone conference with Lynnette Warman regarding strategy for first day hearings (0.5); telephone conference with client regarding critical vendor issues and other first day issues (0.5); telephone conference with client regarding strategy (0.4); telephone conference with court regarding filing matters (0.5); coordinate service of first day matters upon email lists, fax list and via first-class mail (0.5);preparation for Thursday hearing (0.8); review, revise and supplement drafts of pleadings (1.7); telephone conference with Elaine Brasch regarding drafting (0.6); telephone conference with Bob Dremluk regarding same (0.4) | 10.50 | $ 325.00/hr | $ 3,412.50 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 02/12/2015 | LW | Exchange emails with UST office regarding first day orders. | 0.20 | $ 400.00/hr | $ 80.00 |
| 02/12/2015 | LW | Prepare for first day hearings, Meet with U.Juneja, R,Kamat, R. Grant and M.Latin before the first day hearings to prepare for the hearing, | 1.50 | $ 400.00/hr | $ 600.00 |
| 02/12/2015 | LW | Attend hearing on motions to pay payroll and manage bank accounts. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/12/2015 | LW | Continued meeting with U.Juneja, R.Kamat, M.Latin and R.Grant to discuss AutoOpt violations of automatic stay, details of AutoOp litigation; strategy going forward as to same. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/12/2015 | LW | Review UCC-1 filings | 0.20 | $ 400.00/hr | $ 80.00 |
| 02/12/2015 | LW | Prepare for status conference with company officers. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/12/2015 | RGG | Prepare for hearing on first day motions including preparation of exhibits (1.3); office conference with client regarding preparation for hearing and additional background facts (1.1); attend hearing on first day motions including motion to approve payment of professional employment organization wages and cash management (0.5); office conference with clients and litigation attorneys regarding background information regarding settlement and strategy (1.9) | 4.80 | $ 325.00/hr | $ 1,560.00 |
| 02/12/2015 | RGG | Telephone conference with Lynnette Warman regarding debriefing and analysis of hearings and strategy (0.5); review, revise and supplement draft of order regarding cash management (0.9); telephone conference with court and coordinate filing of same (0.3); respond to client inquiries regarding case administration (0.3) | 2.00 | $ 325.00/hr | $ 650.00 |
| 02/13/2015 | LW | Prepare for and attend conference call with various officers and directors of GTL regarding the chapter 11 filing and strategy going forward. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/13/2015 | LW | Continued exchange with S.Baker and R.Kamat regarding setting up DIP accounts and closing others down. | 0.20 | $ 400.00/hr | $ 80.00 |
| 02/13/2015 | LW | Review and respond to emails from client regarding numerous creditors' responses to the bankruptcy filing.l | 0.50 | $ 400.00/hr | $ 200.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 02/16/2015 | LW | Continued review and response to requests by various creditors for payments and/or critical vendor status, review contracts re same; telephone calls and email exchanges with U.Juneja and R.Kamat regarding same. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/16/2015 | LW | Analysis of various bills coming due for state and federal taxes; telephone calls and email exchanges with clients re same. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/16/2015 | RGG | Review, revise and supplement motion regarding utilities (0.3); review, revise and supplement case checklist (0.6); telephone conference with Lynnette Warman regarding strategy (0.7); initial draft of motion to employ auditor (0.4); review and analyze company financials (0.8); work on initial draft of post petition creditor payment agreement (0.6); telephone conference with Lynnette Warman regarding company financials (0.7) | 5.90 | $ 325.00/hr | $ 1,917.50 |
| 02/17/2015 | LW | Review financial information in preparation for trustee interview (.7); respond to debtor's questions about critical vendor issues and general bankruptcy issues via email exchanges (1.); telephone conference with R.Kamat, U.Juneja and R.Grant to finalize information for trustee interview, discuss critical vendor issues in preparation for preparing motion regarding same; discuss litigation matters ; discuss strategy going forward regarding pending lawsuits and plan preparations. | 3.00 | $ 400.00/hr | $ 1,200.00 |
| 02/17/2015 | LW | Analysis of Infomage contract and options going forward; exchange calls and emails with clients regarding same. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/17/2015 | LW | Analysis of employee related information to be included in schedules. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/17/2015 | LW | Review draft schedules. | 0.20 | $ 400.00/hr | $ 80.00 |
| 02/17/2015 | LW | Prepare for initial debtor interview. | 0.20 | $ 400.00/hr | $ 80.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 02/17/2015 | RGG | Correspondence to Lynnette Warman regarding comments to critical vendor/executory contract creditors (0.5); review correspondence exchange with client regarding case administration matters (0.6); telephone conference with client representatives regarding preparation for initial debtor interview and other case administration/strategy matters (2.2); Calendar deadlines regarding exclusivity, assumption rejection, proof of claim, etc. (0.4) | 3.70 | $ 325.00/hr | $ 1,202.50 |
| 02/18/2015 | LW | Continued work to manage old and new bank account issues. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/18/2015 | LW | Prepare for and participate in UST interview and follow up calls and emails regarding related issues. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/18/2015 | LW | Research and analysis of critical vendor issues (.5); post petition payment issues (.3); correspondence from taxing authorities (.1); exchange emails with R. Kamat regarding checking account closure issues (.) | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/18/2015 | RGG | Review, revise and supplement Schedules | 0.70 | $ 325.00/hr | $ 227.50 |
| 02/18/2015 | CD | Confer with R. Grant regarding case issues; review and analyze prejudgment garnishment pleadings and orders and other case materials | 2.20 | $ 325.00/hr | $ 715.00 |
| 02/18/2015 | RGG | Review, revise and supplement draft of Schedule F (1.1); analyze issues regarding deposit with gas card vendor (0.9); prepare for initial debtor interview (0.2); attend telephonic initial debtor interview (0.6); additional analysis of issues and information needed relating to first day pleadings (0.3); telephone conference with Cheryl Diaz regarding Motion for 2004 examination (0.9); correspondence to Elaine Brasch regarding drafting of intern compensation motion and gas card deposit motion (0.3); research issues relating to intern compensation procedures (0.4); telephone conference with Tim O'Neal regarding approval of intern compensation procedures and formation of debtor-in-possession bank account (0.3) | 4.90 | $ 325.00/hr | $ 1,592.50 |
| 02/19/2015 | LW | **Correspondence:** Review suggestions of bankruptcy filed in various litigation matters. | 0.20 | $ 400.00/hr | $ 80.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| 02/19/2015 | LW | Review information prepared for schedules. | 0.20 | $ 400.00/hr | $ 80.00 |
|---|---|---|---|---|---|
| 02/19/2015 | EB | Review emails regarding WEX Bank and need to enter into Deposit Agreement to continue supply of fuel; Draft motion and proposed order to authorize entry in same and email to R. Grant regarding open issues with regard to motion | 2.70 | $ 325.00/hr | $ 877.50 |
| 02/19/2015 | CD | Continue to review and analyze prejudgment garnishment pleadings and other file materials; draft e-mail to L. Warman and R. Grant regarding same | 0.90 | $ 325.00/hr | $ 292.50 |
| 02/20/2015 | EB | Review L. Warman email regarding changes to Wex Motion to enter into Deposit Agreement; Revise same including adding request for payment of pre-petition claim based upon Wex's status as a critical vendor. | 1.25 | $ 325.00/hr | $ 406.25 |
| 02/22/2015 | LW | Review updated draft of schedules and statement of affairs. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/22/2015 | RGG | Review, analyze and comment upon executory contract schedule provided by client (1.1); internal analysis regarding executory contract issues (0.3); review, revise and supplement draft of Schedules and Statement of Financial Affairs (1.2) | 2.60 | $ 325.00/hr | $ 845.00 |
| 02/23/2015 | LW | Prepare for conference call with Infomag and clients. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/23/2015 | EB | Draft compensation procedures motion and order for all professionals in case; revise same. | 1.80 | $ 325.00/hr | $ 585.00 |
| 02/23/2015 | RGG | Review, revise and supplement draft of Schedules and Statement of Financial Affairs (0.8); review revise and supplement attachment 3(b)(2) to Statement of Financial Affairs (0.8); telephone conference with Chief Financial Officer regarding preparation of Schedules and SOFA (1.3) | 2.90 | $ 325.00/hr | $ 942.50 |
| 02/23/2015 | RGG | Telephone conference with Mark Stout, counsel for Informage regarding requested critical vendor status (0.5); work on issues regarding same (0.2) | 0.70 | $ 325.00/hr | $ 227.50 |
| 02/24/2015 | LW | Review revised schedules and statement of affairs and related matters. | 1.00 | $ 400.00/hr | $ 400.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| 02/24/2015 | LW | Review pleadings and service issues regarding motions filed today and discussions regarding hearing date options. | 1.00 | $ 400.00/hr | $ 400.00 |
|---|---|---|---|---|---|
| 02/24/2015 | RGG | Working telephone conference with chief financial officer to review, revise and supplement Schedules and Statement of Financial Affairs (2.5); Review, revise and supplement exhibits to schedules (0.4); prepare General Notes to schedules (0.9); Telephone conference with senior vice president and chief financial officer regarding finalization of Schedules and Statement of Financial Affairs (1.0); Review, revise and supplement Schedule Statement of Financial Affairs to incorporate client final comments (0.5); coordinate filing of schedules, statement of financial affairs and list of equity security holders (0.3) | 5.60 | $ 325.00/hr | $ 1,820.00 |
| 02/25/2015 | LW | Conference call with Infomag and client representatives (.8); analysis of options regarding post petition operations (1.) | 1.80 | $ 400.00/hr | $ 720.00 |
| 02/25/2015 | LW | research issues relating to whether certain pre petition agreements may be considered executory contracts. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/25/2015 | LW | Review proposals to obtain post petition credit. | 0.20 | $ 400.00/hr | $ 80.00 |
| 02/25/2015 | RGG | Prepare and file certificate of service of motions (0.3); telephone conference with Lynnette Warman regarding Informage (0.5); telephone conference with chief financial officer regarding payment of settlement amount in regarding secured credit card financing (0.6); telephone conference with Lynnette Warman regarding Informage and other issues (0.5); Research issues regarding local rules (0.3) | 2.20 | $ 325.00/hr | $ 715.00 |
| 02/26/2015 | LW | Analysis of credit proposals and of appropriate papers to be filed seeking approval of same. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/26/2015 | LW | Continued negotiations with Infomag and its counsel regarding post petition performance. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/26/2015 | LW | Review status of case with U.Juneja and discuss strategy going forward, need for updated projections and cash flow projections during the case. | 0.50 | $ 400.00/hr | $ 200.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 02/26/2015 | RGG | Prepare draft of brief in support of motion to approve secured credit facilities (convenience credit) (1.5); coordinate transmittal of declaration to court (0.2); telephone conference with courtroom deputy regarding issues relating to procedures, hearing set scheduling, and certificate of service (0.6); telephone conference with Lynnette Warman regarding strategy regarding motions regarding secured credit financing, treatment of settlement agreements, and other strategy issues (0.8); research issues regarding treatment of settlement agreements as executory contracts (0.5); review and revise notes to financial statements for auditors (0.4) correspondence to client regarding same (0.1); correspondence to client regarding taxing authorities (0.2); prepare initial draft of six motions to approve secured credit financing (0.9) | 5.20 | $ 325.00/hr | $ 1,690.00 |
| 02/27/2015 | RGG | Correspondence to client regarding revisions to creditor matrix (0.2); review, revise and supplement draft of various motions to approve post petition secured credit collateralized by cash deposit (1.7); Correspondence to client outlining issues relating to same (0.4); Telephone conference with chief financial officer regarding issues related to deposit agreements (0.5); analyze issues regarding strategy regarding same (0.6) | 3.40 | $ 325.00/hr | $ 1,105.00 |

| | |
|---|---|
| **Total Hours** | 104.55 hrs |
| **Total Services** | $ 36,461.25 |
| **Total Amount** | **$ 36,461.25** |

| In Reference To: 03 - Committee Matters (Services) | | | | | |
|---|---|---|---|---|---|
| **Date** | **By** | **Services** | **Hours** | **Rates** | **Amount** |
| 02/09/2015 | JR | advice and counsel regarding PEO arrangements | 0.20 | $ 300.00/hr | $ 60.00 |
| 02/09/2015 | RD | **Strategy:** Call with R. Grant about PEO structure and bankruptcy treatment (.3) | 0.30 | $ 525.00/hr | $ 157.50 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| 02/10/2015 | LW | Analysis of issues related to drafting motion to approve payroll, review and revisions of multiple drafts of motion and order. Review Insperity contract; telephone calls with U. Juneja and R.Kamat regarding same and regarding process of obtaining bankruptcy court approval. | 2.00 | $ 400.00/hr | $ 800.00 |
|---|---|---|---|---|---|
| 02/10/2015 | LW | Review itemized list of payroll and expenses. | 0.20 | $ 400.00/hr | $ 80.00 |
| 02/11/2015 | LW | Prepare for hearing on motion to pay payroll | 0.70 | $ 400.00/hr | $ 280.00 |
| 02/12/2015 | LW | Review and revise order approving payroll. | 0.30 | $ 400.00/hr | $ 120.00 |
| 02/12/2015 | RD | **Revise:** Revise and update motion to approve funding of PEO, to pay prepetition benefits, to reimburse expenses and to pay per diem charges, including calls with R. Grant (.8) | 0.80 | $ 525.00/hr | $ 420.00 |

| | |
|---|---|
| **Total Hours** | 4.50 hrs |
| **Total Services** | $ 1,917.50 |
| **Total Amount** | **$ 1,917.50** |

| In Reference To: 04 - Professionals Employment/Compensation (Services) | | | | | |
|---|---|---|---|---|---|
| **Date** | **By** | **Services** | **Hours** | **Rates** | **Amount** |
| 02/10/2015 | LW | Exchange emails with M.Sutherland and S.Fleckman re applications to employ special counsel. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/11/2015 | RD | **Revise:** Revise and update application and proposed order to retain Culhane Meadows as debtor's counsel | 0.60 | $ 525.00/hr | $ 315.00 |
| 02/20/2015 | RD | Emails about retention of CM as counsel (.2) | 0.20 | $ 525.00/hr | $ 105.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| 02/24/2015 | RGG | Finalize draft of application to employ Culhane Meadows as debtor's counsel (0.3); finalize declaration of Lynnette Warman in support of same (0.3); finalize order granting same (0.3); finalize draft of motion to approve interim compensation procedure (0.7); finalize order regarding same (0.3); finalize motion to authorize payment of insurance premium financing (0.5); prepare exhibits to motion (0.3); prepare and finalize order approving same (0.3); finalize draft of motion to approve Financing (WEX Bank) (0.5); finalize order regarding same (0.3); prepare exhibits to motion (0.2); correspondence to court requesting emergency hearing on financing motions (0.2); coordinate service of motions (0.3) | 6.10 | $ 325.00/hr | $ 1,982.50 |
|---|---|---|---|---|---|

| | |
|---|---|
| **Total Hours** | 7.40 hrs |
| **Total Services** | $ 2,602.50 |
| **Total Amount** | **$ 2,602.50** |

| In Reference To: 05 - Business Operations (Services) | | | | | |
|---|---|---|---|---|---|
| **Date** | **By** | **Services** | **Hours** | **Rates** | **Amount** |
| 02/13/2015 | LW | Analysis of various requests by creditors for critical vendor status. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/13/2015 | LW | Review and respond to various emails regarding bank account transition issues. | 0.30 | $ 400.00/hr | $ 120.00 |
| 02/16/2015 | LW | Review and analysis of draft audited financial statements. | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/20/2015 | LW | Continued work on bank account transition issues. | 0.20 | $ 400.00/hr | $ 80.00 |

| | |
|---|---|
| **Total Hours** | 2.00 hrs |
| **Total Services** | $ 800.00 |
| **Total Amount** | **$ 800.00** |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| In Reference To: 08 - Claims Administration (Services) | | | | | |
|---|---|---|---|---|---|
| **Date** | **By** | **Services** | **Hours** | **Rates** | **Amount** |
| 02/12/2015 | LW | Review claims to be asserted by parent companies | 1.00 | $ 400.00/hr | $ 400.00 |
| 02/18/2015 | LW | Review UCC searches to determine existence of any secured creditors. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/23/2015 | LW | Review employee termination issues. | 0.50 | $ 400.00/hr | $ 200.00 |
| 02/24/2015 | LW | Prepare for and participate in conference call with representatives from Infomag and clients to discuss contract issues. | 1.00 | $ 400.00/hr | $ 400.00 |

| | |
|---|---|
| **Total Hours** | 3.00 hrs |
| **Total Services** | $ 1,200.00 |
| **Total Amount** | **$ 1,200.00** |

| In Reference To: 09 - AutoOpt Litigation (Services) | | | | | |
|---|---|---|---|---|---|
| **Date** | **By** | **Services** | **Hours** | **Rates** | **Amount** |
| 02/11/2015 | LW | Begin review of AutoOpt litigation matters; review emails from S.Fleckman and SK Roy regarding same. | 2.00 | $ 400.00/hr | $ 800.00 |
| 02/13/2015 | RGG | Review and analyze correspondence exchange among Lynnette Warman and client and cocounsel regarding new information (0.3); telephone conference with Lynnette Warman regarding strategy (0.7) | 1.00 | $ 325.00/hr | $ 325.00 |
| 02/18/2015 | RGG | Telephone conference with Cheryl Diaz regarding background facts relating to AutoOpt litigation (0.8); email exchange regarding review of Judge Fitzwater order (0.2); telephone conference with Cheryl Diaz regarding same (0.3) | 1.10 | $ 325.00/hr | $ 357.50 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| 02/27/2015 | LW | Exchange emails with S.Fleckman re AutoOpt litigation and discovery requests; analysis of strategy going forward in the bankruptcy case. | 1.00 | $ 400.00/hr | $ 400.00 |
|---|---|---|---|---|---|

| | |
|---|---|
| **Total Hours** | 5.10 hrs |
| **Total Services** | $ 1,882.50 |
| **Total Amount** | **$ 1,882.50** |

| In Reference To: 12 - Expenses (Expenses) | | | |
|---|---|---|---|
| **Date** | **By** | **Expenses** | **Amount** |
| 02/12/2015 | RGG | **Miscellaneous:** Delaware UCC Search | $ 154.83 |
| 02/24/2015 | RGG | **Printing/Copying:** Outside Photocopy and Assembly - Mailout 2-24-15 | $ 93.04 |

| | |
|---|---|
| **Total Expenses** | $ 247.87 |
| **Total Amount** | **$ 247.87** |

| | |
|---|---|
| **Total Hours** | 126.55 hrs |
| **Total Services** | $ 44,863.75 |
| **Total Expenses** | $ 247.87 |
| **Total Invoice Amount** | **$ 45,111.62** |
| **Previous Balance** | **$ 0.00** |
| **Balance (Amount Due)** | **$ 156,191.23** |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

**Receipts:**

**Date:** 2/12/2015 12:00:00 AM
**Expense Type:** Miscellaneous
**Description:** Delaware UCC Search



LORENA CAITO
Columbus Team 4
4400 Easton Commons Way,
Suite 125
Columbus OH 43219
(800) 713-0705 Ext.3581
lorena.caito@wolterskluwer.com

**Summary of Charges**
This is not an invoice. Do not pay from this report.

RICHARD GRANT
Culhane Meadows PLLC
100 Crescent Court
Suite 700
Dallas TX
75201

Order #:      46771194
Customer #:   29062
Date:         02/12/2015
Reference 1:  GTL (USA), Inc.
Reference 2:  --

| | **Bill-Code** | **Price** |
|---|---|---|
| **GTL (USA), INC.** | | |
| State Lien Search (All available liens)-DE, Secretary of State | GTL (USA), INC. | $58.00 |
| County or State Copy Fees: | | $43.00 |
| County or State Fees: | | $50.00 |
| State and Local Tax: | | $3.83 |
| | **Sub-Total:** | **$154.83** |

| **Summary** | | |
|---|---|---|
| | Service Charge: | $58.00 |
| | County or State Copy Fees: | $43.00 |
| | County or State Fees: | $50.00 |
| | State and Local Tax: | $3.83 |
| | **TOTAL:** | **$154.83** |

\* Pending items may have additional costs of state, county, third party fees or additional copies/pages which will
increase the total cost. This report shows preliminary cost only.

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com

CULHANE MEADOWS PLLC

**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| **Invoice Date** | **Invoice Number** |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

**Date:** 2/24/2015 12:00:00 AM
**Expense Type:** Printing/Copying
**Description:** Outside Photocopy and Assembly - Mailout 2-24-15

3/9/2015         Invoice



*Elite Document Technology-Dallas*

**www.elitedocutech.com**

## INVOICE

Call us today to schedule your demo of the VIEWPOINT E-DISCOVERY PLATFORM!!

| Date | Invoice # |
|---|---|
| 2/24/2015 | 46151 |

Job #: EDT_046151

**Bill To**

Richard Grant
Culhane Meadows PLLC
100 Crescent Court Suite 700
Dallas, TX 75201

| Client Ref. # | Terms | Rep | Ordered By |
|---|---|---|---|
| GTL 2-24-15 | Net 30 | TR | Richard Grant |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| REPRO:Mail-out | 504 | $0.100 | $50.40T |
| MISC:MAIL-Creditor | 36 | $0.350 | $12.60T |
| POSTAGE:Postage | 36 | $0.690 | $24.84 |

Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective of whether such amounts are ultimately posted to the account of your client or other third party. Dispute of Charges Client must dispute charges within 10 days of invoice date. Client agrees that failure to dispute charges within 10 days of invoice date will result in forfeiture of Client's right to dispute and will render Client liable for total amount as invoiced.

A 5% late fee will be applied to any invoice over 30 days past due.

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

| | | |
|---|---|---|
| We accept VISA, Mastercard, and AMEX. | Subtotal: | $87.84 |
| | Sales Tax (0.0825): | $5.20 |
| **Customer Signature:**                    **Date:** | Total: | $93.04 |

Tax ID Number:
33-1029748            400 N. Saint Paul St, Suite 1300, Dallas, TX 75201. 214-698-5199

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

## Trust Account Summary

**Billing Period: 02/09/2015 - 04/22/2015**

| Client: GTL (USA), Inc. - Debtor in Possession | General Matter Trust | | |
|---|---|---|
| **Total Deposits** | **Total Disbursements** | **Current Balance** |
| $44,108.00 | $0.00 | $44,108.00 |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| 03/11/2015 | Received From-GTL (USA), Inc. - Debtor in Possession | $44,108.00 | | $44,108.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 04/22/2015 | 25095 |
| **Terms** | **Service Through** |
| Net 30 | 02/28/2015 |

## User Hours Summary

**Billing Period: 02/09/2015 - 02/28/2015**

| User Hour Totals | | | |
|---|---|---|---|
| **User** | **Hours Billed** | **Rate/Hour** | **Amount Billed** |
| Robert Dremluk | 1.90 | $525.0000 | $997.50 |
| Lynnette Warman | 44.80 | $400.0000 | $17,920.00 |
| Elaine Brasch | 9.45 | $325.0000 | $3,071.25 |
| Richard G Grant | 67.10 | $325.0000 | $21,807.50 |
| Cheryl Diaz | 3.10 | $325.0000 | $1,007.50 |
| Jennifer Rodriguez | 0.20 | $300.0000 | $60.00 |

**Please remit payments via check to:**
Culhane, Meadows, Haughian & Walsh, PLLC
P.O. Box 49716
Atlanta, GA 30359

**Please remit electronic payments to:**

Culhane, Meadows. Haughian & Walsh, PLLC
Routing/ABA# is: 111000614
Operating Account number is: 703239066
International SWIFT Code (Chase Bank): CHASUS33
JPMorgan Chase Bank, N.A. (201)
2051 Long Prairie Rd.
Flower Mound, TX 75022

Tax ID # 46-2822560