UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:
GTL (USA), Inc.
5200 Tennyson Parkway, Suite 200
Plano, TX 75024
EIN: 26-2125604
Debtor

Case No. 15-40248 btr
Chapter: 11

## NOTICE OF INTENT TO STRIKE DEFICIENT
## PROOF OF CLAIM FROM CLAIMS REGISTRY

**ON THIS DATE** the Court reviewed the claims registry in the above-referenced case. The Court finds that, on May 29, 2015, Avis Rent A Car System, LLC ("Claimant") filed a proof of claim #30,the contents of which are so deficient that it fails to fulfill the fundamental requirements for a proof of claim under 11 U.S.C. §501(a) and Fed. R. Bankr. P. 3002(a); fails to substantially comply with Official Form 10; or otherwise fails to supply sufficient information to be legitimately assigned to the claims registry of a particular case. In that regard, the putative proof of claim is deficient in the following respects:

☑ failure to file on a Proof of Claim Form(B-10)

Accordingly, because such failure(s) reflect a failure to abide by the applicable provisions of the Bankruptcy Code and Bankruptcy Rules and preclude the prompt administration of this case, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that Avis Rent A Car System, LLC , the above-referenced claimant, shall file with the Court an amended proof of claim in substantial compliance with Fed. R. Bankr. P. 3001(a) and Official Form 10 or a withdrawal of claim within fourteen (14) days of the entry of this Order.

**IT IS FURTHER ORDERED** that, in the event that the Claimant fails to comply with the terms of this Order, absent a further order of the Court extending such deadline for cause shown, the above-referenced proof of claim shall be declared **NULL** and **VOID** and **STRICKEN** from the claims registry without further notice or hearing.

Signed on 6/1/2015

*Brenda T. Rhoades*   WH
_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE



Avis Rent a Car System, LLC.
AVIS VEHICLE DAMAGE CLAIMS DEPARTMENT
PO BOX 409309
Atlanta, GA 30384-9309

2015 MAY 29  PM 12:44

BY_____DEPUTY

May 26, 2015

Jeanne Henderson
Clerk of the Bankruptcy Court
Case# 15-40248
660 North Central Expressway, Ste 300B
PLANO, TX 75074

**IN RESPONSE REFER TO:**

Claim Number: 14A115647
Accident Date: 11-19-2014
Total Claim:    $16,500.00

> **NOTE : PLEASE INDICATE OUR FILE NUMBER ON ALL CORRESPONDENCE AND REMITTANCES**

Dear Jeanne Henderson:

Our investigation indicates you were involved in the above-referenced accident which resulted in loss or damage to our vehicle. We are making a claim for damages and related expenses and attached you will find documentation in support of our property damage claim.

If you are insured, please notify your carrier of our claim. If applicable, please provide us with your insurance claim information using the form below. For your convenience we have enclosed a self-addressed envelope.

**Please mail your payment to:**
**AVIS**
**P.O. Box 409309**
**Atlanta, GA 30384-9309**

If you have any questions or you are not insured, please contact the undersigned regarding settlement of this claim.

Sincerely,


Jennifer Blackwell
Phone #:    (757)687-2892
Fax #:      (303)824-2952
Email:      jennifer.blackwell@avisbudget.com

<u>*Your Insurance Company:*</u>

Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Claim Number: _____

Adjuster Name: _____ Phone Number: _____

TP1