**EOD**

**06/01/2015**

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
GTL (USA), Inc.
5200 Tennyson Parkway, Suite 200
Plano, TX 75024
EIN: 26-2125604
Debtor

Case No. 15-40248 btr
Chapter: 11

### NOTICE OF INTENT TO STRIKE DEFICIENT
### PROOF OF CLAIM FROM CLAIMS REGISTRY

**ON THIS DATE** the Court reviewed the claims registry in the above-referenced case. The Court finds that, on June 1, 2015, Avis Rent A Car System, LLC ("Claimant") filed a proof of claim #32, the contents of which are so deficient that it fails to fulfill the fundamental requirements for a proof of claim under 11 U.S.C. §501(a) and Fed. R. Bankr. P. 3002(a); fails to substantially comply with Official Form 10; or otherwise fails to supply sufficient information to be legitimately assigned to the claims registry of a particular case. In that regard, the putative proof of claim is deficient in the following respects:

☑ failure to file on a Proof of Claim Form (B-10)

Accordingly, because such failure(s) reflect a failure to abide by the applicable provisions of the Bankruptcy Code and Bankruptcy Rules and preclude the prompt administration of this case, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that Avis Rent A Car System, LLC, the above-referenced claimant, shall file with the Court an amended proof of claim in substantial compliance with Fed. R. Bankr. P. 3001(a) and Official Form 10 or a withdrawal of claim within fourteen (14) days of the entry of this Order.

**IT IS FURTHER ORDERED** that, in the event that the Claimant fails to comply with the terms of this Order, absent a further order of the Court extending such deadline for cause shown, the above-referenced proof of claim shall be declared **NULL** and **VOID** and **STRICKEN** from the claims registry without further notice or hearing.

Signed on 6/1/2015

*Brenda T. Rhoades*    WH

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**AVIS.**

Avis Rent a Car System, LLC.

AVIS VEHICLE DAMAGE CLAIMS DEPARTMENT
PO BOX 409309
Atlanta, GA 30384-9309

May 20, 2015

Bankruptcy Clerk's Office
660 North Central Expressway
Suite 300B
PLANO, TX 75074

**IN RESPONSE REFER TO:**

| | |
|---|---|
| Our Claim Number: | 14A113048 |
| Your Claim Number: | 15?40248 |
| Your Insured: | LAJARCIS GORDON |
| Accident Date: | 11-08-2014 |
| Total Claim: | $1,170.00 |

Dear Sir or Madame :

Please find attached documentation in support of our auto property damage claim. Kindly communicate with the undersigned regarding settlement.

**Please mail your payment to:**
AVIS
P.O. Box 409309
Atlanta, GA 30384-9309

Sincerely,

Yolanda Wright
Phone #:    (973)496-3707
Fax #:
Email:       yolanda.wright@avisbudget.com

IN1