IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| GTL (USA), INC. | § | CASE NO. 15-40248 |
| | § | |
| Debtor. | § | |
| | § | Objection Deadline: June 22, 2015 |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
AMENDED NOTICE OF FEES AND EXPENSES INCURRED – MAY 2015**

Comes now the Official Committee of Unsecured Creditors (the "Committee"), and submits this *Notice of Fees and Expenses Incurred – May 2015* in compliance with the terms of the *Sua Sponte Amended and Restated Order Granting Motion for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Doc. No. 113].

Attached hereto are:

1. Summary cover page for fees and expenses incurred by counsel for the Committee for the month of May 2015; and

2. Counsel for the Committee invoice showing: (a) detailed daily time entries and summaries of time, as redacted to preserve attorney/client information; and (b) detailed summaries of all disbursements and expenses, for the month of May 2015.

Dated:  June 8, 2015

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By:   */s/ Jason B. Binford*
     Jason B. Binford
     State Bar No. 24045499

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone - (214) 777-4200
Telecopier - (214) 777-4299
Email: jbinford@krcl.com; ecf@krcl.com

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

### CERTIFICATE OF SERVICE

    I hereby certify that on June 8, 2015, a true and correct copy of the foregoing has been served on all parties receiving ECF Notification at the date and time filed and via e-mail on the parties listed below.

  /s/ *Jason B. Binford*
Jason B. Binford

*The Debtors*
Urmeet Juneja
urmeet.juneja@gtlamericas.com
Rajiv Kamat
rajiv.kamat@gtlamericas.com

*Debtor's Counsel*
Lynnette Warman
lwarman@culhanemeadows.com
Richard Grant
rgrant@culhanemeadows.com

*U.S. Trustee*
Timothy O'Neal
timothy.w.o'neal@usdoj.gov

**NOTICE OF FEES AND EXPENSES INCURRED**
**MAY, 2015**
**KANE RUSSELL COLEMAN & LOGAN PC**
**COUNSEL TO COMMITTEE OF UNSECURED CREDITORS**

Month: **May, 2015**
Applicant: Kane Russell Coleman & Logan PC
Capacity: Counsel for Committee of Unsecured Creditors
Amount Requested: $26,739.46

| Type: | Amount Incurred: | Interim Amount to Pay |
|---|---|---|
| Fees | $25,956.50 | $20,765.20 (80%) |
| Expenses | $   782.96 | $   782.96 (100%) |
| Total: | $26,739.46 | $21,548.16 |

Cumulative Amounts Paid to Date:

| Type: | Amount Incurred: | Amounts Paid: |
|---|---|---|
| Fees | $107,185.00 | $64,982.80 |
| Expenses | $  2,877.81 | $  2,094.85 |
| Total: | $110,062.81 | $67,077.65 |

Trust Fund Statement (if applicable):

| Balance on Petition Date: | $0 | |
|---|---|---|
| (Itemized Deductions/Reimbursements by date): | | |

Hourly Rates:

| Professional: | Hourly Rate | Hours: | Amount |
|---|---|---|---|
| Attorneys: | | | |
| Jason B. Binford | $385 | 65.70 | $25,294.50 |
| John J. Kane | $305 | .80 | $244.00 |
| Blended Attorney Rate/Totals: | $384.04 | 66.50 | $25,538.50 |
| Paralegals | | | |
| Shannon Savage | $190 | 2.20 | $418.00 |
| Blended Paralegal Rate/Totals: | $190 | 2.20 | $418.00 |
| Blended Rate/Totals: | $368.18 | 70.50 | $25,956.50 |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**NOTICE OF FEES AND EXPENSES TO COMPENSATION – Page 1**

| | |
|---|---|
| Photocopies: | $13.95 |
| Telephone: Conference Call Service | $300.80 |
| Meals: | $19.33 |
| Westlaw/Lexis/Online Research: | $379.49 |
| Courier Expenses: | $24.56 |
| Parking: | $20.00 |
| Telephone – Long Distance: | $12.12 |
| Postage: | $12.71 |
| **TOTAL EXPENSES:** | $782.96 |

**Objection Deadline:** <u>**June 22, 2015**</u>

**KRC&L**
ATTORNEYS & COUNSELORS

KANE RUSSELL COLEMAN & LOGAN, P.C.

---

Invoice Date: 06/04/15     Invoice No.: 370991     File No.: 79646.00002.000

Official Committee of Unsecured Creditors

**File Description: GTL (USA), Inc. Bankruptcy**

## PROFESSIONAL CHARGES

**Case Administration**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/15 | Jason B. Binford | Exchange e-mails with Mr. Feferman regardin ▮▮▮ (0.4); telephone conference with Mr. Grant regarding case status and upcoming Debtor's meeting (0.5); research and analyze additional case law and commentaries regardin ▮▮▮ (0.8). | 1.70 | 654.50 |
| 05/05/15 | Jason B. Binford | Telephone conference with Mr. Grant discussing the upcoming Debtor meeting (0.5); exchange e-mails with Mr. Feferman regarding same (0.3). | 0.80 | 308.00 |
| 05/06/15 | Jason B. Binford | Continue to revise and edit the motion to take 2004 exam and request for documents from GTL International, Ltd. | 3.70 | 1,424.50 |
| 05/06/15 | Jason B. Binford | Review and analyze case law and commentaries regarding ▮▮▮ and exchange e-mails wit ▮▮▮ regarding same. | 1.70 | 654.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/15 | Jason B. Binford | Meet with Mr. Feferman prior to the Debtor meeting to prepare for same (3.5); attend the Debtor meeting and discuss issues with counsel for the Debtor and counsel for GTL International afterwards (3.5); discuss issues following the meeting and prepare for the follow up Committee call (0.5); exchange e-mails with Mr. Shah regarding ▮▮▮▮▮ (0.4). | 7.90 | 3,041.50 |
| 05/08/15 | Jason B. Binford | Finalize the GTL International Ltd. 2004 exam motion and coordinate filing of same (0.6); draft, edit, and send a letter to Debtor's counsel requesting documents to the extent they overlap with the documents requested from GTL International (0.5). | 1.10 | 423.50 |
| 05/14/15 | Jason B. Binford | Exchange multiple e-mails with Debtor's counsel discussing the structured dismissal offer. | 1.40 | 539.00 |
| 05/15/15 | Jason B. Binford | Review the district court pleadings regarding the AutOOpt prejudgment garnishment and the documents supporting same (1.5); review a deposition transcript of Candace Plank (0.6); multiple telephone conferences with Ms. Warman discussing the structured dismissal offer and other case related issues (0.6); telephone conference with Mr. Grant discussing plan options (1.0); telephone conference with Mr. Feferman discussing structured dismissal and other matters (0.7). | 4.40 | 1,694.00 |
| 05/15/15 | Jason B. Binford | Draft and edit an Offer to Support Structured Dismissal and discuss same with Mr. Spector. | 1.00 | 385.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/17/15 | Jason B. Binford | Review e-mail correspondence from Debtor's counsel and from the Debtor discussing issues related to the pre-petition district court case and the AutOOpt evidence. | 0.40 | 154.00 |
| 05/21/15 | Jason B. Binford | Review additional case law and commentaries regarding ▮▮▮▮▮▮ nd acts the Committee possibly could take regarding same. | 1.40 | 539.00 |
| 05/22/15 | Jason B. Binford | Review the initial disclosures filed by AutOOpt and by the Debtor and exchange multiple e-mails with counsel for AutOOpt and counsel for the Debtor regarding same. | 2.10 | 808.50 |
| 05/22/15 | Jason B. Binford | Exchange e-mails with Mr. Shah regardin ▮▮▮▮ (0.4); review ▮▮▮ (0.3); send an update e-mail to the Committee (0.4); draft, edit, and send a renewed structured dismissal offer to Debtor's counsel (0.5). | 1.60 | 616.00 |
| 05/26/15 | Jason B. Binford | Exchange e-mails with Ms. Shriro regarding the 2004 exam motion and telephone conference regarding same. | 0.50 | 192.50 |
| 05/29/15 | Jason B. Binford | Conference call with Mr. Feferman discussing case status and financial reporting issues. | 0.50 | 192.50 |
| Total | | | 30.20 | $11,627.00 |

**Asset Analysis and Recovery**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/06/15 | Shannon Savage | Research regardin ▮▮▮ | 0.40 | 76.00 |
| 05/06/15 | Shannon Savage | Draft ▮▮▮. | 0.50 | 95.00 |
| 05/08/15 | Shannon Savage | Prepare and file motion for rule 2004 examination; (.3); e-mail to Debtor's counsel and UST regarding same (.1). | 0.40 | 76.00 |
| Total | | | 1.30 | $247.00 |

**Meetings of and Communications with Creditors**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/04/15 | Jason B. Binford | Draft and edit an agenda for the Committee conference call (0.6); review additional documents in preparation for the call (0.5); participate in the Committee conference call (0.8); follow up discussions with Mr. Feferman (0.7). | 2.60 | 1,001.00 |
| 05/06/15 | Jason B. Binford | Exchange e-mails with counsel for a non-Committee creditor answering questions about the case. | 0.40 | 154.00 |
| 05/08/15 | Jason B. Binford | Review information from the Debtor's meeting (1.0); meet with Mr. Feferman to discuss the Debtor meeting information and to prepare for the Committee conference call and draft an agenda for the call (1.5); participate in the Committee conference call (1.6); follow up discussions with Mr. Feferman (1.0). | 5.10 | 1,963.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/11/15 | Jason B. Binford | Review information sent by Mr. Shah related to a ██████ ██████ (0.6); draft, edit, and send ██████ to the Committee and exchange multiple e-mails discussing same (1.8). | 2.40 | 924.00 |
| 05/12/15 | Jason B. Binford | Exchange e-mails with Mr. Shah regarding ██████ (0.5); telephone conference with New Jersey counsel for AutoOpt (0.4); review financial analysis from Mr. Feferman and discuss same (0.6); telephone conferences with other Committee members regarding ██████ (.5); send an e-mail to Committee members with copies of Informage reporting and recent professional invoices (0.3); draft and edit the Committee call agenda and send same to the Committee (1.0). | 3.30 | 1,270.50 |
| 05/12/15 | Shannon Savage | Confer with J. Binford regarding notice of monthly fees and expenses (.1); prepare notice for filing (.1); e-mail to counsel as per certificate of service (.1). | 0.30 | 57.00 |

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 05/13/15 | Jason B. Binford | Exchange multiple e-mails with Mr. Feferman and review information relating to his analysis of the Debtor's projections (1.0); telephone conference with Mr. Spector (0.4); telephone conference with Mr. Uppalapait (0.4); prepare for and participate in a Committee conference call to discuss ████████████████████ (.7); draft, edit, and send the structured dismissal offer to Debtor's counsel and telephone conference regarding same (0.7). | 4.20 | 1,617.00 |
| 05/15/15 | Jason B. Binford | Review a complaint filed by the Debtor against Kunal Kapai and Candace Plank and forward same to the Committee with comment. | 0.60 | 231.00 |
| 05/18/15 | Jason B. Binford | Telephone conference with Mr. Feferman discussing ████████████████████. | 0.60 | 231.00 |
| 05/19/15 | Jason B. Binford | Review a ████████████ prepared by Mr. Feferman and discuss same with Mr. Feferman (0.8); telephone conference with Mr. Uppalapait discussing ████████████ (0.4); prepare for and participate in a Committee call discussing ████████████ (0.9). | 2.10 | 808.50 |
| 05/20/15 | Jason B. Binford | Exchange multiple e-mails with Mr. Shah regarding ████████████████. | 0.60 | 231.00 |

3700 Thanksgiving Tower ● 1601 Elm Street ● Dallas, Texas 75201 ● Telephone (214) 777-4200 ● Facsimile (214) 777-4299 ● www.krcl.com

**Tax ID: 75-2410848**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/21/15 | Jason B. Binford | Review the April monthly operating report (0.6); review Mr. Feferman's analysis of the report and exchange e-mails with Mr. Feferman regarding same (0.5); draft, edit, and send the Committee an update discussing ▇▇▇▇▇▇ (0.6). | 1.70 | 654.50 |
| 05/26/15 | Jason B. Binford | Draft, edit, and send the Committee a case update with various items including ▇▇▇▇▇▇ | 0.50 | 192.50 |
| 05/27/15 | Jason B. Binford | Telephone conference and exchange e-mails with Ms. Shriro regarding the 2004 exam motion and the structured dismissal offer (0.5); draft, edit, and send the Committee a status update (0.5). | 1.00 | 385.00 |
| Total | | | 25.40 | $9,720.50 |

**Fee/Employment Applications**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/12/15 | John J. Kane | Detailed analysis of invoice redactions and coordinate with J. Binford regarding same. | 0.40 | 122.00 |
| 05/13/15 | Jason B. Binford | Review the KRCL invoice and redact privileged information (0.5); coordinate the preparation of the notice and filing of same (0.8); review fee statements filed by the Debtor and Debtor's financial advisor and forward same to the Committee (0.4). | 1.70 | 654.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/26/15 | Shannon Savage | Confer with J. Binford regarding monthly fee statement for financial advisor (.1); prepare certificate of service regarding monthly fee statement for financial advisor (.2); prepare and file financial advisor monthly fee statement (.2); e-mail to counsel and UST regarding same (.1). | 0.60 | 114.00 |
| 05/26/15 | Jason B. Binford | Review Mr. Feferman's April statement and coordinate filing and serving out same. | 0.80 | 308.00 |
| Total | | | 3.50 | $1,198.50 |

**Plan and Disclosure Statement (including Business Plan)**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/07/15 | John J. Kane | Coordinate with financial advisor regarding ▮▮▮ | 0.40 | 122.00 |
| 05/08/15 | Jason B. Binford | Telephone conference with Mr. Grant discussing the Debtor meeting and possible plan scenarios (1.1); follow up call with Ms. Warman regarding same (0.5); review liquidating plans in other cases and consider various plan options (1.0). | 2.60 | 1,001.00 |
| Total | | | 3.00 | $1,123.00 |

**Litigation**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/05/15 | Jason B. Binford | Research and analyze case law and commentaries regarding [redacted] | 1.50 | 577.50 |
| 05/05/15 | Jason B. Binford | Draft, edit, and send a letter to counsel for GTL International Ltd. (2.0); begin drafting a notice of deposition and request for production from GTL International Ltd. (1.8). | 3.80 | 1,463.00 |
| Total | | | 5.30 | $2,040.50 |
| Total Professional Charges | | | 68.70 | $25,956.50 |

## PROFESSIONAL CHARGES SUMMARY

| Timekeeper | Title | | | | | Total |
|---|---|---|---|---|---|---|
| Jason B. Binford | Director | 65.70 | hrs at | $ 385 | / hr | 25,294.50 |
| John J. Kane | Associate | .80 | hrs at | $ 305 | / hr | 244.00 |
| Shannon Savage | Paralegal | 2.20 | hrs at | $ 190 | / hr | 418.00 |
| Total Professional Charges | | | | | | $25,956.50 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 05/31/15 | Photocopies | 13.95 |
| 05/31/15 | Telephone | 300.80 |
| 05/31/15 | Meals | 19.33 |
| 05/31/15 | On-Line Services | 379.49 |
| 05/31/15 | Courier Expense | 24.56 |
| 05/31/15 | Parking | 20.00 |
| 05/31/15 | Telephone - Long Distance | 12.12 |
| 05/31/15 | Postage | 12.71 |

| Date | Description | Amount |
|---|---|---|
| | Total Disbursements | $782.96 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Professional Charges | $ | 25,956.50 |
| Disbursements | $ | 782.96 |
| **CURRENT INVOICE DUE** | $ | **26,739.46** |

Outstanding Prior Balance

| Invoice No. | Date | Original Amount | Payments | Write-Offs | Balance |
|---|---|---|---|---|---|
| 369664 | 05/07/15 | 41,162.84 | 24,917.14 | 0.00 | $ 16,245.70 |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE** | $ | **42,985.16** |

## PAYMENT SUMMARY

| | | | |
|---|---|---|---|
| | Balance Due Per Prior Invoice | $ | 49,546.34 |
| 05/28/15 | Wire | GTL USA Inc. | - 33,300.64 |
| **Previous Balance Due** | | $ | **16,245.70** |

PRIVACY NOTICE

Kane, Russell, Coleman & Logan, P.C. may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services.  Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided.  Kane, Russell, Coleman & Logan, P.C. does not disclose, nor does Kane, Russell, Coleman & Logan, P.C. reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law.  Kane, Russell, Coleman & Logan, P.C. restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services.  Kane, Russell, Coleman & Logan, P.C. maintains physical, electronic and procedural safeguards to prevent the dissemination of nonpublic personal information of clients and former clients.

**KRC&L**
**ATTORNEYS & COUNSELORS**

**KANE RUSSELL COLEMAN & LOGAN, P.C.**

---

Invoice Date: 06/04/15          Invoice No.: 370991          File No.: 79646.00002.000


Official Committee of Unsecured Creditors

*For Professional Services Rendered Through May 31, 2015:*

| | |
|---|---:|
| Total Professional Charges............................................................................. $ | 25,956.50 |
| Disbursements .............................................................................................. $ | 782.96 |
| **Current Invoice Due**................................................................................... $ | **26,739.46** |
| Previous Balance Due .................................................................................. $ | 16,245.70 |
| **TOTAL AMOUNT DUE**............................................................................ $ | **42,985.16** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

3700 Thanksgiving Tower ● 1601 Elm Street ● Dallas, Texas 75201 ● Telephone (214) 777-4200 ● Facsimile (214) 777-4299 ● www.krcl.com
**Tax ID: 75-2410848**