UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:
GTL (USA), Inc.
5200 Tennyson Parkway, Suite 200
Plano, TX 75024
EIN: 26-2125604
Debtor

Case No. 15-40248 btr
Chapter: 11

### ORDER STRIKING DEFICIENT PROOF OF CLAIM FROM CLAIMS REGISTRY

**ON June 2, 2015**, this Court issued a Notice of Intent to Strike Deficient Proof of Claim From Claims Registry in which the Court directed that, in the absence of the filing of an amended proof of claim by Avis Budget Group within a period of fourteen (14) days from the Notice, that cures fundamental deficiencies in Claim No. 34 and that substantially complies with the requirements of 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a), and Official Form 10, the above-referenced proof of claim filed on June 2, 2015 would be stricken without further notice or hearing. The Court finds that no amended proof of claim has been filed in compliance with the Court's order. Accordingly, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that Claim No. 34 filed by Avis Budget Group on June 2, 2015 is hereby declared **NULL** and **VOID** and is hereby **STRICKEN** from the claims registry of the above-referenced case for its failure to fulfill the fundamental requirements for a proof of claim under 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a) and/or Official Form 10.

Signed on 6/18/2015

*Brenda T. Rhoades* SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE