IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| GTL (USA), INC. | § | CASE NO. 15-40248 |
| | § | |
| Debtor. | § | |
| | § | Objection Deadline: July 23, 2015 |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
NOTICE OF FEES AND EXPENSES INCURRED – JUNE 2015**

Comes now the Official Committee of Unsecured Creditors (the "Committee"), and submits this *Notice of Fees and Expenses Incurred – June 2015* in compliance with the terms of the *Sua Sponte Amended and Restated Order Granting Motion for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Doc. No. 113].

Attached hereto are:

1. Summary cover page for fees and expenses incurred by counsel for the Committee for the month of June 2015; and

2. Counsel for the Committee invoice showing: (a) detailed daily time entries and summaries of time, as redacted to preserve attorney/client information; and (b) detailed summaries of all disbursements and expenses, for the month of June 2015.

Dated:   July 9, 2015

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By:   */s/ Jason B. Binford*
     Jason B. Binford
     State Bar No. 24045499

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone - (214) 777-4200
Telecopier - (214) 777-4299
Email: jbinford@krcl.com; ecf@krcl.com

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2015, a true and correct copy of the foregoing has been served on all parties receiving ECF Notification at the date and time filed and via e-mail on the parties listed below.

  /s/ *Jason B. Binford*
Jason B. Binford

| | |
|---|---|
| *The Debtors* | *U.S. Trustee* |
| Urmeet Juneja | Timothy O'Neal |
| urmeet.juneja@gtlamericas.com | timothy.w.o'neal@usdoj.gov |
| Rajiv Kamat | |
| rajiv.kamat@gtlamericas.com | |
| | |
| *Debtor's Counsel* | |
| Lynnette Warman | |
| lwarman@culhanemeadows.com | |
| Richard Grant | |
| rgrant@culhanemeadows.com | |

**NOTICE OF FEES AND EXPENSES INCURRED**
**JUNE, 2015**
**KANE RUSSELL COLEMAN & LOGAN PC**
**COUNSEL TO COMMITTEE OF UNSECURED CREDITORS**

Month: **June, 2015**
Applicant: Kane Russell Coleman & Logan PC
Capacity: Counsel for Committee of Unsecured Creditors
Amount Requested: $37,089.56

| Type: | Amount Incurred: | Interim Amount to Pay |
|---|---|---|
| Fees | $42,005.00 | $33,604.00 (80%) |
| Expenses | $ 3,485.56 | $ 3,485.56 (100%) |
| Total: | $45,490.56 | $37,089.56 |

Cumulative Amounts Paid to Date:

| Type: | Amount Incurred: | Amounts Paid: |
|---|---|---|
| Fees | $149,190.00 | $85,748.00 |
| Expenses | $ 6,363.37 | $ 2,877.81 |
| Total: | $155,553.37 | $88,625.81 |

Trust Fund Statement (if applicable):

| Balance on Petition Date: | $0 | |
|---|---|---|
| (Itemized Deductions/Reimbursements by date): | | |

Hourly Rates:

| Professional: | Hourly Rate | Hours: | Amount |
|---|---|---|---|
| Attorneys: | | | |
| Jason B. Binford | $385 | 100.30 | $38,615.50 |
| Chris Harris | $375 | 2.10 | $    787.50 |
| Blended Attorney Rate/Totals: | $384.79 | 102.40 | $39,403.00 |
| Paralegals | | | |
| Shannon Savage | $190 | 12.80 | $ 2,432.00 |
| Carlos Velazquez | $170 | 1.00 | $    170.00 |
| Blended Paralegal Rate/Totals: | $188.51 | 13.80 | $ 2,602.00 |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**NOTICE OF FEES AND EXPENSES TO COMPENSATION – Page 1**

| | |
|---|---|
| Photocopies: | $1,028.02 |
| Court Reporter Fees | $1,081.50 |
| Meals: | $65.83 |
| Westlaw/Lexis/Online Research: | $1,037.84 |
| Federal Express: | $13.73 |
| Parking: | $40.00 |
| Telephone – Long Distance: | $26.52 |
| Postage: | $34.27 |
| Service of Process | $85.00 |
| Expert Witness | $72.85 |
| **TOTAL EXPENSES:** | $3,485.56 |

**Objection Deadline:**  **July 23, 2015**

# KRC&L
## ATTORNEYS & COUNSELORS
### KANE RUSSELL COLEMAN & LOGAN, P.C.

---

Invoice Date: 07/09/15     Invoice No.: 372337     File No.: 79646.00002.000

Official Committee of Unsecured Creditors

**File Description:  GTL (USA), Inc. Bankruptcy**

## PROFESSIONAL CHARGES

**Bankruptcy**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/16/15 | Shannon Savage | Research regarding ▓▓▓▓ ▓▓▓▓ and confer with J. Binford regarding same. | 0.50 | 95.00 |
| 06/17/15 | Shannon Savage | Prepare subpoena in a bankruptcy case (.3); service of same (.1); correspond with court reporting firm regarding court reporter (.2). | 0.60 | 114.00 |
| 06/18/15 | Shannon Savage | Exchange e-mails with court reporter regarding 341 transcript and service of subpoena (.2); confer with J. Binford regarding brief limitations and subpoena service (.2); compare June 11 matrix with June 17 matrix to determine additional party (.9); e-mail to J. Binford regarding same. | 1.40 | 266.00 |
| 06/22/15 | Shannon Savage | E-mail exchange with J. Binford regarding deposition, 341 meeting transcript and status. | 0.30 | 57.00 |
| 06/24/15 | Shannon Savage | E-mail exchange with court reporting firm regarding deposition scheduling. | 0.20 | 38.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/29/15 | Shannon Savage | Confer with J. Binford regarding July 7 setting and potential for additional time on the Court's docket (.1); e-mail to Judge Rhoades' courtroom deputy regarding same (.1); prepare stipulation regarding exclusivity for filing (.1). | 0.30 | 57.00 |
| 06/30/15 | Shannon Savage | E-mail exchange with J. Binford regarding July 7 setting. | 0.10 | 19.00 |
| Total |  |  | 3.40 | $646.00 |

**Case Administration**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/04/15 | Jason B. Binford | Prepare for and participate in a telephone conference with Mr. Feferman and Debtor's counsel inquiring about structured dismissal status and about more detailed financial reporting; follow up discussion with Mr. Feferman. | 0.70 | 269.50 |
| 06/08/15 | Jason B. Binford | Telephone conference with Mr. Feferman regarding financial reporting issues (0.4); review the Debtor's motion to extend exclusivity and motion to extend time to assume or reject a lease (0.4). | 0.80 | 308.00 |
| 06/19/15 | Jason B. Binford | Review prior e-mail correspondence related to financial reporting issues (0.4); exchange multiple e-mails and conference call with Mr. Feferman discussing financial reporting issues and preparing for a call with Debtor's counsel (0.8); conference call with Ms. Warman, Ms. Ragan, and Mr. Feferman discussing financial reporting issues (0.6). | 1.80 | 693.00 |
| 06/23/15 | Jason B. Binford | Review the May 2015 monthly operating report. | 0.40 | 154.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/25/15 | Jason B. Binford | Participate in telephone conference with Debtor's counsel and the financial advisors regarding a potential settlement bankruptcy exit plan. | 1.00 | 385.00 |
| 06/26/15 | Jason B. Binford | Review case law and commentaries regarding ▮▮▮▮ and revise and edit the expedited motion ▮▮▮▮. | 2.20 | 847.00 |
| 06/26/15 | Jason B. Binford | Exchange e-mails with Debtor's counsel discussing the sale proposal. | 0.50 | 192.50 |
| 06/27/15 | Jason B. Binford | Review and analyze additional case law and commentaries regarding ▮▮▮▮ and revise and edit the expedited motion ▮▮▮▮. | 2.00 | 770.00 |
| 06/29/15 | Jason B. Binford | Telephone conference with counsel for the Debtor and counsel for GTL International Ltd. discussing the Committee's position on the sale proposal. | 0.80 | 308.00 |
| 06/29/15 | Jason B. Binford | Draft and edit a stipulation extending the deadline to object to the Debtor's motion to terminate exclusivity and coordinate filing of same. | 0.40 | 154.00 |
| 06/29/15 | Jason B. Binford | Exchange multiple e-mails with the court reporting company regarding the Mr. Juneja deposition transcript. | 0.20 | 77.00 |
| 06/29/15 | Jason B. Binford | Revise and edit the expedited motion ▮▮▮▮ and draft and edit a motion to expedite and a proposed order. | 2.30 | 885.50 |
| 06/29/15 | Jason B. Binford | Telephone conference with Mr. Grant discussing the sale proposal, the deposition of Mr. Juneja and other matters. | 0.70 | 269.50 |

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/29/15 | Jason B. Binford | Telephone conference with Ms. Shriro discussing the sale proposal. | 0.50 | 192.50 |
| 06/30/15 | Jason B. Binford | Draft and edit a motion to continue the hearing on the 2004 examination of GTL International, Ltd.; send a draft copy to counsel for the Debtor and counsel for GTL International, Ltd. and coordinate filing of same. | 0.60 | 231.00 |
| 06/30/15 | Jason B. Binford | Begin reviewing the deposition transcript for Mr. Juneja's deposition and exchange multiple e-mails with Mr. Feferman regarding same (1.8); begin outlining information needed to be collected from Mr. Kamat prior to the July 28 hearing (0.8). | 2.60 | 1,001.00 |
| 06/30/15 | Jason B. Binford | Send e-mails to Debtor's counsel on various topics including follow up on ▮▮▮▮▮ due diligence, summarizing the Committee's position on the proposed sale, and inquiring on the status of the pending adversary proceedings. | 0.70 | 269.50 |
| Total |  |  | 18.20 | $7,007.00 |

**Asset Analysis and Recovery**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/09/15 | Jason B. Binford | Telephone conference with counsel for the Debtor's parent regarding the 2004 exam motion. | 0.40 | 154.00 |
| 06/10/15 | Jason B. Binford | Begin review of an objection filed by the Debtor's parent to the 2004 exam motion and send copy of same to the Committee. | 0.60 | 231.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/11/15 | Jason B. Binford | Continue review and analysis of the Debtor parent's objection to the 2004 exam motion and review and analyze case law and commentaries regarding issues raised in same. | 1.70 | 654.50 |
| 06/16/15 | Jason B. Binford | Review case law and commentaries regarding obtaining personal jurisdiction ▮▮▮ (1.5); begin drafting a reply to GTL International Ltd.'s 2004 exam objection (0.5); draft, edit, and send an e-mail to Debtor's counsel requesting discovery related to same (0.4). | 2.40 | 924.00 |
| 06/17/15 | Jason B. Binford | Finalize the notice of deposition of Urmeet Juneja, the request for production, and the subpoena (1.6); exchange e-mails with Debtor's counsel regarding same (0.2). | 1.80 | 693.00 |
| 06/17/15 | Jason B. Binford | Research and analyze case law and commentaries regarding ▮▮▮ | 3.80 | 1,463.00 |
| 06/18/15 | Jason B. Binford | Begin to review previously produced Debtor documents in preparation for the Urmeet Juneja deposition; research issues on ▮▮▮ | 1.00 | 385.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/18/15 | Jason B. Binford | Research and analyze case law and commentaries regarding ▮▮▮ | 5.00 | 1,925.00 |
| 06/19/15 | Jason B. Binford | Outline and summarize relevant case law relating to the reply to GTL International Ltd.'s 2004 exam objection including issues related to ▮▮▮ | 1.70 | 654.50 |
| 06/22/15 | Jason B. Binford | Continue to outline case law in preparation for the reply to GTL International, Ltd.'s objection to 2004 exam. | 1.50 | 577.50 |
| 06/23/15 | Jason B. Binford | Revise and edit case law outline in preparation for the GTL International Ltd. 2004 exam reply brief. | 1.50 | 577.50 |
| 06/26/15 | Jason B. Binford | Review updated financial information provided by the Debtor; discuss with Mr. Feferman and review Mr. Feferman's analysis of same. | 0.90 | 346.50 |
| 06/27/15 | Jason B. Binford | Review information provided by the Debtor relating to the Debtor's finances and projections and Mr. Feferman's analysis of same. | 0.70 | 269.50 |
| Total | | | 23.00 | $8,855.00 |

**Asset Disposition**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/15/15 | Jason B. Binford | Telephone conferences and exchange e-mails with Mr. Feferman regarding ▓▓▓ (0.7); participate in a conference call with potential purchasers and discuss further with Mr. Feferman (1.0); review materials related to ▓▓▓ and have a preliminary discussion with Mr. Harris regarding same (0.5). | 2.20 | 847.00 |
| 06/22/15 | Jason B. Binford | Telephone discussions with Mr. Feferman preparing for the conference call with ▓▓▓ and Debtor's counsel (0.5); participate in the conference call (0.6). | 1.10 | 423.50 |
| Total | | | 3.30 | $1,270.50 |

**Meetings of and Communications with Creditors**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/15 | Jason B. Binford | Draft, edit, and send a detailed case update. | 0.60 | 231.00 |
| 06/02/15 | Jason B. Binford | Review a draft e-mail prepared by Mr. Feferman regarding financial reporting and exchange e-mails with Mr. Feferman regarding same. | 0.40 | 154.00 |
| 06/05/15 | Jason B. Binford | Telephone conference with counsel for the Debtor's parent regarding the 2004 exam motion and the structured dismissal offer (0.4); draft, edit, and send an e-mail update to the Committee regarding same and exchange additional e-mails with Committee members (0.8). | 1.20 | 462.00 |
| 06/05/15 | Jason B. Binford | Draft, edit, and send an update to the Committee, along with various documents for their review and records. | 0.60 | 231.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/11/15 | Shannon Savage | E-mail exchange with J. Binford regarding 341 meeting recording and transcript (.1); prepare request form (.1); e-mail to Office of the U.S. Trustee regarding request for recording (.1); correspondence to Office of the U.S. Trustee regarding 341 meeting recording (.2). | 0.50 | 95.00 |
| 06/15/15 | Shannon Savage | Revise and prepare Corporate Recovery Associates' first interim fee application for filing (.4); prepare order regarding Corporate Recovery Associates' fee application (.3); confer with J. Binford regarding same (.1); file and serve Corporate Recovery Associates' interim fee application (.6). | 1.40 | 266.00 |
| 06/15/15 | Jason B. Binford | Revise and edit the Committee call agenda and send same to the Committee (0.8); review documents in preparation for the Committee conference call (0.5); participate in a conference call with the Committee discussing the plan and other matters (1.6); send the Committee a follow up e-mail summarizing the call and next steps (0.4). | 3.30 | 1,270.50 |
| 06/16/15 | Shannon Savage | Revise fee applications for Kane Russell Coleman and Logan PC and Corporate Recovery Associates. | 0.70 | 133.00 |
| 06/17/15 | Shannon Savage | Telephone conference with S. Rasco regarding fee applications (.2); confer with J. Binford regarding same (.1); prepare Kane Russell Coleman and Logan PC and Corporate Recovery Associates' fee applications for filing and service (.9); correspondence to S. Rasco with Judge's courtesy copy of fee applications (.2). | 1.40 | 266.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/18/15 | Shannon Savage | Prepare supplemental certificate of service regarding fee applications (.4); e-mail to J. Binford regarding same (0.1). | 0.50 | 95.00 |
| 06/18/15 | Jason B. Binford | Exchange e-mails with counsel for a creditor answering questions regarding the plan. | 0.30 | 115.50 |
| 06/24/15 | Jason B. Binford | Draft, edit, and send a case update to the Committee. | 0.50 | 192.50 |
| 06/25/15 | Jason B. Binford | Multiple telephone conferences and e-mail exchanges with Mr. Feferman discussing the Debtor's offer and next steps. | 0.80 | 308.00 |
| 06/26/15 | Jason B. Binford | Telephone conference with Mr. Stout discussing issues related to the sale proposal (0.5); telephone conference with Mr. Uppalapait regarding same (0.5); exchange multiple e-mails and telephone conferences with Mr. Feferman regarding the sale proposal, the status of the requested weekly reporting, and the financial information allegedly forthcoming by the Debtor (1.0); telephone conference with Mr. Albert discussing possible extensions of deadlines in the AutOOpt adversary proceeding (0.4). | 2.40 | 924.00 |
| 06/27/15 | Jason B. Binford | Telephone conference with Mr. Feferman discussing the financial information provided by the Debtor and preparing for the Monday Committee call. | 1.00 | 385.00 |
| 06/29/15 | Jason B. Binford | Review materials and prepare an outline for the Committee conference call (2.0); participate in the Committee conference call (1.4); follow up calls with Mr. Stout and Mr. Feferman (0.4). | 3.80 | 1,463.00 |
| 06/29/15 | Jason B. Binford | Telephone conference with Mr. Feferman preparing for the Committee call. | 0.50 | 192.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/30/15 | Jason B. Binford | Telephone conference with Mr. Spector regarding ▮▮▮▮▮▮▮▮ (0.4); telephone conference with Mr. Shah and Mr. Uppalapait discussing the proposed sale (0.6); telephone conference with Mr. Feferman discussing potential next steps (0.5). | 1.50 | 577.50 |
| 06/30/15 | Jason B. Binford | Exchange e-mails with Mr. Stout regarding the proposed sale and follow up telephone conference with Mr. Stout and representatives of SQN regarding same. | 0.60 | 231.00 |
| Total |  |  | 22.00 | $7,592.50 |

**Fee/Employment Applications**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/04/15 | Jason B. Binford | Review and redact the May KRCL invoice and draft and edit the notice. | 0.70 | 269.50 |
| 06/08/15 | Shannon Savage | Confer with J. Binford regarding monthly fee statement (.1); Prepare and file statement and exhibits (.1); e-mail to Debtor and counsel as per certificate of service (.1). | 0.30 | 57.00 |
| 06/08/15 | Jason B. Binford | Finalize the KRCL fee notice for May and coordinate filing of same. | 0.50 | 192.50 |
| 06/09/15 | Jason B. Binford | Review the professional fee administrative order and begin drafting the KRCL first interim fee application. | 0.50 | 192.50 |
| 06/09/15 | Jason B. Binford | Review the Debtor's notice of fees and expenses for May 2015 and send copy of same to the Committee. | 0.40 | 154.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/10/15 | Jason B. Binford | Continue drafting and editing the first interim KRCL fee application (2.8); review U.S. Trustee guidelines and local rules regarding same and coordinate the preparation of relevant summary exhibits (0.7). | 3.50 | 1,347.50 |
| 06/10/15 | Shannon Savage | Prepare bill summary and project category summary for interim fee application. | 2.50 | 475.00 |
| 06/11/15 | Shannon Savage | Prepare project summary for Committee's financial advisor's interim fee application (.8); revise invoice summary for KRCL interim fee application (.4); prepare fee application and exhibits for filing and service (.7); correspondence to S. Rasco regarding Judge Rhoades' courtesy copy of fee application (.2). | 2.10 | 399.00 |
| 06/11/15 | Jason B. Binford | Revise and finalize the KRCL first interim fee application and coordinate filing of same. | 1.60 | 616.00 |
| 06/11/15 | Jason B. Binford | Assist Mr. Feferman with the preparation of Corporate Recovery Associate's first interim fee application. | 0.90 | 346.50 |
| 06/15/15 | Jason B. Binford | Review the interim fee applications filed by Debtor's counsel and Debtor's financial advisor. | 0.50 | 192.50 |
| 06/17/15 | Jason B. Binford | Revise the amended interim fee application for Kane Russell Coleman and Logan PC and Corporate Recovery Associates and coordinate filing and service of same. (NO CHARGE). | 1.50 | 0.00 |
| Total | | | 15.00 | $4,242.00 |

**Tax Issues**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/15/15 | Chris Harris | Confer with Mr. Binford regarding ▓▓▓ (0.5); begin researching methods for ▓▓▓ (1.2). | 1.70 | 637.50 |
| 06/16/15 | Chris Harris | Begin researching ▓▓▓ | 0.40 | 150.00 |
| Total | | | 2.10 | $787.50 |

**Plan and Disclosure Statement (including Business Plan)**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/15 | Jason B. Binford | Telephone conference with Mr. Grant discussing the plan and scheduling issues (0.4); send the plan and disclosure statement to Mr. Feferman and begin to review sale (0.7). | 1.10 | 423.50 |
| 06/09/15 | Jason B. Binford | Review the plan and disclosure statement (1.5); telephone conference with Debtor's counsel discussing same (0.4); draft, edit and send an e-mail to the Committee discussing the plan and setting up a conference call (0.4). | 2.30 | 885.50 |
| 06/11/15 | Jason B. Binford | Continue review and analysis of the plan and plan projections and exchange multiple e-mails with Mr. Feferman discussing and analyzing same (1.5); telephone conference with Mr. Grant discussing the plan (1.6). | 3.10 | 1,193.50 |
| 06/14/15 | Jason B. Binford | Review plan and disclosure statement projections and discuss same with Mr. Feferman (1.0); coordinate discussions with private equity inventors potentially interested in bidding on the debtor's equity (0.4). | 1.40 | 539.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/16/15 | Jason B. Binford | Telephone conference with Mr. Grant discussing plan issues (0.6); review case law and commentaries regarding plan equity auctions and pleadings in other cases related to same (1.4); multiple telephone conferences and e-mail exchanges with Mr. Feferman discussing plan issues (0.8). | 2.80 | 1,078.00 |
| 06/17/15 | Jason B. Binford | Draft, edit, and send Mr. O'Neal a detailed response e-mail to his questions regarding the plan and disclosure statement. | 0.50 | 192.50 |
| Total | | | 11.20 | $4,312.00 |

**Information Services**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/29/15 | Carlos Velazquez | Compress Urmeet Juneja Deposition and Exhibits; apply password to all documents per HIPAA regulations; upload password protected file to FTP site for file transfer. | 1.00 | 170.00 |
| Total | | | 1.00 | $170.00 |

**Litigation**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/23/15 | Jason B. Binford | Review the 341 meeting transcript and otherwise begin preparing for the deposition of Mr. Juneja. | 5.00 | 1,925.00 |
| 06/24/15 | Jason B. Binford | Review documents and pleadings in preparation for the Urmeet Juneja deposition and prepare same to use as exhibits (4.3); draft and edit a deposition outline (2.5); exchange multiple e-mails with Mr. Feferman regarding related issues (0.7). | 7.50 | 2,887.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/25/15 | Jason B. Binford | Prepare for and attend the deposition of Mr. Juneja. | 6.00 | 2,310.00 |
| Total | | | 18.50 | $7,122.50 |
| Total Professional Charges | | | 117.70 | $42,005.00 |

## PROFESSIONAL CHARGES SUMMARY

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Jason B. Binford | Director | 100.30 hrs at | $ 385 / hr | 38,615.50 |
| Jason B. Binford | Director | 1.50 hrs at | $ 0 / hr | 0.00 |
| Chris Harris | Associate | 2.10 hrs at | $ 375 / hr | 787.50 |
| Shannon Savage | Paralegal | 12.80 hrs at | $ 190 / hr | 2,432.00 |
| Carlos Velazquez | Paralegal | 1.00 hrs at | $ 170 / hr | 170.00 |
| Total Professional Charges | | | | $42,005.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 06/30/15 | Photocopies | 686.25 |
| 06/30/15 | Court Reporter Fees | 1,081.50 |
| 06/30/15 | Meals | 65.83 |
| 06/30/15 | On-Line Services | 1,037.84 |
| 06/30/15 | Outside Photocopies | 341.77 |
| 06/30/15 | Parking | 40.00 |
| 06/30/15 | Telephone - Long Distance | 26.52 |
| 06/30/15 | Postage | 34.27 |
| 06/30/15 | Service of Process | 85.00 |
| 06/30/15 | Expert Witness | 72.85 |
| 06/11/15 | Federal Express Corporation Robin Adams | 13.73 |
| | Total Disbursements | $3,485.56 |

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Professional Charges | $ | 42,005.00 |
| Disbursements | $ | 3,485.56 |
| **CURRENT INVOICE DUE** | $ | **45,490.56** |

Outstanding Prior Balance

| Invoice No. | Date | Original Amount | Payments | Write-Offs | | Balance |
|---|---|---|---|---|---|---|
| 370991 | 06/04/15 | 26,739.46 | 5,302.46 | 0.00 | $ | 21,437.00 |

| | | |
|---|---|---:|
| **TOTAL AMOUNT DUE** | $ | **66,927.56** |

## PAYMENT SUMMARY

| | | | | |
|---|---|---|---|---:|
| Balance Due Per Prior Invoice | | | $ | 42,985.16 |
| 06/25/15 | Wire | GTL USA Inc. | - | 21,548.16 |
| **Previous Balance Due** | | | $ | **21,437.00** |

PRIVACY NOTICE

Kane, Russell, Coleman & Logan, P.C. may acquire and collect nonpublic personal information about clients and former clients in the course of providing legal services. Such information may be obtained from the client; may be generated as a result of the services provided; or may be received from third parties involved in, or affiliated with, the services provided. Kane, Russell, Coleman & Logan, P.C. does not disclose, nor does Kane, Russell, Coleman & Logan, P.C. reserve the right to disclose, any nonpublic personal information about clients or former clients, except as permitted by law. Kane, Russell, Coleman & Logan, P.C. restricts access to nonpublic personal information to those employees who need to know that information to provide the applicable services. Kane, Russell, Coleman & Logan, P.C. maintains physical, electronic and procedural safeguards to prevent the dissemination of nonpublic personal information of clients and former clients.

# KRC&L
### ATTORNEYS & COUNSELORS
## KANE RUSSELL COLEMAN & LOGAN, P.C.

Invoice Date: 07/09/15          Invoice No.: 372337          File No.: 79646.00002.000

Official Committee of Unsecured Creditors

*For Professional Services Rendered Through June 30, 2015:*

| | | |
|---|---|---|
| Total Professional Charges............................................................................... | $ | 42,005.00 |
| Disbursements ................................................................................................ | $ | 3,485.56 |
| **Current Invoice Due**.................................................................................... | $ | **45,490.56** |
| Previous Balance Due .................................................................................... | $ | 21,437.00 |
| **TOTAL AMOUNT DUE**................................................................................ | $ | **66,927.56** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

---

3700 Thanksgiving Tower ● 1601 Elm Street ● Dallas, Texas 75201 ● Telephone (214) 777-4200 ● Facsimile (214) 777-4299 ● www.krcl.com
**Tax ID: 75-2410848**