IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>GTL (USA), INC.,<br><br>Debtor. | § § § § § | CASE NO. 15-40248-BTR<br>Chapter 11 |

**BRIDGEPOINT CONSULTING, LLC, FINANCIAL ADVISOR TO THE DEBTOR**
<u>**NOTICE OF FEES AND EXPENSES INCURRED DURING JUNE 2015**</u>

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS NOTICE SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER APPROVING THE COMPENSATION REQUESTED. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING UNLESS IT DETERMINES THAT AN EVIDENTIARY HEARING IS NOT REQUIRED AND THAT THE COURT'S DECISION WOULD NOT BE SIGNIFICANTLY AIDED BY ORAL ARGUMENT. IF YOU FAIL TO APPEAR AT ANY SCHEDULED HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

Comes now Bridgepoint Consulting, LLC ("Bridgepoint"), as Financial Advisor to the Debtor, and submits this *Notice of Fees and Expenses Incurred – June 2015* in compliance with the terms of the *Sua Sponte Amended and Restated Order Granting Motion for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Doc. No. 113].

Attached hereto are:

1. Summary of fees and expenses incurred by Bridgepoint for the period June 2015.

2. Detailed invoice of time and expense detail for the period.

Dated: July 13, 2015.

    Respectfully submitted,

    **BRIDGEPOINT CONSULTING LLC**

    By: _/s/ Dawn Ragan_

    Dawn Ragan, Managing Director

    325 N. Saint Paul St., Ste. 2550
    Dallas, Texas 75201
    Tel: (214) 269-7850
    dragan@bridgepointconsulting.com

    **FINANCIAL ADVISOR FOR DEBTOR IN POSSESSION**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing via the Court's Electronic Case Filing system to all persons participating therein on July 13, 2015.

In addition, the undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing on July 13, 2015 to each of the following parties in the manner specified below:

      a.      GTL (USA), Inc. (via electronic mail only to urmeet.juneja@gtlamericas.com and rajiv.kamat@gtlamericas.com);

      b.      Counsel to the Debtor via ECF, and via electronic mail to lwarman@culhanemeadows.com and rgrant@culhanemeadows.com);

      c.      The Office of the United States Trustee, Eastern District of Texas via ECF and via electronic mail to Timothy.W.O'Neal@usdoj.gov); and

      d.      Counsel for any Official Committee of Unsecured Creditors via ECF and via electronic mail to jbinford@krcl.com).

                                              /s/ Richard Grant
                                              Richard G. Grant

**NOTICE OF FEES AND EXPENSES INCURRED**
**JUNE 2015**
**BRIDGEPOINT CONSULTING, LLC**
**FINANCIAL ADVISOR TO THE DEBTOR**

Month:              June, 2015
Applicant:          Bridgepoint Consulting, LLC
Capacity:           Financial Advisor to Debtor in Possession
Amount Requested:   $12,064.00

| Type: | Amount Incurred: | Interim Amount to Pay |
|---|---|---|
| Fees | $15,080.00 | $12,064.00 |
| Expenses | - | - |
| Total: | $15,080.00 | $12,064.00 |

**Cumulative Amounts Paid to Date (April - May):**

| Type: | Amount Incurred: | Amounts Paid: |
|---|---|---|
| Fees | $118,040.00 | $94.432.00 |
| Expenses | $880.87 | $880.87 |
| Total: | $118,920.87 | $95,312.87 |

**Trust Fund Statement (if applicable):**

| Balance on Petition Date:: | None | |
|---|---|---|

**Hourly Rates:**

| Professional: | Hourly Rate | Hours: | Amount |
|---|---|---|---|
| Professionals: | | | |
| Dawn Ragan | $350 | 29.30 | $10,255.00 |
| Debrah Denemark | $250 | .90 | $   225.00 |
| Michael Gish | $250 | 18.40 | $ 4,600.00 |
| Blended Hourly Rate / Totals: | $310.29 | 48.60 | $15,080.00 |

Expenses Itemization:
           TOTAL EXPENSES:                                              $0.00

**Objection Deadline:**                                         **July 27, 2015**

**Submitted By:**

*[signature]*
_____
**Dawn Ragan, Managing Director**
**Bridgepoint Consulting, LLC**



6300 Bridgepoint Parkway
Building One, Suite 575
Austin, TX  78730
PH (512) 437-7900  Fax (512) 437-7923

Fed Tax ID#:  27-0052733

# Invoice

| | Invoice Date | Invoice # |
|---|---|---|
| | 06/30/2015 | No. 30066 |

**GTL USA, Inc**

5200 Tennyson Parkway
Suite 200
Austin, TX 75024
Attention:  Urmeet Juneja

For Professional Services Through 6/30/2015

Due Date: 06/30/2015                    Billing Terms:  Net 15

Wire Payment Info:
Frost Bank, 5656 Bee Cave Rd, Bldg A-100
Austin,  TX  78746   Phone: 512-473-4645
Bank Account Number:  350014729
ABA/Routing Number:  114000093

## Professional Services

| | Hours | Rate | Amount |
|---|---|---|---|
| Senior Manager - Denemark, Debrah | .90 | 250.00 | $225.00 |
| Senior Manager - Gish, Michael | 18.40 | 250.00 | $4,600.00 |
| Managing Director Services - Ragan, Dawn | 29.30 | 350.00 | $10,255.00 |
| **Total Professional Services** | **48.60** | | **$15,080.00** |
| **Invoice Amount** | | | **$15,080.00** |

Case 15-40248    Doc 219    Filed 07/13/15    Entered 07/13/15 16:09:04    Desc Main
                              Document      Page 6 of 8

**GTL USA, Inc. Time Detail - Bridgepoint Consulting - June 2015**

| | Date | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|
| **GTL-Asset Analysis & Disposition** *Ragan, Dawn* | | | | | |
| | 6/19/2015 | 350.00 | 0.50 | 175.00 | Discuss possible sale process with IB (.5); |
| | 6/29/2015 | 350.00 | 0.30 | 105.00 | prepare and fwd info to potential buyer, review and respond to emails and vm's (.3); |
| **GTL-Asset Analysis & Disposition Totals** | | | 0.80 | 280.00 | |
| **GTL-Case Administration** *Ragan, Dawn* | | | | | |
| | 6/9/2015 | 350.00 | 0.50 | 175.00 | discuss various case matters with R Grant (.4); review invoicing matters (n/c) and emails (.1); |
| | 6/18/2015 | 350.00 | 0.50 | 175.00 | status discussion with R Grant re plan cash flows and parent co and case matters (.5); |
| | 6/24/2015 | 350.00 | 0.90 | 315.00 | Review proposal letter and info from counsel, discuss with L Warman (.5); discuss case matters with L Warman (.4); |
| | 6/25/2015 | 350.00 | 0.90 | 315.00 | discussion with L Warman to plan for UCC mtg (.5); review draft presentation materials and respond to counsel (.2); discussion with R Feferman (.2); |
| **GTL-Case Administration Totals** | | | 2.80 | 980.00 | |
| **GTL-Employment/Fee Application** *Ragan, Dawn* | | | | | |
| | 6/14/2015 | 350.00 | 1.50 | 525.00 | prepare first interim fee application and exhibits (1.5); |
| | 6/15/2015 | 350.00 | 2.40 | 840.00 | review and revise first interim fee app, finalize and fwd to counsel (1.2), prepare exhibits for fee app (.8); prepare fee notice and emails for May (.4) |
| | 6/17/2015 | 350.00 | 0.30 | 105.00 | discuss updates to fee app and refiling with R Grant, follow ups, verify filing (.3); |
| **GTL-Employment/Fee Application Totals** | | | 4.20 | 1,470.00 | |
| **GTL-Financial Analysis** *Denemark, Debrah* | | | | | |
| | 6/6/2015 | 250.00 | 0.90 | 225.00 | 0.6 hrs:  call with M. Gish re: cost allocations;<br>0.3 hrs:  review workpapers to verify model updates for cost allocations; |
| *Gish, Michael* | | | | | |
| | 6/6/2015 | 250.00 | 1.30 | 325.00 | 0.70  Common cost reallocation of April MOR results<br>0.60  Calls with D. Denemark to discuss cost reallocations |
| | 6/8/2015 | 250.00 | 1.80 | 450.00 | 0.60  Review of finance charges in model<br>1.20  Review of cash flow changes in model, and revision to AR calculation |
| | 6/11/2015 | 250.00 | 0.30 | 75.00 | 0.10  Call with R. Feferman to discuss financial changes to plan and disclosure statement<br>0.20  Review of plan and disclosure statement changes |
| | 6/12/2015 | 250.00 | 0.20 | 50.00 | 0.20  Prepare for call with R. Feferman |
| | 6/16/2015 | 250.00 | 1.10 | 275.00 | 0.30  Review of weekly cash reports in preparation for call with R. Feferman<br>0.30  Creation of April variance report to receive comments from R. Kamat<br>0.50  Review of professional fees reforecast and evaluation of effort required to reforecast model, if needed |
| | 6/22/2015 | 250.00 | 0.20 | 50.00 | 0.20  Review of weekwise cash flow report for 6/15/15 |
| | 6/23/2015 | 250.00 | 0.60 | 150.00 | 0.60  Review of MOR and discussion of structured dismissal proposal with D. Ragan |
| | 6/24/2015 | 250.00 | 6.60 | 1,650.00 | 0.30  Review and analysis of structured dismissal proposal<br>2.10  Incorporate May MOR into model, fix references in model<br>0.20  Call with D. Ragan to discuss model updates<br>2.60  Complete revisions to SD proposal model<br>1.00  Review calculations in SD proposal model<br>0.40  Discussion of SD proposal model with D. Ragan |
| | 6/26/2015 | 250.00 | 0.20 | 50.00 | 0.20  Review of weekly trackers spreadsheet |
| | 6/27/2015 | 250.00 | 0.90 | 225.00 | 0.90  Review of model to tie out prior months results to prior months MORs |

**GTL USA, Inc. Time Detail - Bridgepoint Consulting - June 2015**

| | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| | 6/29/2015 | 250.00 | 1.80 | 450.00 | 0.60  Review documents and prepare for discussion with R. Kamat about MOR mapping to financial statements<br>0.20  Call with D. Ragan to discuss request for MOR backup from Company<br>0.20  Call with R. Kamat to discuss response to Committee F.A.'s MOR data request<br>0.60  Review of MOR working papers, and discussion with R. Kamat<br>0.20  Call with D. Ragan to discuss Company's MOR working papers |
| *Ragan, Dawn* | | | | | |
| | 6/8/2015 | 350.00 | 0.90 | 315.00 | look up berkeley info, review and respond to emails (.4); work on gtl model and reconciliation and follow ups with M Gish (.5); |
| | 6/24/2015 | 350.00 | 0.60 | 210.00 | review model revisions with proposal incorporated and follow up with M Gish (.4);  discuss SD model with M Gish (.2); |
| | 6/29/2015 | 350.00 | 2.00 | 700.00 | review cash and revenue forecasts, compute receiv's for Jun and Jul, update liq analysis schedules for SD proposal, review prior analyses, draft note and distribute to team (1.0); review and respond to follow up emails and make minor edits (.1); discuss Feferman emails with M Gish and reconciliation needed (.2); discuss info sent to committee with Rajiv (.3); discuss Feferman and case follow up with M Gish and next steps (.2); follow up with counsel and put info together and draft email for Diversis (.2); |
| **GTL-Financial Analysis Totals** | | | 19.40 | 5,200.00 | |
| **GTL-Meetings & Conf Calls** | | | | | |
| *Gish, Michael* | | | | | |
| | 6/12/2015 | 250.00 | 0.70 | 175.00 | 0.70  Call with R. Feferman to dicuss projection changes |
| | 6/16/2015 | 250.00 | 2.70 | 675.00 | 1.20  Call with R. Kamat and R. Feferman to discuss April results and May weekly cash flow report<br>0.50  Call with R. Kamat to discuss response to Committee F.A.'s request<br>0.20  Call with R. Feferman to discuss proposal to provide additional analysis<br>0.50  Call with R. Feferman and D. Ragan to discuss reporting needs<br>0.30  Call with D. Ragan to discuss reporting options |
| *Ragan, Dawn* | | | | | |
| | 6/19/2015 | 350.00 | 0.80 | 280.00 | Conf call with L Warman and UCC prof's to discuss company reporting and related matters (.5); follow up discussion with L Warman on case matters (.3) |
| | 6/22/2015 | 350.00 | 4.10 | 1,435.00 | mtg at M Shiro's office with GTL team and counsel (2.5); follow up discussions and working lunch with M Shriro and R Grant to discuss next steps (.5); call with Feferman to discuss potential buyer (.2); call with Feferman and counsel and potential buyer (.4); follow up call with L Warman (.5) |
| | 6/25/2015 | 350.00 | 2.80 | 980.00 | Mtg at Kane Russell office to discuss GTL proposal including follow up discussions with GTL team (2.8); |
| **GTL-Meetings & Conf Calls Totals** | | | 11.10 | 3,545.00 | |
| **GTL-Plan & Disc Stmt** | | | | | |
| *Ragan, Dawn* | | | | | |
| | 6/5/2015 | 350.00 | 1.80 | 630.00 | review and mark up disc stmt, submit to counsel (1.0); continue to markup balance of disc stmt (.5); review model for financial exhibits and follow up with bpt team (.3) |
| | 6/8/2015 | 350.00 | 2.20 | 770.00 | edits to financial exhibits and formatting for disc stmt including re liq analysis/model scheds/cash flow (1.4); various follow ups with M Gish and R Grant re model and disc stmt exhibits, revision to model and exhibit (.5); discussion with R Grant (.3); |
| | 6/25/2015 | 350.00 | 0.40 | 140.00 | review and respond to various emails, follow up re disc stmt hearing (.4); |
| **GTL-Plan & Disc Stmt Totals** | | | 4.40 | 1,540.00 | |
| **GTL-Reporting & Analysis** | | | | | |

**GTL USA, Inc. Time Detail - Bridgepoint Consulting - June 2015**

| | | | | | |
|---|---|---|---|---|---|
| ***Ragan, Dawn*** | | | | | |
| | 6/16/2015 | 350.00 | 1.00 | 350.00 | Call with R Feferman and M Gish re reporting requests (.5); discuss reporting matters with M Gish (.3); further follow up and review and respond to emails (.2); |
| | 6/17/2015 | 350.00 | 2.10 | 735.00 | status discussion with Feferman (.1); status discussion with R Grant re plan, disc stmt, cash position, committee reporting request, parent matters (.5); follow up discussion with R Grant (.4); update prof fee estimates and model assumptions, create notes, and distribute updates to counsel and company (1.1) |
| | 6/23/2015 | 350.00 | 0.90 | 315.00 | Discuss MOR and structured dismissal proposal with M Gish and review updates needed for model (.6); review MOR (.2); discuss MOR with R Grant (.1) |
| | 6/26/2015 | 350.00 | 1.90 | 665.00 | review info from various case prof's, MOR for payments and accruals, fee notices and fee app summaries, and create updated prof fee sched for SD presentation (1.0); review cash and revenue forecast from Rajiv, annotate and send email (.4); review and respond to emails on projections, review updated projection from Rajiv, adjust formatting, add protective order language, and distribute to UCC prof's (.4); call with Feferman (.1); |
| **GTL-Reporting & Analysis Totals** | | | **5.90** | **2,065.00** | |
| **Grand Total** | | | **48.60** | **15,080.00** | |