UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-40248-11 |
| | § | Chapter 11 |
| GTL (USA), INC., | § | |
| | § | |
| Debtor. | § | |

**NOTICE OF FEES AND EXPENSES INCURRED**
**JUNE, 2015**
**CULHANE MEADOWS, PLLC,**
**COUNSEL FOR DEBTOR IN POSSESSION**

Month:           **June, 2015**
Applicant:       Culhane Meadows, PLLC
Capacity:        Counsel for Debtor in Possession

Amount Requested:

| Type: | Amount Incurred: | Interim Amount to Pay |
|---|---|---|
| Fees | $83,130.00 | $66,504.00 (80%) |
| Expenses | $885.55 | $885.55 (100%) |
| Total: | $84,015.55 | **$67,389.55** |

Cumulative Amounts Paid to Date:

| Type: | Amount Incurred: | Amounts Paid: |
|---|---|---|
| Fees | $378,538.75 | $236,327.00 |
| Expenses | $2,774.13 | $1,888.58 |
| Total: | $381,312.88 | $238,215.58 |

Trust Fund Statement (if applicable):

| | | |
|---|---|---|
| Balance on Petition Date: | $44,108 | |
| Current Balance: | $44,108 | |

Hourly Rates:

| Professional: | Hourly Rate | Hours: | Amount |
|---|---|---|---|
| Attorneys: | | | |
| Lynnette Warman (Dallas) | $400 | 94.70 | $28,120.00 |
| Robert Kiggins (NY – Tax) | $450 | 2.50 | $1,125.00 |
| Richard Grant (Dallas) | $325 | 109.60 | $28,502.50 |
| Cheryl Diaz (Dallas) | $350 | 24.30 | $14,595.00 |
| Blended Attorney Rate/Totals: | $359.71 | 231.10 | $83,130.00 |
| Paralegals | | | |
| None | -- | -- | -- |
| Blended Paralegal Rate/Totals: | -- | -- | -- |
| Blended Rate/Totals: | $359.71 | 231.10 | $83,130.00 |

Expenses Itemization:

| | | |
|---|---|---|
| Outside Photocopy/Assembly | $ | 861.55 |
| Westlaw/Lexis/Online Research: | $ | |
| PACER: | $ | |
| Filing Fees: | $ | |
| Parking: | $ | 24.00 |
| Ovenight Delivery: | $ | |
| Other | $ | |
| TOTAL EXPENSES: | $ | 885.55 |

**Objection Deadline:**                                             **July 27, 2015**

Respectfully submitted,

Dated: July 13, 2015                      CULHANE MEADOWS, PLLC


                                          By:    /s/ Lynnette Warman
                                                 Lynnette Warman
                                                 Tex. Bar No. 20867940
                                                 Richard G. Grant
                                                 Tex. Bar No. 08302650
                                          The Crescent, Suite 700
                                          100 Crescent Court
                                          Dallas, Texas 75201

                                          Telephone: 214-693-6525
                                          Facsimile: 214-361-6690
                                          Email: rgrant@culhanemeadows.com
                                          Email: lwarman@culhanemeadows.com

                                          ATTORNEYS FOR
                                          DEBTOR IN POSSESSION

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing via the Court's Electronic Case Filing system to all persons participating therein on July 13, 2015.

In addition, the undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing on July 13, 2015 to each of the following parties in the manner specified below:

        a.      GTL (USA), Inc. (via electronic mail only to urmeet.juneja@gtlamericas.com and rajiv.kamat@gtlamericas.com);

        b.      Counsel to the Debtor via ECF, and via electronic mail to lwarman@culhanemeadows.com and rgrant@culhanemeadows.com);

        c.      The Office of the United States Trustee, Eastern District of Texas via ECF and via electronic mail to Timothy.W.O'Neal@usdoj.gov); and

        d.      Counsel for any Official Committee of Unsecured Creditors via ECF and via electronic mail to jbinford@krcl.com).

                                          /s/ Richard Grant
                                  Richard G. Grant

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| In Reference To: 01 - Case Administration (Services) | | | | | |
|---|---|---|---|---|---|
| **Date** | **By** | **Services** | **Hours** | **Rates** | **Amount** |
| 06/01/2015 | RGG | Telephone conference with Lynnette Warman regarding analysis of current issues and strategy for resolving same | 0.70 | $ 325.00/hr | $ 227.50 |
| 06/01/2015 | LW | Review newly filed proofs of claim and orders dismissing them. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/02/2015 | LW | Review and respond to email from U.Juneja regarding GTL International and GTL LTD's delay in responding to committee proposal. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/02/2015 | LW | Review and respond to request to pay post petition software license expense. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/03/2015 | RGG | Monitor communication exchange regarding Scheduling of GTLI claims and interests (0.3); Review and analyze Petition regarding same (0.2); Telephone conference with Lynnette Warman regarding same and other outstanding issues (0.5) | 1.00 | $ 325.00/hr | $ 325.00 |
| 06/05/2015 | LW | Discussions with M.Shriro regarding GTL International's claim in the case and plan negotiations. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/08/2015 | LW | Brief review of issues related to real estate leases and extending date to assume or reject. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/08/2015 | LW | Brief review of motion to extend exclusivity. | 0.30 | $ 400.00/hr | $ 120.00 |
| 06/08/2015 | LW | Preliminary analysis of potential sale of assets or stock in the debtor as potential alternative exit strategy. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/08/2015 | LW | Check on status of return of Berkeley deposit with U.Juneja. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/09/2015 | RGG | Correspondence to UST regarding closing of bank account (0.2); Review, revise and supplement case list update and correspondence to C. Diaz and L. Warman regarding same (0.4) | 0.60 | $ 325.00/hr | $ 195.00 |
| 06/09/2015 | LW | Analysis of proposal by Berkeley to locate potential buyer of debtors assets. | 1.00 | $ 400.00/hr | $ 400.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/10/2015 | RGG | Telephone conference with Rajiv Kamat regarding creditor matrix; Correspondence to Rajiv regarding same | 0.30 | $ 325.00/hr | $ 97.50 |
| 06/10/2015 | LW | Analysis of issues related to the R.2004 exam notice served by the committee and the objection filed by GTL International. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/11/2015 | RGG | Telephone conference with Jason Binford regarding case status | 0.30 | $ 325.00/hr | $ 97.50 |
| 06/11/2015 | LW | Preliminary review of answer and counterclaim filed by Kunal Kapai in the AutoOpt case. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/16/2015 | LW | Review employment retention plan. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/16/2015 | LW | Review committee's request to depose U. Juneja; discuss same with R.Grant and U.Juneja. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/17/2015 | LW | Review additional correspondence from committee counsel regarding U.Juneja deposition. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/17/2015 | LW | Discuss deposition timing and issues with U.Juneja. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/17/2015 | LW | Analysis of new issues relating to AutoOpt's continued participation on the committee. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/17/2015 | LW | Review notice of deposition, request for production of documents and subpoena issued to U.Juneja. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/18/2015 | LW | Review latest missive from Berkeley regarding return of deposit and discuss same with U.Juneja. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/18/2015 | LW | Discuss pending R2004 exam with U.Juneja. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/18/2015 | LW | Review petition filed by Kapai in Dallas county court against various individuals and parent companies. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/18/2015 | LW | Review proposed amendment of Infomage contract. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/19/2015 | LW | Discussion with U.Juneja regarding pending deposition and document production. | 0.40 | $ 400.00/hr | $ 160.00 |
| 06/20/2015 | LW | Continued discussions with committee and debtor representatives regarding financial reporting and projections' review. | 1.00 | $ 400.00/hr | $ 400.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/22/2015 | LW | Participate in call with committee representatives, debtor representatives and Diversis regarding their potential interest in purchasing the debtor; discuss same with D.Ragan and R.Grant. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/22/2015 | LW | Review data to be produced to the committee. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/23/2015 | RGG | Review and analyze draft of monthly operating report and coordinate filing of same | 0.40 | $ 325.00/hr | $ 130.00 |
| 06/23/2015 | LW | Review non-disclosure agreement with Diversis. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/23/2015 | LW | Review and respond to various matters, including MOR issues; document production to Diversis, and requests for payment. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/24/2015 | LW | Final preparations for U.Juneja deposition. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/24/2015 | LW | Review additional information regarding other activities of Kunal Kapai during the case. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/24/2015 | LW | Continued analysis of KERP and bonus issues in connection with pending negotiations for sale of company. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/25/2015 | LW | Prepare for and attend deposition of U. Juneja by committee counsel. | 3.00 | $ 400.00/hr | $ 1,200.00 |

| | |
|---|---|
| **Total Hours** | 25.90 hrs |
| **Total Services** | $ 10,112.50 |
| **Total Amount** | **$ 10,112.50** |

| In Reference To: 03 - Committee Matters (Services) | | | | | |
|---|---|---|---|---|---|
| **Date** | **By** | **Services** | **Hours** | **Rates** | **Amount** |
| 06/02/2015 | RGG | Monitor communication exchange regarding R. Feferman request for further reporting (0.2); Analysis regarding same (0.3) | 0.50 | $ 325.00/hr | $ 162.50 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/02/2015 | LW | Analysis of committee's request for financial information and available responses from the debtor. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/03/2015 | RGG | Monitor communication exchange regarding afternoon conference call with Feferman and Binford regarding reporting (0.3); Telephone conference with Lynnette Warman regarding issues regarding same (0.5); Review and analyze correspondence from D. Ragan regarding same (0.2) | 1.00 | $ 325.00/hr | $ 325.00 |
| 06/03/2015 | LW | Review financial information to be shared with the committee. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/04/2015 | LW | Conference call with debtor and committee representatives to discuss additional financial reporting requested by committee. | 0.60 | $ 400.00/hr | $ 240.00 |
| 06/04/2015 | RGG | Telephone conference with Lynnette Warman regarding Debtor information presented to committee (0.3); telephone conference with committee attorney and financial advisor regarding same (0.6) | 0.90 | $ 325.00/hr | $ 292.50 |
| 06/09/2015 | RGG | Correspondence to Committee professionals regarding biweekly reporting (including review of report) (0.3); Telephone conference with Dawn Ragan regarding reporting issues and other issues in case (0.9) | 1.20 | $ 325.00/hr | $ 390.00 |
| 06/12/2015 | RGG | Monitor communication exchange regarding provision of data and revised model to Committee FA (0.3): Analyze strategy and case issues involving Committee with Lynnette Warman (1.5) | 1.80 | $ 325.00/hr | $ 585.00 |
| 06/15/2015 | RGG | Monitor communication exchange regarding reporting to Committee (0.3); Correspondence to Client regarding same (0.2) | 0.50 | $ 325.00/hr | $ 162.50 |
| 06/15/2015 | LW | Discussions with U. Juneja, D. Ragan and R. Grant regarding additional financial reporting requested by committee adviser related to plan projections and operations. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/16/2015 | RGG | Telephone conference with Jason Binford regarding Committee concerns | 0.50 | $ 325.00/hr | $ 162.50 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 06/17/2015 | RGG | Monitor communication exchange regarding weekly financial reporting to Committee (0.3); Telephone conference with Jason Binford regarding outstanding issues including deposition request, general issues and request for financial information (0.5); Analyze issues with L. Warman regarding need for updated financial projections and related issues (0.8); Telephone conference with Dawn Ragan regarding updated financial projections (0.6) | 2.20 | $ 325.00/hr | $ 715.00 |
| 06/18/2015 | RGG | Review and analyze correspondence from Jason Binford regarding deposition of Juneja, potential purchaser and financial reporting (0.2); Analyze issues therein and related issues with L. Warman (0.8) | 1.00 | $ 325.00/hr | $ 325.00 |
| 06/19/2015 | RGG | Analyze issues regarding committee reporting and financial projections (0.6); Telephone conference with Jason Binford and others regarding financial reporting and other committee matters (0.5) | 1.10 | $ 325.00/hr | $ 357.50 |
| 06/22/2015 | RGG | Conference Call with Jason Binford and other committee representatives regarding potential California purchaser | 0.50 | $ 325.00/hr | $ 162.50 |
| 06/23/2015 | RGG | Correspondence exchange with Jason Binford regarding status of monthly operating reports (0.3); Correspondence exchange with Jason Binford and client regarding status of 2014 tax return (0.2); Telephone conference with Jason Binford regarding same (0.4); Coordinate obtaining documents regarding transfers to GTLI (0.3) | 1.20 | $ 325.00/hr | $ 390.00 |
| 06/24/2015 | RGG | Prepare document production to Jason Binford (0.5); Correspondence exchange with Jason Binford regarding application of Confidentiality Order to deposition materials (0.4) | 0.90 | $ 325.00/hr | $ 292.50 |
| 06/30/2015 | RGG | Monitor communication exchange regarding Committee response to offer (0.3) | 0.30 | $ 325.00/hr | $ 97.50 |

| | |
|---|---|
| **Total Hours** | 16.70 hrs |
| **Total Services** | $ 5,660.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

**Total Amount**          **$ 5,660.00**

| In Reference To: 04 - Professionals Employment/Compensation (Services) | | | | | |
|---|---|---|---|---|---|
| Date | By | Services | Hours | Rates | Amount |
| 06/08/2015 | LW | Review fees of committee. | 0.30 | $ 400.00/hr | $ 120.00 |
| 06/09/2015 | RGG | Prepare and file Fee Notice for May for Culhane Meadows | 0.90 | $ 325.00/hr | $ 292.50 |
| 06/09/2015 | RGG | Prepare notice of May fees and expenses (Culhane Meadows) and coordinate filing and service of same (0.9); Correspondence to professionals regarding estimates (0.2) | 1.10 | $ 325.00/hr | $ 357.50 |
| 06/10/2015 | RGG | Correspondence to Client regarding payment of Committee advisor; Correspondence exchange with Richard Feferman regarding same | 0.20 | $ 325.00/hr | $ 65.00 |
| 06/11/2015 | LW | Review committee counsel interim fee application. | 0.40 | $ 400.00/hr | $ 160.00 |
| 06/15/2015 | RGG | Prepare First Interim Fee Application of Culhane Meadows (2.7); review revise and supplement the application of financial advisor (0.5); prepare orders regarding both (0.7) | 3.90 | $ 325.00/hr | $ 1,267.50 |
| 06/15/2015 | LW | Review draft first interim fee applications of Bridgepoint and Culhane Meadows; make suggested revisions on Culhane fee application. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/16/2015 | RGG | Prepare and coordinate filing of May fee notice for Bridgepoint Consulting (0.5) | 0.50 | $ 325.00/hr | $ 162.50 |
| 06/16/2015 | LW | Follow up calls with D.Ragan and debtor representatives regarding committee financial questions. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/17/2015 | RGG | Prepare amended fee applications for Debtor's counsel and Debtor's financial advisor; coordinate filing and service of same | 1.50 | $ 325.00/hr | $ 487.50 |
| 06/17/2015 | RGG | Coordinate filing of notice of fees and expenses for debtor financial advisor | 0.40 | $ 325.00/hr | $ 130.00 |
| 06/23/2015 | RGG | Correspondence exchange with Jason Binford and R. Kamat regarding payment of KRCL fees (0.2) | 0.20 | $ 325.00/hr | $ 65.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| 06/24/2015 | RGG | Correspondence to R. Kamat regarding expiration of objection deadline to CM fees | 0.20 | $ 325.00/hr | $ 65.00 |
|---|---|---|---|---|---|

| | |
|---|---|
| **Total Hours** | 10.80 hrs |
| **Total Services** | $ 3,652.50 |
| **Total Amount** | **$ 3,652.50** |

| In Reference To: 05 - Business Operations (Services) | | | | | |
|---|---|---|---|---|---|
| **Date** | **By** | **Services** | **Hours** | **Rates** | **Amount** |
| 06/02/2015 | RGG | Correspondence exchange with R. Kamat regarding Actix licenses (0.3); Review and analyze agreements in connection with decision to pay (0.4); Recommendations regarding payment to Actix and sublicense of rights to Debtor (0.3) | 1.00 | $ 325.00/hr | $ 325.00 |
| 06/04/2015 | RGG | Correspondence exchange with R. Kamat and L. Warman regarding Software Support Agreement of Actix | 0.40 | $ 325.00/hr | $ 130.00 |
| 06/16/2015 | RGG | Review and analyze correspondence from Client regarding employment compensation of certain key persons (0.3); Analyze issues regarding same with L. Warman (0.4) | 0.70 | $ 325.00/hr | $ 227.50 |
| 06/17/2015 | RGG | Analyze issues with Dawn Ragan regarding case strategy | 0.70 | $ 325.00/hr | $ 227.50 |
| 06/17/2015 | RGG | Correspondence exchange with Rajiv Kamat regarding WEX additional deposit | 0.20 | $ 325.00/hr | $ 65.00 |
| 06/18/2015 | RGG | Review and analyze revised projection model created by FA (0.4); Analyze issues raised therein with L. Warman (1.1); Correspondence exchange with R. Kamat regarding Innovsource analysis of extending contract and review of proposed agreement (0.4); Analyze issues with L. Warman regarding proposed Informage extension agreement (0.6) | 2.50 | $ 325.00/hr | $ 812.50 |
| 06/19/2015 | RGG | Telephone conference with R. Kamat regarding FedEx issues (0.4) | 0.40 | $ 325.00/hr | $ 130.00 |
| 06/23/2015 | RGG | Correspondence analysis of KERP issues to Client (0.4) | 0.40 | $ 325.00/hr | $ 130.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/24/2015 | RGG | Correspondence exchange with Client regarding KERP plan (0.3); Analysis of issues regarding same (0.3); Correspondence exchange with R. Kamat regarding payment of Auditors (0.3) | 0.90 | $ 325.00/hr | $ 292.50 |
| 06/25/2015 | RGG | Correspondence to R. Kamat regarding payment of auditors (0.3); Review and analyze draft presentation to Committee of potential offer (0.5) | 0.80 | $ 325.00/hr | $ 260.00 |
| 06/25/2015 | RGG | Telephone conference with R. Kamat regarding ElectroRent agreement (0.4); Correspondence regarding R. Kamat (0.2) | 0.60 | $ 325.00/hr | $ 195.00 |
| 06/29/2015 | RGG | Analyze issues regarding extension of Informage contract with with L. Warman (0.9); Monitor communication exchange regarding same (0.2); Review, revise and supplement draft of amendment to Informage contract (0.6) | 1.70 | $ 325.00/hr | $ 552.50 |

| | |
|---|---|
| **Total Hours** | 10.30 hrs |
| **Total Services** | $ 3,347.50 |
| **Total Amount** | **$ 3,347.50** |

**In Reference To: 06 - Plan/Disclosure Statement/Confirmation (Services)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 06/02/2015 | RGG | Monitor communication exchange regarding status of reply to Committee settlement offer | 0.20 | $ 325.00/hr | $ 65.00 |
| 06/03/2015 | RGG | Monitor communication exchange regarding plan terms between Warman and Juneja (0.3); Telephone conference with L. Warman regarding plan confirmation (0.4) | 0.70 | $ 325.00/hr | $ 227.50 |
| 06/03/2015 | LW | Discuss terms of plan to be filed with client representatives. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/04/2015 | RGG | Correspondence to Client regarding terms of proposed debtor/parent plan support agreement (0.4); Analyze issues regarding same with L. Warman (0.9) | 1.10 | $ 325.00/hr | $ 357.50 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/04/2015 | LW | Review updated plan; telephone call with debtor representatives to discuss same. | 2.50 | $ 400.00/hr | $ 1,000.00 |
| 06/04/2015 | RGG | Review, revise and supplement plan to incorporate changes suggested by financial advisor and other needed changes (1.9); Telephone conference with Lynnette Warman preparing for meeting (0.3); telephone conference with Debtor representatives regarding plan provisions regarding parent (0.9) | 3.10 | $ 325.00/hr | $ 1,007.50 |
| 06/05/2015 | RGG | Review, revise and supplement Plan of Reorganization to incorporate settlement agreement with parent companies (1.6); Correspondence to professionals regarding needed items (0.3); Telephone conference with Lynnette Warman regarding plan (0.5); Review, revise and supplement draft of Disclosure Statement (2.1); Prepare analysis of transfers to parent entities and transmit same to R. Kamat for review (0.6); Circulate revised draft of DS (0.1) | 5.20 | $ 325.00/hr | $ 1,690.00 |
| 06/05/2015 | LW | Multiple reviews and revisions of disclosure statement (2.); conferences with U. Juneja to obtain and check information to be included therein (.5); discussion with D.Ragan regarding financial information to be included (.5); review of plan to be filed (1.); telephone conference with M.Shriro re plan terms (.5). | 4.50 | $ 400.00/hr | $ 1,800.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
| --- | --- |
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| 06/08/2015 | RGG | Correspondence exchange with Client regarding executory contracts/leases summary (0.7); prepare motion to extend time to assume/reject unexpired leases and proposed order (1.6); prepare motion to extend exclusivity and proposed order (1.5); Telephone conference with L. Warman regarding plan (0.4); Correspondence exchange with Client regarding effect on net operating losses in event of sale of company to third person (0.4); Correspondence exchange with client regarding CVs of officers/directors (0.3); Review, revise and supplement Disclosure Statement (2.4); Correspondence exchange with Financial Advisor regarding plan protections (0.5); Correspondence exchange with professionals regarding status of plan/disclosure statement drafts (0.4); Telephone conference with Jason Binford regarding Plan (0.4); Telephone conference with Dawn Ragan regarding Plan (0.5); Telephone conference with M. Shriro regarding comments to filed plan (0.3); Analyze issues relating to GTLI comments (0.5) | 9.90 | $ 325.00/hr | $ 3,217.50 |
| --- | --- | --- | --- | --- | --- |
| 06/09/2015 | RGG | Coordinate transmittal of courtesy copy of Plan/Disclosure Statement to chambers pursuant to local rule (0.3); Correspondence exchange with Court regarding Order on Disclosure Statement Hearing (0.2); Telephone conference with L. Warman regarding negotiations with parent (0.7); Review, revise and supplement correspondence to Client regarding selection of broker (0.9) | 2.10 | $ 325.00/hr | $ 682.50 |
| 06/09/2015 | LW | Review items to be completed in connection with plan and disclosure statement procedure. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/09/2015 | LW | Negotiations with GTL Ltd regarding plan funding options. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/10/2015 | RGG | Telephone conference with Lynnette Warman regarding parental funding and investors | 0.50 | $ 325.00/hr | $ 162.50 |
| 06/10/2015 | LW | Continued negotiations with GTL International and GTL Ltd representatives regarding plan terms and alternatives. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/10/2015 | LW | Discussions with U. Juneja regarding plan funding alternatives and alternative exit strategies. | 1.00 | $ 400.00/hr | $ 400.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/11/2015 | RGG | Telephone conference with Lynnette Warman regarding status (0.3); telephone conference with Jason Binford regarding preliminary comments to Plan and Disclosure Statement (0.5); Correspondence exchange with TWC regarding comments to Plan (0.3) | 1.10 | $ 325.00/hr | $ 357.50 |
| 06/12/2015 | RGG | Correspondence to TWC regarding comments to Plan and negotiation | 0.20 | $ 325.00/hr | $ 65.00 |
| 06/12/2015 | RGG | Telephone conference with Lynnette Warman regarding inability of parent to find settlement (0.6); | 0.60 | $ 325.00/hr | $ 195.00 |
| 06/12/2015 | LW | Continued analysis of plan funding options and strategy going forward. | 3.00 | $ 400.00/hr | $ 1,200.00 |
| 06/13/2015 | RGG | Work on Tax Consequences section of Disclosure Statement | 0.20 | $ 325.00/hr | $ 65.00 |
| 06/13/2015 | LW | Continued analysis of funding alternatives; draft email to committee regarding funding issues concerning the plan as filed. | 2.00 | $ 400.00/hr | $ 800.00 |
| 06/14/2015 | RK | Reading of tax consequences to Debtor and made comments re same | 0.50 | $ 450.00/hr | $ 225.00 |
| 06/15/2015 | RGG | Correspondence exchange with R. Kamat regarding supplement to creditor matrix (0.2); Coordinate service of Plan/Disclosure Statement/Order regarding hearing (0.2) | 0.40 | $ 325.00/hr | $ 130.00 |
| 06/16/2015 | RK | Review of tax consequences to creditors of Plan and made discussion notes | 0.50 | $ 450.00/hr | $ 225.00 |
| 06/17/2015 | RGG | Telephone conference with Robert Kiggins regarding tax discussion in Disclosure Statement | 0.40 | $ 325.00/hr | $ 130.00 |
| 06/17/2015 | RGG | Telephone conference with Robert Kiggins regarding comments to tax consequences of Plan description in Disclosure Statement (0.5); review and analyze comments to Disclosure Statement by Tim O'Neal (0.3); telephone conference with Jason Binford regarding Plan (0.3); Review and analyze projection model and professional fee estimations (0.3) | 1.40 | $ 325.00/hr | $ 455.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/17/2015 | LW | Review comments about plan from Tim O'Neal and comments thereto from J.Binford. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/18/2015 | RGG | Correspondence to Tim O'Neal regarding responses to inquiries regarding plan/disclosure statement (0.5); Review and analyze response from same (0.1) | 0.60 | $ 325.00/hr | $ 195.00 |
| 06/18/2015 | RK | Review, markup ad comments on Tax Discussion in Plan w/ focus on Sec 382 and bankruptcy exceptions thereto | 1.50 | $ 450.00/hr | $ 675.00 |
| 06/18/2015 | LW | Review updated financial model regarding operating projections going forward. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/18/2015 | LW | Exchange emails with J.Binford regarding U.Juneja deposition, private equity interest in the purchase of the debtor and financial reporting issues; discuss same with R.Grant and U.Juneja. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/19/2015 | LW | Discussions with D.Ragan regarding plan projections, additional reporting requested by the committee and related issues. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/19/2015 | LW | Conference call with J.Binford and R.Grant re financial disclosure issues, plan projections and strategy going forward. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/19/2015 | LW | Prepare for meeting with parent representatives to discuss plan alternatives. | 1.50 | $ 400.00/hr | $ 600.00 |
| 06/22/2015 | LW | Prepare for and meet with various representatives of the debtor and its parents to discuss plan and exit strategies (4); exchange emails with J.Binford to set up meeting to discuss options with the committee (.3). | 4.30 | $ 400.00/hr | $ 1,720.00 |
| 06/22/2015 | LW | Review presentation concerning a potential sale of assets and exchange emails regarding same with U. Juneja. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/23/2015 | LW | Continued analysis of terms of potential purchase (1.); meet with debtor and parent representatives to continue to discuss and develop strategies (2.5) | 3.50 | $ 400.00/hr | $ 1,400.00 |
| 06/23/2015 | LW | Begin preparations for making presentation to the committee regarding potential sale of assets. | 1.00 | $ 400.00/hr | $ 400.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/23/2015 | LW | Review issues related to the committee's potential buyer. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/24/2015 | LW | Prepare presentation for the committee about sale. | 3.00 | $ 400.00/hr | $ 1,200.00 |
| 06/25/2015 | RGG | Correspondence exchange with D. Ragan regarding scheduling of Disclosure Statement Hearing | 0.30 | $ 325.00/hr | $ 97.50 |
| 06/25/2015 | LW | Meetings with debtor and committee representatives to discuss potential sale of company and strategies related thereto. | 4.00 | $ 400.00/hr | $ 1,600.00 |
| 06/26/2015 | RGG | Correspondence to Electro Rent regarding Disclosure Statement (0.2); Telephone conference with L. Warman regarding exit strategy (0.6) | 0.80 | $ 325.00/hr | $ 260.00 |
| 06/26/2015 | LW | Meet with debtor representatives to discuss strategy going forward on proposed sale. | 2.50 | $ 400.00/hr | $ 1,000.00 |
| 06/26/2015 | LW | Continued discussions with committee counsel and debtor representatives regarding sale proposal. | 2.00 | $ 400.00/hr | $ 800.00 |
| 06/27/2015 | LW | Review materials to be produced to the committee's financial adviser in connection with the pending sale proposal. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/29/2015 | RGG | Telephone conference with Jason Binford regarding exclusivity (0.7); Correspondence to Client regarding same (0.2); Telephone conference with M. Shriro (0.4); Correspondence exchange with counsel regarding issues regarding same (0.2) | 1.50 | $ 325.00/hr | $ 487.50 |
| 06/29/2015 | LW | Continued analysis and collection of information relevant to the proposed sale process. | 2.00 | $ 400.00/hr | $ 800.00 |
| 06/29/2015 | LW | Discussions with M.Shriro regarding sale proposal. | 0.70 | $ 400.00/hr | $ 280.00 |
| 06/29/2015 | LW | Analysis of issues related to extension of exclusivity and committee's request to reserve right to object. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/29/2015 | LW | Discussion with committee counsel and debtor representatives regarding committee's response to pending motions and sale proposal; discuss same with debtor representatives. | 2.00 | $ 400.00/hr | $ 800.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/30/2015 | RGG | Telephone conference with Client representatives and counsel for Debtor and Parent regarding settlement discussions (0.6); Telephone conference with Lynnette Warman regarding strategy relating to settlement (0.4) | 1.00 | $ 325.00/hr | $ 325.00 |

| | |
|---|---|
| **Total Hours** | 82.40 hrs |
| **Total Services** | $ 30,737.50 |
| **Total Amount** | **$ 30,737.50** |

| In Reference To: 07 - Asset Recovery/Disposition (Services) | | | | | |
|---|---|---|---|---|---|
| **Date** | **By** | **Services** | **Hours** | **Rates** | **Amount** |
| 06/09/2015 | RGG | Analyze issues with L. Warman regarding recovery of funds from Bay view (0.6); Review, revise and supplement draft of correspondence regarding same (0.9); Research issues regarding payment of broker fees (0.5); Monitor communication exchange regarding Berkeley (0.4) | 2.40 | $ 325.00/hr | $ 780.00 |
| 06/18/2015 | RGG | Monitor communication exchange regarding Berkeley (0.2); Analyze issues regarding same with L. Warman (0.4); Monitor communication exchange regarding filing of Dallas court action by Kapai (0.2) | 0.80 | $ 325.00/hr | $ 260.00 |
| 06/19/2015 | RGG | Correspondence exchange with Debtor representatives regarding meeting to discuss revised offer | 0.30 | $ 325.00/hr | $ 97.50 |
| 06/22/2015 | RGG | Prepare for and meet with various representatives of the debtor and its parents to discuss sale and exit strategies (4.0); | 4.00 | $ 325.00/hr | $ 1,300.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/23/2015 | RGG | Prepare draft of confidentiality agreement (0.8); Correspondence exchange with Kevin Ma regarding organisational structure of potential purchaser (0.3); Review, revise and supplement confidentiality agreement and transmit same to Kevin Ma (0.4); Telephone conference with Mark Stout regarding Informage inquiries regarding proposed sale (0.5); Correspondence to Client regarding NOL carryforwards (0.2); Review and analyze term sheet of proposed purchaser (0.4); prepare draft of term sheet recharacterizing sale as 363 sale and circulate same for comment (1.5); analyze issues regarding foregoing with L. Warman (1.5); participate by telephone in office conference with proposed purchaser (1.7) | 7.20 | $ 325.00/hr | $ 2,340.00 |
| 06/24/2015 | RGG | Telephone conference with interested party regarding relationship with K. Kapai and C. Plank (0.5); Correspondence exchange with same (0.3); Review and analyze report or origin of email (0.2); Analyze issues regarding same with U. Juneja (0.3); Correspondence to Kevin Ma regarding confidentiality agreement(0.3); Monitor communication exchange regarding settlement agreement (0.3); Review, revise and supplement confidentiality agreement at request of Kevin Ma (0.4) | 2.30 | $ 325.00/hr | $ 747.50 |
| 06/25/2015 | RGG | Review, revise and supplement NDA with potential bidder and transmit same for execution (0.4); Correspondence to C. Albert regarding ownership of claims and violation of the automatic stay (0.6); Monitor communication exchange regarding terms of offer (0.4); Analyze issues regarding settlement agreement and term sheet with L. Warman (0.8); attend meeting at KRCL with Committee counsel regarding terms of offer received (3.1) | 5.30 | $ 325.00/hr | $ 1,722.50 |
| 06/26/2015 | RGG | Correspondence exchange with Jason Binford regarding deposition transcripts (0.3); Review and analyze correspondence from Jason Binford regarding communication of offer to Committee members (0.2); Analyze issues with L. Warman relating to multiple inquires resulting therefrom (0.9); Monitor communication exchange regarding same (0.3); Correspondence exchange with U. Juneja regarding execution of NDA (0.3) | 2.00 | $ 325.00/hr | $ 650.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/29/2015 | RGG | Review and analyze correspondence from FA regarding available closing cash estimates (0.2); Telephone conference with Jason Binford and Debtor representatives regarding Committee response (2.0) | 2.20 | $ 325.00/hr | $ 715.00 |

| | |
|---|---|
| **Total Hours** | 26.50 hrs |
| **Total Services** | $ 8,612.50 |
| **Total Amount** | **$ 8,612.50** |

**In Reference To: 08 - Claims Administration (Services)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 06/03/2015 | LW | Review issues related to GTL International's claim. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/04/2015 | LW | Review of Facility Agreement in connection with review of claims of parent entities. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/05/2015 | RGG | Monitor communication exchange regarding GTLI responding to discovery requests | 0.30 | $ 325.00/hr | $ 97.50 |
| 06/09/2015 | LW | Discuss extending deadline for AutoOpt to answer claim objection with K. Singapura and U. Juneja. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/16/2015 | LW | Review and investigate email regarding Kunal Kapai. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/18/2015 | CD | Review Kapai/Plank Motion to Abstain adversary proceeding; begin drafting response to same | 0.90 | $ 350.00/hr | $ 315.00 |
| 06/19/2015 | RGG | Analyze issues regarding Dallas County filing with Cheryl Diaz and L. Warman (0.6); Correspondence exchange with same regarding further strategy and analysis (0.4) | 1.00 | $ 325.00/hr | $ 325.00 |
| 06/19/2015 | CD | Review new state court action filed by Kapai in Dallas County and determine impact on motion to abstain | 0.20 | $ 350.00/hr | $ 70.00 |
| 06/19/2015 | CD | Research and begin drafting response to Kapai/Plank motion to abstain | 1.30 | $ 350.00/hr | $ 455.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
| --- | --- |
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| 06/22/2015 | CD | Continue to research and draft response to Kapai/Plank motion to abstain | 2.00 | $ 350.00/hr | $ 700.00 |
| --- | --- | --- | --- | --- | --- |
| 06/24/2015 | RGG | Analysis of issues regarding Fleckman claim (0.4) | 0.40 | $ 325.00/hr | $ 130.00 |
| 06/24/2015 | LW | Review proof of claim filed by Fleckman law firm. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/24/2015 | CD | Continue to research and draft response to Kapai/Plank motion to abstain | 3.40 | $ 350.00/hr | $ 1,190.00 |
| 06/25/2015 | CD | Continue to draft response to Kapai/Plank motion to abstain | 1.90 | $ 350.00/hr | $ 665.00 |
| 06/25/2015 | CD | Multiple communications with L. Warman and R. Grant and review of filings related to strategy on motions to abstain | 0.80 | $ 350.00/hr | $ 280.00 |
| 06/26/2015 | CD | Draft notice of extension of deadline to object to Kapai/Plank motion to abstain | 0.30 | $ 350.00/hr | $ 105.00 |
| 06/26/2015 | LW | Exchange emails with L.Cameron regarding his request to move the July 7, 2015 hearing. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/29/2015 | LW | Review and revise amendment to Infomage contract; telephone calls with U. Juneja and M.Stout regarding same. | 2.00 | $ 400.00/hr | $ 800.00 |

**In Reference To: 08 - Claims Administration (Expenses)**

| Date | By | Expenses | Amount |
| --- | --- | --- | --- |
| 06/10/2015 | LW | **Parking:** Parking at Lee Cameron's office for Kapai interview | $ 24.00 |

| | |
| --- | --- |
| **Total Hours** | 17.90 hrs |
| **Total Services** | $ 6,492.50 |
| **Total Expenses** | $ 24.00 |
| **Total Amount** | **$ 6,516.50** |

**In Reference To: 09 - AutoOpt Litigation (Services)**

| Date | By | Services | Hours | Rates | Amount |
| --- | --- | --- | --- | --- | --- |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/03/2015 | LW | Review draft extension of discovery dates in the AutoOpt matter; respond to AutoOpt counsel re same. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/09/2015 | RGG | Correspondence exchange with Rajiv Kamat regarding sensitivity analysis of AutoOpt claim | 0.40 | $ 325.00/hr | $ 130.00 |
| 06/09/2015 | LW | Preliminary review of motion to abstain filed by Kunal Kapai in the AutoOpt adversary proceeding. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/09/2015 | LW | Review drafts of discovery to be sent to D.Shah and K.Kapai. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/11/2015 | RGG | Review and analyze Motion for Abstention filed by Kapai (0.5); calendar deadlines (0.1); Preliminary research regarding abstention (0.3) | 0.90 | $ 325.00/hr | $ 292.50 |
| 06/11/2015 | LW | Review draft motion and order to extend discovery deadlines prepared by AutoOpt counsel. | 0.50 | $ 400.00/hr | $ 200.00 |
| 06/16/2015 | RGG | Review and analyze purported correspondence regarding Kunal Kapai (0.3); Telephone conference with L. Warman regarding same (0.5) | 0.80 | $ 325.00/hr | $ 260.00 |
| 06/16/2015 | CD | Begin review of Kapai Motion for Abstention; review local rules and draft e-mail to L. Warman and R. Grant regarding response | 0.50 | $ 350.00/hr | $ 175.00 |
| 06/16/2015 | LW | Preliminary review of answer filed by Kapai in the AutoOpt case and review exhibits to motion to abstain filed by Kapai; forward same to U.Juneja for review. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/17/2015 | RGG | Review and analyze correspondence exchange regarding AutoOpt seven amendments and emails (0.3) | 0.30 | $ 325.00/hr | $ 97.50 |
| 06/18/2015 | RGG | Telephone conference with Cheryl Diaz regarding responses | 0.30 | $ 325.00/hr | $ 97.50 |
| 06/18/2015 | CD | Review and analyze Kapai's Motion to Abstain AutoOpt litigation; begin drafting response to same; confer with L. Warman and R. Grant regarding same | 3.30 | $ 350.00/hr | $ 1,155.00 |
| 06/18/2015 | LW | Review subpoena issued against C. Naik. | 0.20 | $ 400.00/hr | $ 80.00 |
| 06/19/2015 | CD | Continue to research and draft response to motion to abstain filed by Kapai | 3.50 | $ 350.00/hr | $ 1,225.00 |
| 06/21/2015 | RGG | Telephone conference with Lynnette Warman | 0.70 | $ 325.00/hr | $ 227.50 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| 06/22/2015 | RGG | Correspondence exchange with C. Diaz regarding abstention analysis | 0.40 | $ 325.00/hr | $ 130.00 |
|---|---|---|---|---|---|
| 06/22/2015 | CD | Continue to research and draft response to Kapai motion to abstain | 2.30 | $ 350.00/hr | $ 805.00 |
| 06/22/2015 | LW | Conference call with U.Juneja and S.Fleckman to discuss strategy. | 0.70 | $ 400.00/hr | $ 280.00 |
| 06/22/2015 | LW | Analysis of abstention issues relating to Kapai's motion. | 1.00 | $ 400.00/hr | $ 400.00 |
| 06/23/2015 | RGG | Revise, complete and coordinate filing and service of Response to Motion to Abstain (2.5); Analyze issues regarding same with C. Diaz (0.5) | 3.00 | $ 325.00/hr | $ 975.00 |
| 06/23/2015 | RGG | Prepare draft of correspondence to C. Albert regarding ownership of derivative claims and violation of the automatic stay by AutoOpt (1.5); Telephone conference with L. Warman regarding same (0.4) | 1.90 | $ 325.00/hr | $ 617.50 |
| 06/23/2015 | LW | Review draft response to motion to abstain. | 0.70 | $ 400.00/hr | $ 280.00 |
| 06/23/2015 | LW | Analysis of ownership of the fraudulent transfer claims asserted by AutoOpt against the debtor and non-debtor defendants; review letter drafted by R.Grant to AutoOpt counsel regarding stay violation. | 2.00 | $ 400.00/hr | $ 800.00 |
| 06/23/2015 | CD | Continue to research and draft response to Kapai motion to abstain; confer with R. Grant regarding response and finalize same | 3.60 | $ 350.00/hr | $ 1,260.00 |
| 06/24/2015 | LW | Review draft settlement agreement in connection with proposed structured dismissal. | 0.70 | $ 400.00/hr | $ 280.00 |
| 06/25/2015 | RGG | Telephone conference with Cheryl Diaz regarding litigation strategy (0.4) | 0.40 | $ 325.00/hr | $ 130.00 |
| 06/25/2015 | RGG | Analyze issues regarding abstention motion hearings (0.4); Telephone conference with C. Diaz regarding responses and regarding same (0.5) | 0.90 | $ 325.00/hr | $ 292.50 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 06/26/2015 | RGG | Analyze extension issues with C. Diaz (0.3); Correspondence exchange with Shirley Rasco regarding response deadline to Motion to Abstain (0.3); Work on draft of Response (0.8); Review and analyze correspondence from C. Albert regarding response to letter regarding automatic stay (0.3); Analyze issues regarding extension of answer deadline of AutoOpt with L. Warman (0.9) | 2.60 | $ 325.00/hr | $ 845.00 |
| 06/26/2015 | LW | Exchange emails with AutoOpt counsel regarding his request for an additional extension to answer. | 0.10 | $ 400.00/hr | $ 40.00 |
| 06/27/2015 | RGG | Correspondence exchange with C. Diaz regarding confirmation of filing of response | 0.20 | $ 325.00/hr | $ 65.00 |
| 06/29/2015 | RGG | Correspondence exchange with Client regarding service of U. Juneja in Dallas county litigation (0.3); Analyze issues regarding same (0.4) | 0.70 | $ 325.00/hr | $ 227.50 |
| 06/30/2015 | RGG | Telephone conference with Lynnette Warman regarding effect of dismissal of claims on Motion to Abstain | 0.50 | $ 325.00/hr | $ 162.50 |
| 06/30/2015 | CD | Review proposed order in AutoOpt litigation regarding pending claims and analyze impact on motions to abstain | 0.30 | $ 350.00/hr | $ 105.00 |
| 06/30/2015 | LW | Research ownership of tortious interference claim (2); discussions with debtor representatives and S.Fleckman regarding additional facts to be considered as to pending Fitzwater case and non-debtor defendants (1); review district court pleadings (.5); develop analysis of ownership of claims (1); draft and send cease and desist letter regarding same to AutoOpt counsel (1) | 4.50 | $ 400.00/hr | $ 1,800.00 |

| | |
|---|---|
| **Total Hours** | 40.60 hrs |
| **Total Services** | $ 14,515.00 |
| **Total Amount** | **$ 14,515.00** |

**In Reference To: 12 - Expenses (Expenses)**

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
| --- | --- |
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| Date | By | Expenses | Amount |
| --- | --- | --- | --- |
| 06/09/2015 | RGG | **Printing/Copying:** Courtesy Copies of Plan/Disclosure Statement Binders | $ 102.26 |
| 06/09/2015 | RGG | **Printing/Copying:** Service of Motion to Extend Time to Assume/Reject and Motion to Extend Exclusivity | $ 113.66 |
| 06/15/2015 | RGG | **Printing/Copying:** Service of Notice of Disclosure Statement Hearing | $ 259.17 |
| 06/17/2015 | RGG | **Printing/Copying:** Outside service of Notice of Fee Applications of Professionals | $ 386.46 |

|  | |
| --- | --- |
| **Total Expenses** | $ 861.55 |
| **Total Amount** | **$ 861.55** |

| | |
| --- | --- |
| **Total Hours** | 231.10 hrs |
| **Total Services** | $ 83,130.00 |
| **Total Expenses** | $ 885.55 |
| **Total Invoice Amount** | **$ 84,015.55** |
| **Previous Balance** | **$ 116,539.35** |
| 6/25/2015  Payment - Wire Transfer | ($57,457.60) |
| **Balance (Amount Due)** | **$ 143,097.30** |

PAST DUE BALANCE - PLEASE REMIT PAYMENT IMMEDIATELY

**Aged Balances**

| Current | 30 Days | 60 Days | 90 Days |
| --- | --- | --- | --- |
| $ 84,015.55 | $ 14,243.50 | $ 44,838.25 | $ 0.00 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

**Receipts:**

**Date:** 6/10/2015 12:00:00 AM
**Expense Type:** Parking
**Description:** Parking at Lee Cameron's office for Kapai interview



**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com

CULHANE MEADOWS PLLC

**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

**Date:** 6/15/2015 12:00:00 AM
**Expense Type:** Printing/Copying
**Description:** Service of Notice of Disclosure Statement Hearing

Invoice                                                                 Page 1 of 1



## INVOICE

*Elite Document Technology-Dallas*

| Date | Invoice # |
|---|---|
| 6/15/2015 | 47608 |

**www.elitedocutech.com**

Call us today to schedule your demo of the VIEWPOINT
E-DISCOVERY PLATFORM!!

Job #: EDT_047608

| Bill To |
|---|
| Richard Grant
Culhane Meadows PLLC
100 Crescent Court Suite 700
Dallas, TX 75201 |

| Client Ref. # | Terms | Rep | Ordered By |
|---|---|---|---|
| GTL-Notice of DS Hearing | Net 30 | TR | Richard Grant |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| REPRO:Mail-out | 253 | $0.100 | $25.30T |
| MISC:MAIL-Creditor | 253 | $0.350 | $88.55T |
| POSTAGE:Postage | 248 | $0.485 | $120.28 |
| REPRO:[Color] 8.5 X 11 Copies | 9 | $0.990 | $8.91T |
| MISC:MAIL-International Postage | 5 | $1.200 | $6.00 |

Job Name: "GTL – Notice of DS Hearing"

Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective of whether such amounts are ultimately posted to the account of your client or other third party. Dispute of Charges: Client must dispute charges within 10 days of invoice date. Client agrees that failure to dispute charges within 10 days of invoice date will result in forfeiture of Client's right to dispute and will render Client liable for total amount as invoiced.

**A 5% late fee will be applied to any invoice over 30 days past due.**

We accept VISA, Mastercard, and AMEX.

| Subtotal: | $249.04 |
|---|---|

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

|  | Sales Tax(0.0825): | $10.13 |
|---|---|---|
| *Customer Signature:* | *Date:* | Total: | $259.17 |

Tax ID Number:
33-1029748          400 N. Saint Paul St., Suite 1300, Dallas, TX 75201. 214-698-5199

https://pts.doculogix.com/pts/invoice/auto/invoice.asp?id=430623          6/18/2015

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

**Date:** 6/9/2015 12:00:00 AM
**Expense Type:** Printing/Copying
**Description:** Courtesy Copies of Plan/Disclosure Statement Binders

Invoice                                                                Page 1 of 1



www.elitedocutech.com

*Elite Document Technology-Dallas*

**INVOICE**

| Date | Invoice # |
|---|---|
| 6/9/2015 | 47484 |

Call us today to schedule your demo of the VIEWPOINT
E-DISCOVERY PLATFORM!!

Job #: EDT_047484

| Bill To | | | | |
|---|---|---|---|---|
| Richard Grant
Culhane Meadows PLLC
100 Crescent Court Suite 700
Dallas, TX 75201 | **Client Ref. #** | **Terms** | **Rep** | **Ordered By** |
| | GTL | Plan Binder | Net 30 | TR | Richard Grant |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| BLOWBACKS:8.5 X 11 [B&W] Prints | 635 | $0.080 | $50.80T |
| BLOWBACKS:8.5 X 11 [Color] Prints | 5 | $0.990 | $4.95T |
| BINDING:GBC | 5 | $2.500 | $12.50T |
| POSTAGE:Postage | 1 | $5.750 | $5.75 |
| POSTAGE:Postage | 2 | $5.900 | $11.80 |
| PROJECT MANAGEMENT:Project Management | 0.1 | $100.000 | $10.00T |
| [# 12156] Download documents from client email; prepare docs for printing
(6/9/2015 8:25:32 AM - 6/9/2015 8:30:12 AM) | | | |

Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective of whether such amounts are ultimately posted to the account of your client or other third party. Dispute of Charges: Client must dispute charges within 10 days of invoice date. Client agrees that failure to dispute charges within 10 days of invoice date will result in forfeiture of Client's right to dispute and will render Client liable for total amount as invoiced.

**A 5% late fee will be applied to any invoice over 30 days past due.**

We accept VISA, Mastercard, and AMEX.

| Subtotal: | $95.80 |
|---|---|

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com

CULHANE MEADOWS PLLC

**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | | | |
|---|---|---|---|
| | | Sales Tax(0.0825): | $6.46 |
| *Customer Signature:* | *Date:* | Total: | $102.26 |

Tax ID Number: 33-1029748 400 N. Saint Paul St., Suite 1300, Dallas, TX 75201. 214-698-5199

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

**Date:** 6/9/2015 12:00:00 AM
**Expense Type:** Printing/Copying
**Description:** Service of Motion to Extend Time to Assume/Reject and Motion to Extend Exclusivity

Invoice                                                                   Page 1 of 1



**Elite Document Technology-Dallas**

www.elitedocutech.com

# INVOICE

| Date | Invoice # |
|---|---|
| 6/9/2015 | 47474 |

Call us today to schedule your demo of the VIEWPOINT
E-DISCOVERY PLATFORM!!

Job #: EDT_047474

| Bill To |
|---|
| Richard Grant
Culhane Meadows PLLC
100 Crescent Court Suite 700
Dallas, TX 75201 |

| Client Ref. # | Terms | Rep | Ordered By |
|---|---|---|---|
| GTL-Motion Service (Assume/Exc | Net 30 | TR | Richard Grant |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| REPRO:Mail-out | 756 | $0.100 | $75.60T |
| MISC:MAIL-Creditor | 36 | $0.350 | $12.60T |
| POSTAGE:Postage | 35 | $0.485 | $16.98 |
| MISC:MAIL-International Postage | 1 | $1.200 | $1.20 |

GTL – Motion Service (Assume/Exclusivity)

Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective of whether such amounts are ultimately posted to the account of your client or other third party. Dispute of Charges: Client must dispute charges within 10 days of invoice date. Client agrees that failure to dispute charges within 10 days of invoice date will result in forfeiture of Client's right to dispute and will render Client liable for total amount as invoiced.

**A 5% late fee will be applied to any invoice over 30 days past due.**

We accept VISA, Mastercard, and AMEX.

| Subtotal: | $106.38 |
|---|---|

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

| | Sales Tax(0.0825): | $7.28 |
|---|---|---|
| **Customer Signature:** | **Date:** | Total: $113.66 |

Tax ID Number:
33-1029748           400 N. Saint Paul St., Suite 1300, Dallas, TX 75201. 214-698-5199

https://pts.doculogix.com/pts/invoice/auto/invoice.asp?id=429333                    6/9/2015

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com



**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
| --- | --- |
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

**Date:** 6/17/2015 12:00:00 AM
**Expense Type:** Printing/Copying
**Description:** Outside service of Notice of Fee Applications of Professionals



*Elite Document Technology-Dallas*

# INVOICE

| Date | Invoice # |
| --- | --- |
| 6/17/2015 | 47652 |

**www.elitedocutech.com**

Call us today to schedule your demo of the VIEWPOINT
E-DISCOVERY PLATFORM!!

**Job #: EDT_047652**

| Bill To |
| --- |
| Richard Grant
Culhane Meadows PLLC
100 Crescent Court Suite 700
Dallas, TX 75201 |

| Client Ref. # | Terms | Rep | Ordered By |
| --- | --- | --- | --- |
| GTL ☐ Notice of Fee Applicatio | Net 30 | TR | Richard Grant |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| REPRO:Mail-out | 1518 | $0.100 | $151.80T |
| MISC:MAIL-Creditor | 253 | $0.350 | $88.55T |
| POSTAGE:Postage | 248 | $0.485 | $120.28 |
| MISC:MAIL-International Postage | 5 | $1.200 | $6.00 |

GTL ☐ Notice of Fee Applications☐

Please be advised that the person or entity indicated in the address block of this invoice (i.e. you) is/are responsible for any and all payments herein referenced, irrespective of whether such amounts are ultimately posted to the account of your client or other third party. Dispute of Charges: Client must dispute charges within 10 days of invoice date. Client agrees that failure to dispute charges within 10 days of invoice date will result in forfeiture of Client's right to dispute and will render Client liable for total amount as invoiced.

A 5% late fee will be applied to any invoice over 30 days past due

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com

CULHANE MEADOWS PLLC

**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

A 5% late fee will be applied to any invoice over 30 days past due.

| | | | | |
|---|---|---|---|---|
| We accept VISA, Mastercard, and AMEX. | | | **Subtotal:** | $366.63 |
| | | | **Sales Tax(0.0825):** | $19.83 |
| ***Customer Signature:*** | *Richard Grant* | ***Date: 7/7/2015*** | **Total:** | $386.46 |
| ***Session ID:*** | 65656362662F7A28677A6165627A127A2867785F4467 | | | |

Tax ID Number:
33-1029748

400 N. Saint Paul St., Suite 1300, Dallas, TX 75201. 214-698-5199

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com

CULHANE MEADOWS PLLC

**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

## Trust Account Summary

**Billing Period: 06/01/2015 - 07/13/2015**

| Client: GTL (USA), Inc. - Debtor in Possession \| General Matter Trust |
|---|
| **Current Balance** |
| $44,108.00 |

| Date | Transaction | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| No activity for this billing period. | | | | |

**Culhane Meadows PLLC**
PO Box 49716
Atlanta, GA 30359
accounting@culhanemeadows.com

CULHANE MEADOWS PLLC

**GTL (USA), Inc. - Debtor in Possession**
5200 Tennyson Parkway, Suite 200
Plano, TX 75024

| Invoice Date | Invoice Number |
|---|---|
| 07/13/2015 | 25987 |
| **Terms** | **Service Through** |
| Net 30 | 06/30/2015 |

### User Hours Summary

**Billing Period: 06/01/2015 - 06/30/2015**

**User Hour Totals**

| User | Hours Billed | Rate/Hour | Amount Billed |
|---|---:|---:|---:|
| Richard G Grant | 109.60 | $325.00 | $35,620.00 |
| Lynnette Warman | 94.70 | $400.00 | $37,880.00 |
| Robert Kiggins | 2.50 | $450.00 | $1,125.00 |
| Cheryl Diaz | 24.30 | $350.00 | $8,505.00 |

**Please remit payments via check to:**
Culhane, Meadows, Haughian & Walsh, PLLC
P.O. Box 49716
Atlanta, GA 30359

**Please remit electronic payments to:**

Culhane, Meadows. Haughian & Walsh, PLLC
Routing/ABA# is: 111000614
Operating Account number is: 703239066
International SWIFT Code (Chase Bank): CHASUS33
JPMorgan Chase Bank, N.A. (201)
2051 Long Prairie Rd.
Flower Mound, TX 75022

Tax ID # 46-2822560