UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 15-40248-11 |
| GTL (USA), INC., | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING AMENDED FIRST INTERIM FEE APPLICATION OF BRIDGEPOINT CONSULTING, LLC, AS FINANCIAL ADVISOR TO THE DEBTOR, FOR PROFESSIONAL SERVICES RENDERED AND ACTUAL AND NECESSARY EXPENSES INCURRED FROM
APRIL 9, 2015 THROUGH APRIL 30, 2015**

The Court, having considered the Amended First Interim Fee Application of Bridgepoint Consulting, LLC, as Financial Advisor to the Debtor, for Professional Services Rendered and Actual and Necessary Expenses Incurred From April 9, 2015 Through April 30, 2015 (the "Application") of Bridgepoint Consulting, LLC ("Applicant") for compensation for services rendered and reimbursement of expenses as financial advisor to the Debtor for the Period From April 9, 2015 through April 30, 2015, the Court finds that after good and sufficient notice, due deliberation and sufficient cause appearing therefor, is

**ORDERED** that the Application is GRANTED; and it is further

**ORDERED** that Applicant is hereby awarded interim compensation for professional services rendered as financial advisor to the Debtor in the sum of $88,000.00 (the "First Interim Fees") for services rendered between April 9, 2015 through April 30, 2015 (the "First Interim Application Period"); and it is further

**ORDERED** that Applicant is hereby awarded interim reimbursement for out-of-pocket expenses incurred by Applicant as financial advisor to the Debtor during the First Interim Application Period in the sum of $875.00 (the "First Interim Expenses"); and it is further

**ORDERED** that the Debtor is hereby authorized and directed to pay Applicant the additional amounts necessary to satisfy the First Interim Fees and First Interim Expenses in full.

Signed on 7/15/2015

_Brenda T. Rhoades_    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

*Submitted by:*

Lynnette Warman
Tex. Bar No. 20867940
Richard G. Grant
Tex. Bar No. 08302650
CULHANE MEADOWS, PLLC
The Crescent, Suite 700
100 Crescent Court
Dallas, Texas 75201
Telephone: 214-210-2929
Facsimile: 214-210-2949
Email: rgrant@culhanemeadows.com

ATTORNEYS FOR
DEBTOR IN POSSESSION