IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| GTL (USA), INC. | § | Case No. 15-40248-BTR |
| | § | |
| Debtor. | § | |

STIPULATION CONCERNING EXTENSION OF TIME TO RESPOND
TO DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF REORGANIZATION

GTL (USA), Inc. and GTL International, Ltd. hereby stipulate as follows:

GTL International, Ltd shall have through and including July 24, 2015 to respond to the Disclosure Statement with Respect to Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed by GTL (USA), Inc. [Dkt. No. 162] filed in the above-referenced and captioned bankruptcy. To the extent the hearing is moved, GTL International, Ltd's objection deadline will move to three (3) days prior to the hearing.

AGREED:

 /s/Richard G. Grant w/permission MES
Lynnette Warman
Richard G. Grant
Culhane Meadows, PLLC
The Crescent, Suite 700
100 Crescent Court
Dallas, Texas 75201
ATTORNEYS FOR GTL (USA), INC.


 /s/Michelle E. Shriro
Michelle E. Shriro
State Bar No. 18310900
SINGER & LEVICK, P.C.
16200 Addison Road, Ste. 140
Addison, Texas 75001
ATTORNEYS FOR GTL INTERNATIONAL, LTD.