## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| GTL (USA), INC. | § | CASE NO. 15-40248 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## WITNESS AND EXHIBIT LIST

Comes now the Official Committee of Unsecured Creditors (the "Committee"), and submits this *Witness and Exhibit List* for the hearing on July 30, 2015 at 1:30 p.m. regarding the following:

*Debtor's Expedited Motion for an Order (I) Approving Settlements and Dismissal of the Case, or, in the Alternative, (II) Approving Procedures for the Sale of Substantially all of Debtor's Assets, (a) the Approval of Bid Procedures, (b) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (c) the Establishing Cure Amounts, (d) Approving the Forms of Notice, (e) Setting Hearing Dates, and (III) Granting Related Relief*

## WITNESSES

1. Urmeet Juneja;
2. Rajiv Kamat;
3. Richard Feferman;
4. Dawn Ragan; and
5. Any witness called by any other party.

The Committee reserves the right to call rebuttal witnesses as necessary.

# EXHIBITS

The Committee may offer into evidence any one or more the following exhibits at the time of the hearing:

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| A. | *Debtor's Schedules* [Doc. No. 21] | | | |
| B. | *Debtor's Statement of Financial Affairs* [Doc. No. 22] | | | |
| C. | *Debtor's Monthly Operating Report* (February 2015) [Doc. No. 58] | | | |
| D. | *Debtor's Monthly Operating Report* (March 2015) [Doc. No. 118] | | | |
| E. | *Debtor's Monthly Operating Report* (April 2015) [Doc. No. 141] | | | |
| F. | *Debtor's Monthly Operating Report* (May 2015) [Doc. No. 197] | | | |
| G. | *Debtor's Monthly Operating Report* (June 2015) [Doc. No. 235] | | | |
| H. | *Disclosure Statement with Respect to Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code Proposed by GTL (USA), Inc.* – Exhibits B, C, and D [Doc. No. 162] | | | |
| I. | *Agreed Protective Order Among the Debtor; AutOOpt Networks, Inc.; Kunal Kapai; and the Official Committee of Unsecured Creditors* [Doc. No. 77] | | | |
| J. | *Supplemental Declaration of Urmeet Juneja in Support of Motion to Dismiss*, Civil Action No. 2:13-cv-6280 [Doc. No. 33] | | | |

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| K. | *Expedited Motion for an Order (I) Approving Settlements and Dismissal of the Case, or, in the Alternative, (II) Approving Procedures for the Sale of Substantially all Assets, (a) Approval of Bid Procedures, (b) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (c) Establishing Cure Amounts, (d) Approving the Forms of Notice, (e) Setting Hearing Dates, and (III) Granting Related Relief* [Doc. No. 228] | | | |
| L. | *Debtors' Motion to Expedite* [Doc. No. 229] | | | |
| M. | Letter dated July 24, 2015 to Lynnette Warman Regarding "Proposed Sale of Debtor's Assets / Fiduciary Duties" | | | |
| N. | *In re Jervic Holdings Corp.*, Case No. 08-11006, Bankr. D. Delaware, *Order Granting Joint Motion of the Debtors, CIT, Sun Capital and the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a), 349 and 1112(b) and Fed. R. Bank. P. 9019 for Entry of an Order: (I) Approving Settlement Agreement and Releasing Claims; (II) Dismissing the Debtors' Cases Upon Implementation of Settlement; and (III) Granting Related Relief* | | | |
| O. | Committee Financial Advisor Liquidation Analysis | | | |
| P. | Proof of Claim (No. 16) Filed by AutOOpt Networks, Inc. (without exhibits) | | | |
| Q. | Proof of Claim (No. 5) Filed by Kunal Kapai (without exhibits) | | | |

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| R. | Any exhibits designated by or relied upon by any other party | | | |
| S. | Any exhibits necessary for rebuttal | | | |

The Committee reserves the right to supplement or amend this list prior to the scheduled hearing. The Committee further reserves the right to introduce additional evidence not listed herein for rebuttal purposes.

Dated: July 28, 2015.                    Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By:    */s/ Jason B. Binford*
          Jason B. Binford
          State Bar No. 24045499

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone - (214) 777-4200
Telecopier - (214) 777-4299
Email: jbinford@krcl.com; ecf@krcl.com

**ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 28, 2015, a true and correct copy of the foregoing has been served on all parties receiving ECF Notification at the date and time filed. In addition, pursuant to Local Rule 9014(d), copies of all Exhibits were provided via e-mail to the parties listed below at the date and time filed.

      /s/ *Jason B. Binford*
      Jason B. Binford

Lynnette Warman
lwarman@culhanemeadows.com
Richard Grant
rgrant@culhanemeadows.com
Culhane Meadows, PLLC
100 Crescent Court, Suite 700
Dallas, TX 75201

Timothy O'Neal
timothy.w.o'neal@usdoj.gov
Office of the United States Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

Craig Albert
calbert@cplalaw.com
Kartik R. Singapura
ksingapura@cplalaw.com
Cherry Peterson Landry Albert LLP
8350 North Central Expressway, Suite 1500
Dallas, TX 75206

Mark Stout
ms@livepad.com
Padfield & Stout, L.L.P.
421 West Third Street, Suite 910
Fort Worth, TX 76102

Lee L. Cameron, Jr.
lee.cameron@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX 75202

Howard Spector
Spector Johnson
hmspector@spectorjohnson.com
12770 Coit Road
Dallas, TX 75251

Michele E. Shriro
mshriro@singerlevick.com
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, TX 75001