IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-40248-BR-11 |
| | § | Chapter 11 |
| GTL (USA), INC., | § | |
| | § | Hearing Date & Time: |
| Debtor. | § | **July 30, 2015 at 1:30 p.m.** |

### DEBTOR'S WITNESS AND EXHIBIT LIST

GTL (USA), Inc., the debtor and debtor in possession (the "Debtor") file this Witness and Exhibit List with respect to the hearings scheduled for **July 30, 2015 at 1:30 p.m.** and all continuances thereof and respectfully states as follows:

### WITNESSES

The Debtor may call any one or more of the following witnesses:

1. Urmeet Juneja;

2. Rajiv Kamat;

3. Dawn Ragan;

4. Richard Feferman;

5. Any witnesses called or designated by any other party in this action; and

6. Any witnesses necessary to rebut (i) the testimony of any witness designated by any other party or (ii) any evidence presented or designated by any other party.

# EXHIBITS

Movant may offer the following documents at hearing:

| | DEBTOR HEARING EXHIBITS | | | |
|---|---|---|---|---|
| **Exhibit #** | **Description** | **Dkt No.** | **Off.** | **Adm.** |
| 1 | Debtor's Expedited Motion for an Order (I) Approving Settlements and Dismissal of the Case, or, in the Alternative, (II) Approving Procedures for the Sale of Substantially All Assets, (a) Approval of Bid Procedures, (B) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) Establishing Cure Amounts, (D) Approving the Forms of Notice, (E) Setting Hearing Dates and (III) Granting Related Relief | 228 | | |
| 2 | EIHL Offer Letter dated June 23, 2015 | | | |
| 3 | EIHL Offer Letter dated July 1, 2015 | | | |
| 4 | EIHL Offer Letter dated July 15, 2015 | | | |
| 5 | Proposed Order Approving Settlement (Exhibit B to Motion, as revised) | | | |
| 6 | Proposed Bid Procedures (Exhibit C to Motion, as revised) | | | |
| 7 | Proposed Notice of Sale (Exhibit D to Motion, as revised) | | | |
| 8 | Proposed Order Approving Bid Procedures (Exhibit E to Motion, as revised) | | | |
| 9 | Proposed Order Approving Sale (Exhibit F to Motion, as revised) | | | |
| 10 | Schedules and Statement of Financial Affairs | 21 | | |
| 11 | Statement of Financial Affairs | 22 | | |
| 12 | June Monthly Operating Report | 235 | | |

| Exhibit # | **DEBTOR HEARING EXHIBITS** | | | |
|---|---|---|---|---|
| | Description | Dkt No. | Off. | Adm. |
| 13 | Debtor's Disclosure Statement dated June 8, 2015 | 162 | | |
| 14 | GTL, Ltd Report dated July 28, 2015 | | | |
| 15 | GTL, Ltd. Statement Showing Shareholding Pattern | | | |
| 16 | GTL Ltd. Results for Quarter and Year Ended March 31, 2015 | | | |
| 17 | [reserved] | | | |

The Debtor reserves the right to offer into evidence any exhibit designated on the witness and exhibit list of any other party. The Debtor reserves the right to offer into evidence any motion or other document filed or order entered as well as any exhibit to any motion or other document filed or entered in this contested matter. The Debtor reserves the right to supplement this Witness and Exhibit List. The Debtor will provide supplemental copies of any of the attached upon request.

Respectfully submitted,

Dated: July 28, 2015                                         CULHANE MEADOWS, PLLC


                                                By:   /s/ Lynnette Warman
                                                    Lynnette Warman
                                                    Tex. Bar No. 20867940
                                                    Richard G. Grant
                                                    Tex. Bar No. 08302650
The Crescent, Suite 700
100 Crescent Court
Dallas, Texas 75201

Telephone: 214-693-6525
Facsimile: 214-361-6690
Email: rgrant@culhanemeadows.com
Email: lwarman@culhanemeadows.com

ATTORNEYS FOR
DEBTOR IN POSSESSION

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that he has transmitted a true and correct copy of the foregoing via the Court's Electronic Case Filing system to all persons participating therein on July 28, 2015.

                                                       /s/ Richard Grant
                                                   Richard G. Grant