THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| GTL (USA), INC. | § | CASE NO. 15-40248 |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER GRANTING AMENDED FIRST INTERIM APPLICATION OF
CORPORATE RECOVERY ASSOCIATES, LLC FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS AND FOR THE PERIOD FROM
<u>APRIL 7, 2015 THROUGH APRIL 30, 2015</u>**

Upon the AMENDED application (the "Application") of Corporate Recovery Associates, LLC ("CRA") for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From April 7, 2015 Through April 30, 2015, the Court finds that after good and sufficient notice, due deliberation and sufficient cause appearing therefor, is

---

ORDER GRANTING AMENDED FIRST INTERIM APPLICATION OF CORPORATE RECOVERY ASSOCIATES, LLC FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 7, 2015 THROUGH APRIL 30, 2015 -
Page 1 of 2
3634851 v1 (79646.00002.000)

**ORDERED** that the Application is GRANTED; and it is further

**ORDERED** that CRA is hereby awarded interim compensation for professional services rendered as financial advisor to the Committee[1] in the sum of $21,257.50 (the "First Interim Fees") for services rendered between April 7, 2015 through April 30, 2015 (the "First Interim Application Period"); and it is further

**ORDERED** that CRA is hereby awarded interim reimbursement for out-of-pocket expenses incurred by CRA as financial advisor to the Committee during the First Interim Application Period in the sum of $1,645.11 (the "First Interim Expenses"); and it is further

**ORDERED** that the Debtor is hereby authorized and directed to pay CRA the additional amounts necessary to satisfy the First Interim Fees and First Interim Expenses in full.

Signed on 7/30/2015

*Brenda T. Rhoades*   SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

Jason B. Binford
State Bar No. 24045499
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX  75201
Telephone:  214-777-4200
Facsimile:  214-777-0049

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Application.

ORDER GRANTING AMENDED FIRST INTERIM APPLICATION OF CORPORATE RECOVERY ASSOCIATES, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 7, 2015 THROUGH APRIL 30, 2015 -
Page 2 of 2
3634851 v1 (79646.00002.000)