**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **GTL (USA), INC.** | § | **CASE NO. 15-40248** |
| | § | |
| Debtor. | § | **Objection Deadline: August 18, 2014** |
| | § | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**NOTICE OF FEES AND EXPENSES INCURRED – JULY 2015**

  Comes now Corporate Recovery Associates, LLC (the "Firm") as the Business and Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee"), and submits this *Notice of Fees and Expenses Incurred – July 2015* in compliance with the terms of the *Sua Sponte Amended and Restated Order Granting Motion for an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Doc. No. 113].

Attached hereto are:

1. Summary cover page for fees and expenses incurred by the Firm for the month of July 2015; and

2. The invoice from the Firm showing: (a) detailed daily time entries and summaries of time, as redacted to preserve attorney/client information; and (b) detailed summaries of all disbursements and expenses, for the month of July 2015.

Dated: August 4, 2015

        Respectfully submitted,

        **CORPORATE RECOVERY ASSOCIATES, LLC**

        By: _____
        Richard J. Feferman. Senior Managing Director

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2015, a true and correct copy of the foregoing has been served on all parties receiving ECF Notification at the date and time filed and via e-mail on the parties listed below.

/s/ Jason B. Binford

Jason B. Binford

**The Debtors**

Urmeet Juneja
urmeet.juneja@gtlamericas.com
Rajiv Kamat
rajiv.kamat@gtlamericas.com

**Debtor's Counsel**

Lynnette Warman
lwarman@culhanemeadows.com
Richard Grant
rgrant@culhanemeadows.com

**U.S. Trustee**

Timothy O'Neal
timothy.w.o'neal@usdoj.gov

# NOTICE OF FEES AND EXPENSES INCURRED
## JULY 2015
## CORPORATE RECOVERY ASSOCIATES, LLC
### BUSINESS AND FINANCIAL ADVISOR TO THE COMMITTEE
### OF UNSECURED CREDITORS

Month: **July 2015**
Applicant: Corporate Recovery Associates, LLC
Capacity: Business and Financial Advisor to the Committee of Unsecured Creditors
Amount Requested: $22,624.90

| Type: | Amount Incurred: | Interim Amount to Pay: |
|---|---|---|
| Fees | $27,445.00 | $21,956.00 (80%) |
| Expenses | $668.90 | $668.90 (100%) |
| Total: | $28,113.90 | $22,624.90 |

Cumulative Amounts Paid to Date:

| Type: | Amount Incurred: | Amounts Paid: |
|---|---|---|
| Fees | $88,605.00 | $48,928.00 |
| Expenses | $2,587.81 | $1,918.91 |
| Total: | $91,192.81 | $50,846.91 |

Trust Fund Statement (if applicable):

| | | |
|---|---|---|
| Balance on Petition Date:: | $0 | |
| (Itemized Deductions/Reimbursements by date): | | |

Hourly Rates:

| Professional: | Hourly Rate | Hours: | Amount |
|---|---|---|---|
| Financial Analysts: | | | |
| Richard Feferman, CIRA | $650 | 108.8 | $70,720.00 |
| Chris Girand, CFA | $150 | 3.2 | $480.00 |
| Less No Bill Travel | $650 | 12.2 | 7,930.00 |
| Less Courtesy Discount | | | |
| Adjustment (CAP) | | | -$35,825.00 |
| Blended Rate/Totals: | $275.00 | 73.5 | $27,445.00 |

1 of 2

Expenses Itemization:

| | |
|---|---:|
| PACER: | $24.80 |
| Airfair: | $469.00 |
| Photocopies: | $4.60 |
| Per Diem: | $106.50 |
| Taxi / Uber: | $64.00 |

| | |
|---|---:|
| TOTAL EXPENSES: | $668.90 |

| | |
|---|---|
| Objection Deadline: | August 18, 2015 |



Invoice Date 8/4/15

Official Committee of Unsecured Creditors

**GTL (USA), Inc., Debtor**

PROFESSIONAL CHARGES

**Business Analysis**

| Date | Project | Time Keeper | Billing Rate | Time | Amount | Description | Discount Codes |
|------|---------|-------------|--------------|------|--------|-------------|----------------|
| 7/1/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call with Dawn Ragan re: Weekly reporting | |
| 7/7/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Draft and send email to D. Ragan - weekly reporting | |
| 7/7/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft email to J. Binford re: factual info [REDACTED] | |
| 7/8/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Follow-up with D. Ragan on weekly reporting. | |
| 7/9/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call with D. Ragan re: AR collections. What can be done to minimize cash burn | |
| 7/9/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Examine weekly report from debtor | |
| 7/9/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Follow-up email to D. Ragan and M. Gish re: "common cost adj" and inconsistencies in projections v MOR | |
| 7/9/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to D. Ragan re: absence of balance sheet in "weekly" reports | |
| 7/9/15 | GTL | RJF | 650.00 | 0.70 | 455.00 | Analysis of variance "June weeklys v recent projections for June and July provided by D. Ragan" | |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Exchange email with J. Binford re: factual info [REDACTED] | |
| 7/14/15 | GTL | RJF | 650.00 | 1.50 | 975.00 | Examination, analysis and reply to email from J. Binford re: [REDACTED] | |
| 7/14/15 | GTL | RJF | 650.00 | 1.20 | 780.00 | Complete response to email from J. Binford | |
| 7/17/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Examination and Analysis of tracker report received today | |
| 7/17/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine Informage docs for last 2 weeks of June | |
| 7/21/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Email to D. Ragan - cash bal. | |
| 7/21/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Telephone call with C. Girard re: cash balance / burn rate | |
| 7/21/15 | GTL | RJF | 650.00 | 1.50 | 975.00 | Examination and analysis June MOR, projections and July 15 tracker rpt.  Email to Ragan. | |
| 7/23/15 | GTL | RJF | 650.00 | 0.60 | 390.00 | Examination and update of rolling liquidation analysis | |
| 7/28/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine and resp to email from J. Binford re factual info (redact) | |
| 7/28/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Examine financials and update report of factual info [REDACTED] | |
| 7/30/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Draft and send email to J. Binford - updated financials | |
| 7/31/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Email to D. Ragan updated financials | |
| 7/31/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from J. Binford - standdown | |
| **Category Total*** | | | | **9.10** | **5,915.00** | | |

\* Grand Total is
subject to cap on
Blended Rate

**Claims Administration and Objections**

| Date | Project | Time Keeper | Billing Rate | Time | Amount | Description | Discount Codes |
|------|---------|-------------|--------------|------|--------|-------------|----------------|
| 7/6/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Examine financial projection and estimate potential damages if no buyer materializes and liq is delayed 30 days. | |
| 7/17/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examination and analysis email from J. Binford [REDACTED] | |
| 7/21/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examination, analysis and response to email from J. Binford re: MOR and revising projections. | |
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to J. Binford re: [REDACTED] | |
| 7/31/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from J. Binford re: claims analysis in connection with plan conf | |
| 7/31/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Examination and analysis of debtor's sofa versus. doc report | |
| Category Total* | | | | 1.40 | 910.00 | | |

\* Grand Total is subject to cap on Blended Rate

**Financing**

| Date | Project | Time Keeper | Billing Rate | Time | Amount | Description | Discount Codes |
|------|---------|-------------|--------------|------|--------|-------------|----------------|
| 7/6/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Examination and analysis of factual info - emailed by J. Binford.  Reply with comments [REDACTED] | |
| 7/6/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Telephone call with J. Binford re: sale negotiations [REDACTED] | |
| 7/7/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from J. Binford re: 363 sale | |
| 7/7/15 | GTL | RJF | 650.00 | 1.50 | 975.00 | Examination and analysis of exit strategy 363 sale; alternatives; on risks.  Trade emails with J. Binford re: same | |
| 7/7/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examination and analysis of email string re: prospective buyers and telephone call with [REDACTED] | |
| 7/7/15 | GTL | RJF | 650.00 | 0.60 | 390.00 | Examination of financials re cash burn | |
| 7/8/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email J. Binford req conf from L. Wyman tonight's [15:00:00] | |
| 7/8/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Examination and analysis of email from J. Binford re diligence on buyer | |
| 7/8/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine and reply to email from J. Binford re: status of prospect [REDACTED] | |
| 7/8/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Draft and send email to D. Ragan pertaining to liq analysis | |
| 7/8/15 | GTL | RJF | 650.00 | 0.70 | 455.00 | Examination and analysis of email from J. Binford re: debtor's projections | |
| 7/8/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Examine email string re: latest developments in 363 sale [REDACTED] | |
| 7/8/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call with J. Binford concerning status on 363 negotiations | |
| 7/8/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Prepare for and conduct follow-up conference call with Ron Nayot of Diversis | |
| 7/8/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Draft email to J. Binford reporting follow-up with prospective buyer and strategy. | |

| Date | | | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 7/9/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examination and analysis of email from J. Binford re: factual info [REDACTED] |
| 7/9/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from J. Binford re: sale negotiations |
| 7/9/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from J. Binford re: tomorrow's conference call |
| 7/9/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Exchange emails with J. Binford re: strategy and status |
| 7/9/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Telephone call with J. Binford re: factual info [REDACTED] |
| 7/10/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Telephone call with D. Ragan re: factual info [REDACTED] |
| 7/13/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine email history and follow-up with prospect [REDACTED] |
| 7/13/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine reply from prospect re: status on diligence request |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to D. Ragan re: follow-up with prospect [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Exchange email with D. Ragan re: follow0up to questions from Prospect [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to counsel re: factual info |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Message left for prospect [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Exchange emails with J. Binford [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Draft and send email to D. Ragan re: prospect's due diligence [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call with J. Binford discussing status of negotiations [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine and reply to email from D. Ragan to prospective buyer re NDA [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examination of email from J. Binford to L. Wyman laying out strategy [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Telephone call re NDA w [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Telephone call with J. Binford debtor's follow-up with [REDACTED] and NDA |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examination of email from J. Binford re: [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Telephone call with R. Grant re: status [REDACTED]13 NDA |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Examine emails from L. Wyman re: follow-up with purchaser[REDACTED]. Draft and send comments to J. Binford [REDACTED] |
| 7/14/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call with J. Binford conver on negotiations |
| 7/14/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to D. Ragan re: NDA. Request conf of receipt [REDACTED] |
| 7/15/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from Mr. Binford - negotiations |
| 7/15/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Examination of analysis of factual info re [REDACTED] |
| 7/15/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examination and analysis of email from J. Binford re: negotiations and deal points [REDACTED] |
| 7/15/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email with question about data room to R. Grant |
| 7/16/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Listen to message from J. Binford concerning status re: sale negotiations. [REDACTED] |

| Date | | | | | | Description |
|---|---|---|---|---|---|---|
| 7/16/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine email re: negotiations with debtor [REDACTED] |
| 7/17/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Telephone call with J. Binford re: confidential settlement discussions alt courses of action dependent on debtor's action [REDACTED] |
| 7/17/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Examination and analysis of pleadings re: sale |
| 7/17/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send congrats to J. Binford |
| 7/17/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine email from J. Binford re: prospective buyer [REDACTED] |
| 7/17/15 | GTL | RJF | 650.00 | 1.20 | 780.00 | Continue examination of sale docs |
| 7/17/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call from [REDACTED] prospective buyer re: docket items 228 & 229 - Referred him to R. Grant |
| 7/20/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Telephone call with J. Binford re: discuss factual info [REDACTED] |
| 7/17/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Research prosp. Buyers |
| 7/17/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Telephone call with J. Binford re: factual info - prospective buyers [REDACTED] |
| 7/20/15 | GTL | RJF | 650.00 | 1.30 | 845.00 | Research Prospects and initiate contact with prospective buyers. |
| 7/20/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Telephone call with J. Binford re: prospective buyers. |
| 7/20/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Follow-up email to prospective Buyer [REDACTED] |
| 7/20/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to prospective Bidder (Redact) |
| 7/20/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call with prospective buyer [REDACTED] |
| 7/20/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Draft and send email to R. Grant, L. Wyman and D. Ragan re: prospective buyer [REDACTED] |
| 7/20/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to prospective buyer re: contact info [REDACTED] |
| 7/20/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Exchange emails with D. Ragan re: prospective buyer [REDACTED] |
| 7/20/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to J. Binford re: prospective strategic buyers |
| 7/20/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Exchange emails with prospective buyers' reps and J. Binford re: problems being experienced [REDACTED] |
| 7/20/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Telephone call with prospective AR liquidator re: poss [REDACTED] interest. |
| 7/21/15 | GTL | RJF | 650.00 | 0.70 | 455.00 | Sent disc. Stmt - Doc 162 |
| | | | | | | Examine Doc 228 re: dual truck deal. |
| 7/21/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Examination and analysis of email from R. Grant ad attached NDA. Re: strategic bidder, send email to J. Binford discussing problem with form NDA and negative effect on bidding process. |
| 7/21/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from J. Binford re: division of work amongst professionals. |
| 7/21/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from Dawn Ragan re: prospective bidder [REDACTED]; NDA timing of release of diligence info. |
| 7/21/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from J. Binford - Motion to expedite |

| Date | | | | | | Description |
|---|---|---|---|---|---|---|
| 7/21/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email to D. Ragan from J. Binford re: representation in Section 3 that needs to be removed "bidder is not a competitor". |
| 7/21/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Examine email from J. Binford discussing due diligence of prospective strategic buyers. Draft and send response to J. Binford re: issues and concerns. |
| 7/21/15 | GTL | RJF | 650.00 | 0.60 | 390.00 | Continue examination of pleading (doc 228) setting forth disposition procedures. |
| 7/21/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine and respond to email re: conf call with all prof. - tomorrow re: marketing. |
| 7/21/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Research additional possible sources of prospects - send email with approx 120 names to J. Binford. |
| 7/21/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Continue examination of Doc 229 - disposition pleadings |
| 7/21/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to J. Binford re: staffing. |
| 7/21/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email string amongst profs re: due diligence procedures; reply in kind |
| 7/21/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Examination and analysis of email from J. Binford extended sales process |
| 7/21/15 | GTL | CG | 150.00 | 0.40 | 60.00 | TC w/ R. Feferman dicuss private equity firm interested in GTL |
| 7/21/15 | GTL | CG | 150.00 | 0.30 | 45.00 | discuss docket 228 w R Feferman |
| 7/21/15 | GTL | CG | 150.00 | 1.00 | 150.00 | Examination and analysis of Docket 228 in preperation for TC w prospective buyer |
| 7/21/15 | GTL | CG | 150.00 | 0.40 | 60.00 | discuss docket 228 |
| 7/21/15 | GTL | CG | 150.00 | 0.50 | 75.00 | conference call with prospective buyer |
| 7/22/15 | GTL | CG | 150.00 | 0.30 | 45.00 | Discuss marketing strategey and prospective bidders] |
| 7/22/15 | GTL | CG | 150.00 | 0.30 | 45.00 | TC w R. Feferman debreif status strategy and discussions with Debtor. |
| 7/22/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Telephone call with J. Binford [REDACTED] |
| 7/22/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Telephone call with J. Binford and Chris Girard in prep for conf call with [REDACTED] |
| 7/22/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Conf call with J. Binford, C. Girard and [REDACTED] |
| 7/22/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Debrief with J. Binford after conf. call |
| 7/22/15 | GTL | RJF | 650.00 | 1.10 | 715.00 | Participate in conf call with J. Binford, D. Ragan and L. Wyman re: Mkt - 363 sale. |
| 7/22/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Debrief with J. Binford after call with debtor's prof. |
| 7/22/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Telephone call with C. Girard - strategy for 363 sale. |
| 7/22/15 | GTL | RJF | 650.00 | 1.30 | 845.00 | Work on developing prospect list. |
| 7/22/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Telephone call with prospective bidder [REDACTED] |
| 7/22/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to J. Binford re: follow-up with [REDACTED] |
| 7/23/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Draft and send email to prospective buyer and D. Ragan, Ra. Grant [REDACTED] |
| 7/23/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Telephone call with prospective bidder. [REDACTED]. Send follow-up correspondence. |
| 7/23/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Examine email from J. Binford re: hearing on 7/30. Book flight and draft and send follow-up email |
| 7/24/15 | GTL | RJF | 650.00 | 2.30 | 1,495.00 | Contact prospective bidders |
| 7/24/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Telephone call with representative of prospective bidder [REDACTED] |
| 7/24/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Two follow-up emails with attorneys that have prospective clients [REDACTED] |
| 7/24/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Telephone call with prospective bidders atty asking for teaser [REDACTED] |

| Date | | | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 7/24/15 | GTL | RJF | 650.00 | 0.80 | 520.00 | Continue to work on contacting prospective bidders |
| 7/24/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from R. Grant responsive to [REDACTED] |
| 7/24/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from R. Grant re: bidder [REDACTED] |
| 7/24/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Draft and send email to prospective Bidder (redact) |
| 7/24/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Read email from prospective bidder [REDACTED]. Draft follow-up to D. Ragan and R. Grant re same. |
| 7/24/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call with prospect [REDACTED] re: NDA; Draft email re: same to R. Grant |
| 7/24/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Exchange emails with R. Grant [REDACTED] NDA |
| 7/24/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call with prospects atty [REDACTED] returning NDA wants conf call |
| 7/25/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to J. Binford re: status of Mkt effort |
| 7/24/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine and respond to email from bidder's atty [REDACTED] |
| 7/25/15 | GTL | RJF | 650.00 | 8.40 | 5,460.00 | Build prospect list from multiple sources and send communications to prospective buyers |
| 7/25/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine message from prospective bidder [REDACTED]. Update prospect list and reply |
| 7/25/15 | GTL | RJF | 650.00 | 0.60 | 390.00 | Research prospective buyers.  Amend list |
| 7/25/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Email solicitation to prospective bidder [REDACTED] |
| 7/25/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to J. Binford - status Mkt results |
| 7/26/15 | GTL | RJF | 650.00 | 3.10 | 2,015.00 | Examine factual info to report to counsel [REDACTED] |
| 7/26/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call with [REDACTED] re: prospective int. in 363 sale |
| 7/26/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to J. Binford re: factual into [REDACTED] |
| 7/26/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine and respond to email from interested prospect [REDACTED] |
| 7/26/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send solicitation to [REDACTED] |
| 7/26/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Draft and send email to prospect [REDACTED]. |
| 7/26/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Email to two additional prospective bidders |
| 7/26/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to J. Binford re: status of Mkt efforts |
| 7/26/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft email to prospect with factual public info [REDACTED]. |
| 7/27/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine and respond to messages from prospective bidders [REDACTED]. |
| 7/27/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Telephone call with J. Binford re: status Mkt efforts. |
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Respond to referral re: prospective bidder [REDACTED]. |
| 7/27/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine and respond to email from interested party [REDACTED]. Refer to R. Grant and D. Ragan. |
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Send message to prospect [REDACTED]. |
| 7/27/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Telephone call with prospect [REDACTED] |
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to D. Ragan etal re: interest of [REDACTED] |
|  | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine & reply to interested party - 2 emails (Redact) |
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email req NDA to D. Ragan etal re: D. Eshaghian |
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send in mail to prospect following up [REDACTED]. |

| Date | Project | Time Keeper | Billing Rate | Time | Amount | Description |
|---|---|---|---|---|---|---|
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Follow up two emails - prospect [REDACTED]. |
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to J. Binford re: status - Mkt. |
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from prospect and inform team of no interest [REDACTED]. |
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Exchange emails with [REDACTED]. Respond with inquiry as to status of NDA |
| 7/27/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Telephone call with [REDACTED[ re: to questions I referred him to debtor and confirmed that his client is reviewing NDA. |
| 7/27/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Telephone call with [REDACTED] prospective bidder. |
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Draft and send email to D. Ragan re: bidder [REDACTED]. |
| 7/27/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine and reply to inquiry from prospect [REDACTED].  Also send email to R. Grant et al requesting NDA. |
| 7/28/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine and respond to email from Prospect re high level questions (Redact) |
| 7/28/15 | GTL | RJF | 650.00 | 1.00 | 650.00 | Telephone call with R. Grant 363 status |
| 7/29/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Examination and analysis of email from J. Binford re parent's obj. to 363 |
| 7/29/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Telephone call with J. Binford discuss factual info in prep for tomorrow's hearing. |
| 7/29/15 | GTL | RJF | 650.00 | 1.80 | 1,170.00 | examine trial exhibits for tomorrows hearing. |
| 7/29/15 | GTL | RJF | 650.00 | 1.20 | 780.00 | examine trial exhibits for tomorrows hearing. |
| 7/29/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine email from prospective bidder [REDACTED] |
| 7/30/15 | GTL | RJF | 650.00 | 3.50 | 2,275.00 | Prepare for hearing |
| 7/30/15 | GTL | RJF | 650.00 | 4.10 | 2,665.00 | Attend and provide testimony at hearing |
| 7/6/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Examination and analysis of email from J Binford and attachments [REDACTED] |
| 7/6/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Telephone call with J. Binford discuss next steps in exit process [REDACTED] |
| **Category Total*** | | | | 66.00 | 41,300.00 | |

\* Grand Total is subject to cap on Blended Rate

**Fee and Employment Applications**

| Date | Project | Time Keeper | Billing Rate | Time | Amount | Description | Discount Codes |
|---|---|---|---|---|---|---|---|
| 7/6/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Exchange emails with D. Ragan re: May/June fees | |
| 7/10/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call with J. Binford re: prep of fee app | |
| 7/10/15 | GTL | RJF | 650.00 | 0.90 | 585.00 | Draft Interim fee app | |
| 7/10/15 | GTL | RJF | 650.00 | 1.40 | 910.00 | Cont. raft interim fee app | |
| 7/10/15 | GTL | RJF | 650.00 | 1.70 | 1,105.00 | Work on fee application | |
| 7/11/15 | GTL | RJF | 650.00 | 1.50 | 975.00 | Work on fee application | |
| 7/11/15 | GTL | RJF | 650.00 | 1.60 | 1,040.00 | Work on fee application | |
| 7/12/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Work on fee application | |
| 7/12/15 | GTL | RJF | 650.00 | 1.10 | 715.00 | Work on fee application | |
| 7/12/15 | GTL | RJF | 650.00 | 0.60 | 390.00 | Work on fee application | |
| 7/12/15 | GTL | RJF | 650.00 | 1.70 | 1,105.00 | Work on fee application | |
| 7/12/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Work on fee application | |
| 7/13/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Examination and analysis of email from J. Binford concerning error on fee app(s) re: expenses on page 2. Track down errors, amend and send to Mr. Binford for filing | |
| 7/16/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine docket order 1st int. fee app. Draft and send email re same to J. Binford | |

| Date | Project | Time Keeper | Billing Rate | Time | Amount | Description | Discount Codes |
|------|---------|-------------|--------------|------|--------|-------------|----------------|
| 7/31/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from D. Ragan need fees ASAP - Plan | |
| **Category Total*** | | | | 12.20 | 7,930.00 | | |

\* Grand Total is
subject to cap on
Blended Rate

**Meetings of Creditors**

| Date | Project | Time Keeper | Billing Rate | Time | Amount | Description | Discount Codes |
|------|---------|-------------|--------------|------|--------|-------------|----------------|
| 7/6/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from Mr. Binford re: UCC meeting reply thereto | |
| 7/8/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Telephone call with J. Binford re [REDACTED] | |
| 7/8/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Read and respond to email re [REDACTED] | |
| 7/9/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine and respond to email string re: factual info [REDACTED] | |
| 7/9/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Examine email from J. Binford re: factual info [REDACTED] | |
| 7/9/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Read and respond to email from J. Binford [REDACTED] | |
| 7/9/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine and respond to email from J. Binford - re: factual info. [REDACTED] | |
| 7/9/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email UCC exchange re: factual info [REDACTED] | |
| 7/9/15 | GTL | RJF | 650.00 | 1.30 | 845.00 | Prepare for UCC conference call - review cost docs and financial report. | |
| 7/10/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Prepare for telephone call with committee | |
| 7/10/15 | GTL | RJF | 650.00 | 1.10 | 715.00 | Participate in conference call with UCC | |
| 7/10/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Debrief with J. Binford after UCC conference call | |
| 7/14/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examination and analysis of factual info for UCC consideration | |
| 7/15/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine email to UCC discussing course of action alt. | |
| 7/15/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email to UCC. [REDACTED] | |
| 7/17/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Examination and analysis of email from J. Binford in prep for today's conf call with client | |
| 7/17/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Participate in conf call with UCC | |
| 7/17/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Debrief with J. Binford after UCC conference call | |
| 7/24/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Examine email to committee from J. Binford and attached letter to Debtor re: process. | |
| 7/28/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Examination and analysis of J. Binford's email [REDACTED] | |
| 7/31/15 | GTL | RJF | 650.00 | 0.30 | 195.00 | Examination and analysis of email from J. Binford to UCC discussing factual info [REDACTED] | |
| 7/31/15 | GTL | RJF | 650.00 | 0.10 | 65.00 | Examine email from J. Binford - schedule OCC conf call and outlook invite | |
| **Category Total*** | | | | 6.80 | 4,420.00 | | |

\* Grand Total is
subject to cap on
Blended Rate

**Plan & Disclosure Statement**

| Date | Project | Time Keeper | Billing Rate | Time | Amount | Description | Discount Codes |
|------|---------|-------------|--------------|------|--------|-------------|----------------|
| 7/1/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Discussions re: exit strategies; liq values; key personnel | |
| 7/2/15 | GTL | RJF | 650.00 | 0.90 | 585.00 | Draft and send email to J Binford [REDACTED] | |
| 7/2/15 | GTL | RJF | 650.00 | 0.40 | 260.00 | Telephone call with Mr. Binford discussing strategy and prospective deal structure settlements, auto opt, GTL LTD [REDACTED] | |
| 7/8/15 | GTL | RJF | 650.00 | 1.80 | 1,170.00 | Examination and analysis of factual info. Draft and send email to J. Binford | |
| 7/27/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Examination and analysis of email and attachment from D. Ragan re: claims and terms - structured dismissal. | |
| 7/31/15 | GTL | RJF | 650.00 | 0.20 | 130.00 | Telephone call with J. Binford - discuss plan neg and terms | |
| **Category Total*** | | | | 4.30 | 2,795.00 | | |

* Grand Total is subject to cap on Blended Rate

**Travel (Non-Working)**

| Date | Project | Time Keeper | Billing Rate | Time | Amount | Description | Discount Codes |
|------|---------|-------------|--------------|------|--------|-------------|----------------|
| 7/29/15 | GTL | RJF | 650.00 | 4.60 | 2,990.00 | Non-working travel Riverside, CA Ffederal Courthouse to Dallas [REDACTED] | NB |
| 7/30/15 | GTL | RJF | 650.00 | 0.50 | 325.00 | Travel to J. Binford's office | NB |
| 7/30/15 | GTL | RJF | 650.00 | 0.70 | 455.00 | Travel to hearing | NB |
| 7/30/15 | GTL | RJF | 650.00 | 0.80 | 520.00 | Return from hearing | NB |
| 7/31/15 | GTL | RJF | 650.00 | 5.60 | 3,640.00 | Return from Dallas to San Diego | NB |
| Sub-total | | | | 12.20 | 7,930.00 | | |
| No Bill Time | | | | 12.20 | 7,930.00 | | |
| **Category Total*** | | | | 0.00 | 0.00 | | |

* Grand Total is subject to cap on Blended Rate

| SUMMARY OF PROFESSIONAL CHARGES | | |
|---|---|---|
| | Hours | Amount |
| Sum of Category Totals | 99.80 | 63,270.00 |
| Blended Rate Cap Adjustment | | 35,825.00 |
| **Grand Total** | | **$ 27,445.00** |
| **Blended Rate** | | **$275.00** |
| **Effective Blended Rate (Includes No Bill Travel)** | | **$245.04** |

| Timekeeper | Title | | |
|---|---|---|---|
| Richard J. Feferman, CIRA | Senior Managing Director | 108.8 Hours @ $650 per hour | 70,720.00 |
| Chris Girand, CFA | Analyst | 3.2 hours @ $150 per hour | 480.00 |
| Sub-Total | | | 71,200.00 |
| Less No Bill Travel | | | 7,930.00 |
| Blended Rate Cap Adjustment | | | 35,825.00 |
| **Grand Total** | | | **$27,445.00** |

| REIMBURSABLE COSTS | | | | | | |
|---|---|---|---|---|---|---|
| Date | Case | Professional | Cost per item | Quantity | Amount | Description |
| 7/12/2015 | GTL | RJF | 0.20 | 23 | 4.60 | Photocopies |
| 7/13/2015 | GTL | RJF | 3.00 | 1 | 3.00 | PACER docket |
| 7/13/2015 | GTL | RJF | 0.10 | 30 | 3.00 | PACER Doc |

| 7/13/2015 | GTL | RJF | 0.10 | 9 | 0.90 PACER #217 |
| 7/13/2015 | GTL | RJF | 0.10 | 11 | 1.10 PACER #218 |
| 7/17/15 | GTL | RJF | 0.10 | 30 | 3.00 PACER doc 228 |
| 7/17/15 | GTL | RJF | 0.10 | 12 | 1.20 PACER doc 228-1 |
| 7/17/15 | GTL | RJF | 0.10 | 20 | 2.00 PACER doc 229 |
| 7/17/15 | GTL | RJF | 0.10 | 12 | 1.20 PACER doc 229-1 |
| 7/28/15 | GTL | RJF | 0.10 | 7 | 0.70 PACER - Docket |
| 7/28/15 | GTL | RJF | 0.10 | 9 | 0.90 PACER - #244 |
| 7/28/15 | GTL | RJF | 0.10 | 11 | 1.10 PACER - #248 |
| 7/28/15 | GTL | RJF | 0.10 | 5 | 0.50 PACER - #246 |
| 7/28/2015 | GTL | RJF | 0.10 | 4 | 0.40 PACER - #247 |
| 7/29/2015 | GTL | RJF | 480.00 | 1 | 480.00 Airfare to Dallas |
| 7/29/15 | GTL | RJF | 23.00 | 1 | 23.00 Taxi - Love field to lodging, inc. tip |
| 7/29/2015 | GTL | RJF | 53.25 | 1 | 53.25 Per Diem (75% travel day) |
| 7/30/2015 | GTL | RJF | 0.10 | 30 | 3.00 PACER |
| 7/30/2015 | GTL | RJF | 0.10 | 8 | 0.80 PACER - #219 |
| 7/30/2015 | GTL | RJF | 0.10 | 20 | 2.00 PACER |
| 7/30/2015 | GTL | RJF |  | 1 | 41.00 UBER ?????? |
| 7/30/2015 | GTL | RJF | 53.25 | 1 | 53.25 Per Diem ($71 less 25% for Travel Day - actually retured on 7/31 but did not charge for 1 day |
| 7/30/2015 | GTL | RJF | -51.00 | 1 | -51.00 SW Air Credit |
| 7/30/2015 | GTL | RJF | 40.00 | 1 | 40.00 SW Air |
| **Total** | | | | | **$668.90** |

| INVOICE SUMMARY |
|:---:|

| Professional Charges | $27,445.00 |
|---|---|
| Reimbursable Costs | $668.90 |
| **CURRENT INVOICE DUE** | **$28,113.90** |