EOD

08/10/2015

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
GTL (USA), Inc.
5200 Tennyson Parkway, Suite 200
Plano, TX 75024
EIN: 26-2125604
Debtor

Case No. 15-40248 btr
Chapter: 11

### ORDER DISMISSING OBJECTION TO CLAIM WITHOUT PREJUDICE

On this date, the Court considered the Objection to Claim 52 of Umreet Juneja filed by Kunal Kapai on August 07, 2015. The Court finds that the Objection to Claim (Without Objection Language) fails to comply with the Local Rules of Bankruptcy Procedure and should be dismissed without prejudice for the following reason(s):

☑ Failure to include signed and/or dated certificate of service or parties served are not specified by name/mailing address. **[FRBP 9013 and LRBP 9103(e).]**

☑ Failure to serve pleading or summary of same upon all parties entitled to notice or who have requested notice.**[FRBP 9013; and LRBP 4001(a)(C) and/or 9013(e) and (f).]**

☑ Failure to file an Affidavit/Declaration pursuant to LRBP 3007(a)(2).

IT IS THEREFORE ORDERED that the Objection to Claim (Without Objection Language) filed by Kunal Kapai on August 07, 2015 is hereby DISMISSED without prejudice.

Signed on 8/10/2015

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE