**SERVICE LIST**
**In re GTL (USA), Inc.**
Case No. 15-40248
Updated as of April 2, 2016
KRCL File No. 3864531v1

3T Pro, Inc.
825 Market Street Bldg M Ste 205
Allen, TX 75013-3770

3T Productions, Inc.
825 Market Street, Building M, Suite 205
Allen, TX 75013-3770

A Shred 2 Pieces
2320 Hinton Drive
Irving, TX 75061-5708

*ADA Cellworks SDN BHD
Suite 10.05-10.07, 10th Floor, Plz 138
Annex. To Hotel Maya Kuala Lumpur, 138
Jalan Ampang, 50450 Kuala Lumpur,
Malaysia

ADT Security Services
7801 Mesquite Bend #110
Irving, TX 75063-6043

ACTIX
45365 Vintage Park Plaza, Suite 110
Sterling, VA 20166-6720

AGA Islamic Organization
1123 Staples Drive
Lilburn, GA 30047-2385

Actix Inc.
45365 Vintage Park Plaza, Suite 110
Dulles, VA 20166-6720

ADT Security Services
P.O. BOX 371878
Pittsburgh, PA 15250-7878

Abdul Qureshi
c/o The Sharman Law Firm LLC
11175 Cicero Drive Suite 100
Alpharetta, GA 30022-1166

Adefalujo, Adegbayi
5200 Tennyson Parkway
Suite 200
Plano, TX 75024-7147

Advanced Wireless Solutions
4402 South Congress Avenue, Suite 203
Austin, TX 78745-1966

All Stars Transportation
A S Transportation
A S Transportation, Inc.
12415 Coral Drive
Frisco, TX 75034-0336

Allied Waste Services
2980 Granger Drive
Springfield, IL 62707-3557

Ameren Illinois
300 Liberty Street
Peoria, IL 61602-1404

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001

American Express Travel Related Services
Company, Inc.
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Amvet Solutions, Inc
4527 Gaylord Drive
Troy MI 48098-4456

Arizona Dept of Revenue
P.O Box 29085
Phoenix, AZ 85038-9085

Arni Arvr
Ascom Network Testing, Inc.
1943 Isaac Newton Square
Reston, VA 20190-5012

Ascom Network Testing, Inc.
Caroline Kahl, Esq.
1943 Isaac Newton Square
Reston, VA 20190-5012

Ascom Network Testing, Inc.
Jeffrey L. Tarkenton
Wombie Carlyle Sandridge & Rice, LLP
1200 Nineteenth Street, N.W. Suite 500
Washington, DC 20036-2421

Atmos Energy Corporation
Attn: Bankruptcy Dept.
PO Box 650205
Dallas, TX 75265-0205

Atiya Jogezai
9401 Caliente Dr.
McKinney, TX 75070-8841

Atmos Energy
PO Box 790311
St. Louis, MO 63179-0311

Attorney General United States
Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Ave, NW
Washington, DC 20530-0001

Attorney Recovery System, Inc.
assignee of Microlease
18757 Burbank Blvd., #300
Tarzana, CA 91356-6329

AutoOpt Networks, Inc.
Dipesh Shah
280 San Moreno Place, Suite 108
Fremont, CA 94539-3666

AutoOpt Networks, Inc.
c/o Craig A. Albert
Cherry Petersen Landry Albert LLP
8350 N. Central Expwy., Suite 1500
Dallas, TX 75206-1619

Avis Budget Group
6 Sylvan Way
Parsippany, NJ 07054-3826

Avis Budget Group
c/o Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, New Jersey 07960-6465

Avis Rent A Car System, LLC
Vehicle Damage Claims Department
P.O. Box 409309
Atlanta, GA 30384-9309

Avis Rent a Car System, LLC
14 Main St., Suite 413
Brunswick, ME 04011-2055

Avis Rentals
7876 Collection Center Drive
Chicago, IL 60693-0078

Aseem Batla
Informage SQN Technologies, LLC
8415 Custer Road, Suite 105
Plano, TX 75023-7547

BeetaTek, Inc.
1333 Corporate Dr. Suite 105
Irving, TX 75038-2516

Berger Harris
1105 N. Market Street
11th Floor
Wilmington, DE 19801-1216

James H. Billingsley
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, TX 75201-1034

Bridgepoint Consulting LLP
c/o Dawn Ragan
1700 Commerce Street, Suite 810
Dallas, TX 75201-5116

BullDog Warehousing
1717 Angel Parkway, Suite 107
Allen, TX 75002-2690

Bulldog Warehousing
910 10th Street # 800
Plano, TX 75074-6802

CA Unemployment Tax
Employment Development Department
PO Box 826880
Sacramento, CA 94280-0001

Collin County Tax Assessor/Collector
c/o Gay McCall Isaacks et al
777 E 15th St
Plano, TX 75074-5799

CT Corporation
Dallas Corporate Team 2
1999 Bryan Street, Ste 900
Dallas, TX 75201-3140

CT Corporation
Department of Business Services
501 S Second Street
Springfield, IL 62756-1000

CT Corporation
P O Box 4349
CarolStream, IL 60197-4349

Carrington Coleman
901 Main Street, Suite 5500
Dallas, TX 75202-3767

Cellwave Inc.
Cellwave Inc
West Hollywood, CA 90048

Checkpast
P.O Box 534305
Atlanta, GA 30353-4305

Cisco WebEX LLC
Mail Stop RTP4E/3
7025-4 Kit Creek Road
Research Triangle Park, NC 27709-0160

Citizens Energy Group
PO Box 7056
Indianapolis, IN 46207-7056

City Water, Light & Power
300 S. 7th Street
Springfield, IL 62757-1000

Collin County Tax Assessor/Collector
PO Box 8046
McKinney, TX 75070-8006

Comcast (Skokie and Springfield)
PO Box - 3001
Southeastern, PA 19398-3001

Comcast (CA)
PO Box - 34744
Seattle, WA 98124-1744

Comcast (Indiana)
PO Box - 7500
Southeastern, PA 19398-7500

Commissioner of Taxation & Finance
NYS Assessment Receivables
General Post Office
P O Box 4128
Binghamton, NY 13902-4128

Commonwealth Edison (ComED)
PO Box 6111
CarolStream, IL 60197-6111

Commonwealth of Massachusetts
Massachusetts Department Of Revenue
P.O Box 7005
Boston, MA 02204-7005

| | | |
|---|---|---|
| Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Communication Infrastructure Corporation<br>1000 Town Center Drive, Suite 300<br>Oxnard, CA 93036-1117 | Connex Systems, Inc.<br>2033 Chenault Drive #150<br>Carrolton, TX 75006-4968 |
| ConstantContact<br>1601 Trapelo Road, Suite 329<br>Waltham, MA 02451-7357 | S. Christopher Conway<br>301 W. High Street<br>P. O. Box 475<br>Jefferson City, MO 65102-0475 | Corporate Construction Services, Inc.<br>5061 24th Street<br>Sacramento, CA 95822-2201 |
| Culhane Meadows, PLLC<br>c/o Cheryl Diaz / Richard G. Grant<br>Lynnette R. Warman<br>100 Crescent Court, Suite 700<br>Dallas, TX 75201-2112 | Cumberland County Tax Bureau<br>21 Waterford Drive, Suite 201<br>Mechanicsburg, PA 17050-8268 | DAS Group, LLC<br>9508 Curran Road<br>Silver Springs, MD 20901-4746 |
| DES Unemployment Tax<br>Arizona Department of Economic Security<br>P O Box 52027<br>Phoenix, AZ 85072-2027 | DL George & Sons, Inc.<br>20 E. 6TH ST.<br>Waynesboro, PA 17268-9491 | De Lage Landen Financial Services<br>1111 Old Eagle School Rd<br>Wayne, PA 19087-1453 |
| Delaware Secretary of State<br>Division of corporation<br>Post Office Box 5509<br>Binghamton, NY 13902-5509 | Department of Revenue<br>P.O Box 23075<br>Jackson, MS 39225-3075 | Digital Discovery<br>8131 LBJ Freeway, Suite 325<br>Dallas, TX 75251-4603 |
| Director of Revenue<br>Secretary of State<br>PO Box 1366<br>Jefferson City, MS 65102-1366 | Dish Network<br>PO Box 9033<br>Littleton, CO 80160-9033 | Dish Network<br>PO Box 105169<br>Atlanta, GA 30348-5169 |
| Duke Seth PLLC<br>325 N St. Paul, Suite # 2220<br>Dallas, TX 75201-3843 | Dun & Bradstreet<br>22761 Pacific Coast Highway<br>Malibu, CA 90265-5064 | E-Z Pass Customer Service Center<br>PO Box 149004<br>Staten Island, NY 10314 |
| ESA P Portfolio L.L.C<br>Extended Stay America<br>Attn: Dawn Muse<br>11525 N. Community House Rd, Suite 100<br>Charlotte, NC 28277-3610 | EZPass<br>TOLL BILL Payment Processing Center<br>P.O. Box 15183<br>Albany, NY 12212-5183 | Electro Rent Corporation<br>6060 Sepulveda Blvd<br>Van Nuys, CA 91411-2525 |
| Emerald Park Apartments<br>5050 Hacienda Drive<br>Dublin, CA 94568-7948 | Employment Development Department<br>PO Box 989150<br>West Sacramento, CA 95798-9150 | Enterprise<br>Dallas/Fort Worth<br>4201 North State Highway 161 #150<br>Irving, TX 75038-1484 |
| Enterprise FM Trust<br>Enterprise Fleet Management, Inc.<br>9315 Olive Blvd<br>SaintLouis, MO 63132-3211 | Enterprise FM Trust<br>c/o Enterprise Fleet Management, Inc.<br>2625 Marketplace<br>Harrisburg, PA 17110-9362 | Enterprise Fleet Management, Inc.<br>2625 Marketplace<br>Harrisburg, PA 17110-9362 |

| | | |
|---|---|---|
| Epstein Becker Green<br>One Gateway Center<br>Newark, NJ 07102-5321 | Extended Stay Hotels<br>11525 N. Community House Road #100<br>Charlotte, NC 28277-3610 | FasTrack<br>PO Box 26926<br>San Francisco, CA 94126-6926 |
| Fastrak<br>62 First Street<br>San Francisco, CA 94105-2508 | FedEx<br>PO Box 660481<br>Pineville, AR 72566 | FedEx Corporation<br>2201 W Plano Parkway<br>Plano, TX 75075-8413 |
| FedEx TechConnect, Inc.<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G.,3rd Floor<br>Memphis, TN 38116-5017 | Fitzpatrick Lentz & Bubba<br>4001 Schoolhouse Lane<br>P.O. Box 219<br>Center Valley, PA 18034-0219 | Flashback Data LLC<br>Michael O'Connell<br>4029 S. Capital of TX Hwy Ste 224<br>Austin, TX 78704-7920 |
| Flat Iron Capitol<br>1700 Lincoln Street, 12th Floor<br>Denver, CO 80203-4501 | Fleckman & McGlynn PLLC<br>515 Congress Avenue, Suite 1800<br>Austin, TX 78701-3517 | Fleetcor Technologies<br>16800 Greenspoint Park, Ste 255N<br>Houston, TX 77060-2387 |
| Fleetmatics<br>3030 Salt Creek Lane<br>Arlington Heights, IL 60005-5003 | Fleetmatics Group, PLC<br>1100 Winter Street, 4th Floor<br>Waltham, MA 02451-1473 | Forsk<br>200 South Wacker Drive, Suite # 3100<br>Chicago, IL 60606-5877 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O Box 2952<br>Sacramento, CA 95812-2952 | Further Enterprise Solutions<br>535 Route 38, Suite 149<br>Cherry Hill, NJ 08002-2900 | GKII Plano LP Phase II<br>MSC 265<br>PO Box 29048<br>Phoenix, AZ 85038-9048 |
| GKII Plano, L.P.<br>c/o Lincoln Property Commercial, Inc.<br>2000 McKinney Ave. Suite 1000<br>Dallas, TX 75201-2027 | *Global InvovSource Solutions, Pvt. Ltd.<br>A-2 Kailas Industrial Complex<br>Park Site. Vikroli (W) Mumbai 400 079 | *Global Proserve Limited<br>Electronic Sadan 2, MIDC<br>TTC Industrial Area<br>Mahape, Navi Mumbai 400 710 |
| General Information Services, INc.<br>PO Box 538450<br>Atlanta, GA 30353-8450 | Georgia Dept of Labor<br>148 Andrew young International BLVD, NE<br>Suite 752<br>Atlanta, Georgia 30303-1751 | Georgia Department of Revenue<br>Compliance Division<br>Arcs Bankruptcy<br>1800 Century Blvd Ne Suite 9100<br>Atlanta, GA 30345-3202 |
| Global Computer Suppliers Inc.<br>PO Box - 935308<br>Atlanta, GA 31193-5308 | Global Crossing Communications<br>Global Crossing Conferencing<br>PO Box 790407<br>St Louis, MO 63179-0407 | Global Value Add Inc.<br>8765 Stockyard Drive<br>Unit 101<br>Frisco, TX 75034-8006 |
| GreatAmerica Financial Services<br>Corporation<br>Attn: Peggy Upton, Litigation Specialist<br>PO Box 609<br>Cedar Rapids, IA 52406-0609 | GreatAmerica Financial Services Corp<br>625 First Street SE<br>Cedar Rapids, IA 52401-2030 | Green Mountain Energy<br>1255 W 15th Street, Ste. 100<br>Plano, TX 75075-7262 |

*ADA Cellworks Engineering PVT Ltd.
Electronic Sadan 2, MIDC
TTC Industrial Area
Mahape Navai Mumbai 400 710

H.R. Brun & Company, Inc.
25906 Echo Terrace St
San Antonio, TX 78260-6264

HUD
1600 Throckmorton
Fort Worth, TX 76102-6600

Habbu & Park Inc
95 South Market Street, Suite 530
San Jose, CA 95113-2306

Hertz Claim Center
PO Box 782293
Orlando, FL 32878-2293

Hertz Corporation
Commercial Billing
Department 1124
PO Box 121124
Dallas, TX 75312-1124

Hertz Corporation
Attn: Commercial Billing Dept.
14501 Hertz Quail Springs Pkwy
Oklahoma City, OK 73134-2606

James Holt
McGrath Rentcorp
P.O. Box 619260
Dallas, TX 75261-9260

*IGTL Network Services Philippines, Inc.
8th Floor, Rm 802, Vicente Madrigal Bld
6793 Ayala Avenue
Makati, Philippines 1221

Iftekhar Haq
7514 Diplomat Drive, Suite 201
Manassas, VA 20109-2692

Illinois Department of Employment Security
33 South State Street
Bankruptcy Unit - 10th Fl.
Chicago, IL 60603-2808

Illinois Department of Revenue
P.O. Box 64338
Chicago, IL 60664-0338

Indianapolis Power and Light Company
2102 N. Illinois Street
Indianapolis, Indiana 46202-1330

Informage SQN Technologies LLC
8415 Custer Road, Suite 105
Plano, TX 75023-7547

Informage SQN Technologies LLC
c/o Padfield & Stout LLP
421 W. Third St., Ste. 910
Fort Worth, TX 76102-3751

*Innovsource Private Limited
A-2 Kailas Industrial Complex
Park Site. Vikroli (W) Mumbai 400 079

Insperity PEO Services, L.P.
545 E. John Carpenter Frwy, Suite 1200
Irving, TX 75062-8142

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service ACS Support POB
36 Hillcrest Avenue
POB 325
Charleston, WV 25322-0325

Intuit, Inc.
PO Box 52044
Phoenix, AZ 85072-2044

Ipass
Illinois Tollway
2700 Ogden Ave
Downers Grove, IL 60515-1703

Israeloff Trattner & Co CPAs PC
1225 Franklin Avenue, Suite 200
GardenCity, NY 11530-7904

J2 Global (Fax.com)
PO Box 513000
Los Angeles, CA 90051-1000

JAZ Design Co
PO Box 35
Rossvile, PA 17358-0035

JDS Uniphase Corporation
5793 Collections Center Drive
Chicago, IL 60693-0057

JDS Uniphase Corporation
Attn: Dan Clayton
430 N. McCarthy Blvd
Milpitas, CA 95035-5112

Jamie McLain
c/o Red Door Property Management, Inc.
3815 River Crossing Pky, Suite 100
Indianapolis, IN 46240-7766

Pentacrown, LLC
Jan-Pro Cleaning Systems of Dallas/
Fort Worth
3001 Gateway Drive Suite 105
Irving, TX 75063-6078

John DeMarco
220 Creekwood Drive
Camp Hill, PA 17011-8428

Kadakkal Staffing, LLC
4105 Madison Bridge Drive
Suwanee, GA 30024-1331

*Kaizen Advisory Services
78 Shenton Way. #26-02A Lippo Building
Singapore 079120

Kenneth L Maun
Tax Assessor Collector, Collin County
2300 Bloomdale RD
STE 2324, PO Box 8006
McKinney, TX 75071-8517

Kineticom USA
701 B Street, Suite 1350
San Diego, CA 92101-8170

Kunal Kapai
8727 Issac Street
Plano, TX 75024-8507

Kunal Kapai
c/o Lee L. Cameron, Jr./Allison Maynard
Wilson, Elser, Moskowitz, Edelman & Dick
901 Main Street, Suite 4800
Dallas, TX 75202-3758

Larry Keer
9360 Skokie Blvd, #612
Skokie, IL 60077-5606

Lawson Travel
1140 Empire Central Drive, Suite 620
Dallas, TX 75247-4321

Legacy Apartments
Legacy Apartments in Plano, TX
6909 Custer Road
Plano, TX 75023-1719

Level 3 Communications, LLC
1025 Eldorado Blvd.
Attn: Legal Dept. (BKY)
Broomfield, CO 80021-8869

Marlin Business Bank
Attn: Bankruptcy Dept.
300 Fellowship Road
Mount Laurel, NJ 08054-1201

MBC Management
1306 South 6th Street
Springfield, IL 62703-2490

Mike Grossman
156 Prince George Street
Annapolis, MD 21401-1723

Manjit Kaur
9219 Jasmine Lane
Irving, TX 75063-4234

Mars Group Inc.
1701 E. Empire St.
Ste#360-279
Bloomington, IL 61704-3532

McGrath RentCorp dba TRS-Ren Telco
PO Box 619260
DFW Airport, TX 75261-9260

McGrath RentCorp, Inc.
5700 Las Positas Road
Livermore, CA 94551-7806

McKinney Drilling Company
PO Box 78
Delmont, PA 15626-0078

Micro Center
13929 N. Central Expressway
Dallas, TX 75243-1007

Microlease
3486 Investment Blvd.
Hayward, CA 94545-3811

Minuteman Press @ Plano
5212 Tennyson Parkway, Suite 110
Plano, TX 75024-4227

Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475

Mohammed Khateeb Ahsan
Mohd Ahsan
c/o Peter Gimbel Esq.
Law Offices of Nadeem H. Makada
1340 Bayshore Highway
Burlingame, CA 94010-1803

Monster Wordwide Inc.
PO Box 90364
Chicago, IL 60696-0364

NTTA
5900 W. Plano Parkway
Plano, TX 75093-4695

National Telesystems Inc.
10525 Newkirk Street, Suite 220
Dallas, TX 75220-2330

Nevill Business Machines, Inc.
1305 West Beltline, Suite 320
Carrollton, TX 75006-6980

Nevill Document Solution
(ACCT#124024) (acct # DAH898)
2825 Story Rd West
Irving, TX 75038-5268

Nevill Document Solutions
300 Fellowship Road
Mount Laurel, NJ 08054-1201

New York State Corporation Tax
Processing Unit
P.O Box 22094
Albany, NY 12201-2094

Nicor Inc.
PO Box 190
Aurora, IL 60507-0190

| | | |
|---|---|---|
| Nile Technology<br>6403 Franconia Ct<br>Springfield, VA 22150-1204 | Timothy W. O'Neal<br>Sam M Baker<br>Office of the U.S. Trustee<br>110 N. College Ave., Suite 300<br>Tyler, TX 75702-7231 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N Broadway Ave, Suite 1500<br>Oklahoma City, OK 73102-8601 |
| Ohio Bureau of Workers' Compensation<br>30W Spring Street<br>Columbus, OH 43215-2256 | Oklahoma Employment Security Commission<br>Cashier<br>P.O Box 52004<br>Oklahoma City, OK 73152-2004 | Olmar Corporation<br>1703 North Front Street<br>Harrisburg, PA 17102-2305 |
| Origin to Future, Inc.<br>181 New Road, Suite 221<br>Parsippany, NJ 07054-5652 | P.V. Holdings, Inc. D.B.A. Avix Avis<br>c/o Teresa Husted<br>300 Centre Pointe Dr.<br>Virginia Beach, VA 23462-4415 | PCTEL, Inc.<br>20410 Observation Drive, Suite 200<br>Germantown, MD 20876-4093 |
| PEO Services, L.P. (Insperity)<br>19001 Crescent Springs Drive<br>Kingwood, TX 77339-3802 | Paychex<br>1175 John Street<br>West Henrietta, NY 14586-9199 | Pitney Bowes Inc.<br>2225 American Drive<br>Neenah, WI 54956-1005 |
| Premium Assignment Corporation<br>PO Box 8000<br>Tallahassee, FL 32314-8000 | Premium Assignment Corporation<br>Attn: Kelton M. Farris<br>3522 Thomasville Rd. Suite 400<br>Tallahassee, FL 32309-3488 | Prithvi Information Solutions LLC<br>10900 NE 4th #2300<br>Bellevue, WA 98004-5882 |
| Pure Health Solutions Inc.<br>950 Corporate Woods Parkway<br>VernonHills, IL 60061-3155 | Quad Tech Solutions Inc.<br>3 Parity Road,<br>Brampton, ON L6X 0Z3 | RMCI Construction LLC<br>6917 Russell Curry Road<br>Arlington, TX 76001-6668 |
| Radha Krushn Communications, Inc.<br>143 Birch Street, Ste. 108<br>Carpentersville, IL 60110-1678 | Rahil Ahmad<br>3212 Golden Springs Drive<br>Plano, TX 75025-3924 | Red Door Management Inc.<br>3815 River Crossing Parkway Suite 100<br>Indianapolis, IN 46240-7766 |
| Reliant Energy<br>PO Box 3765<br>Houston, TX 77253-3765 | Rogers & Hardin LLP<br>2700 International Tower<br>229 Peachtree Street N. E<br>Atlanta, GA 30303-1601 | Royal Bank of America Leasing<br>550Township Line Road, Ste 425<br>Blue Bell, PA 19422-2734 |
| S & K Electrical Contracting, LLC<br>26 Lucas Lane<br>Gonzales, TX 78629-2800 | SQN Technologies, LLC<br>c/o Mark Stout<br>Padfield & Stout, L.L.P<br>421 W. Third Street, Suite 910<br>Fort Worth, TX 76102 US | Saimtek Inc<br>1441 E Maple Rd, Suite 314<br>Troy, MI 48083-4025 |
| Securities and Exchange Commission<br>801 Cherry St # 1<br>Fort Worth, TX 76102-6881 | Security Life Insurance Co.<br>PO Box 68<br>East Petersburg, PA 17520-0068 | Select Laundry<br>PO Box 426<br>Arvada, CO 80001-0426 |

| | | |
|---|---|---|
| Oklahoma Tax Commission<br>General Counsel's Office<br>120 N. Robinson, Ste 2000W<br>Oklahoma City, OK 73102 | Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Rd., Ste. 140<br>Addison, TX 75001-5377 | Kartik R. Singapura<br>Cherry Petersen Landry Albert LLP<br>8350 N. Central Expressway, Suite 1500<br>Dallas, TX 75206-1619 |
| Amanda Morreale<br>c/o W. Charles Sipio<br>Kolman Ely P.C.<br>414 Hulmeville Ave.<br>Penndel, PA 19047-5517 | Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921 | Small Business Administration<br>4300 Amon Carter Blvd, Ste. 114<br>Fort Worth, TX 76155-2652 |
| Software Quality Leaders, Inc.<br>12000 Ford Road, Suite A411<br>Dallas, TX 75234-7249 | Howard Marc Spector<br>12770 Coit Road, Ste. 1100<br>Dallas, TX 75251-1329 | Staples Inc.<br>3333 Preston Road<br>Frisco, TX 75034-9013 |
| Jason Starks<br>300 West 15th St., 8th Floor<br>Austin, TX 78701-1649 | Texas Comptroller of Public Accounts<br>Revenue Accounting Div - Bankruptcy Section<br>PO Box 13528<br>Austin, TX 78711-3528 | State of New Jersey<br>Division of Taxation-Corporation Tax<br>P.O Box 666<br>Trenton, NJ 08646-0666 |
| State of New Jersey - CBT<br>Department of the Treasury-Division of Revenue Processing Center<br>P.O Box 666<br>Trenton, NJ 08646-0666 | Sunbiz.org<br>2661 Executive Centre Circle West<br>Tallahassee, FL 32301-5020 | Swingle Collins & Associates<br>13760 Noel Road, Ste. 600<br>Dallas, TX 75240-1381 |
| T-Mobile International AG<br>2408 Preston Road, Ste. 704b<br>Plano, TX 75093-2335 | TBrij LLC (dba Corporation Cars)<br>TBril LLC dba Corporation Cars<br>453 Arbol<br>Irving, TX 75039-3038 | TMAC Mechanical<br>11126 Shady Trail, Suite # 110<br>Dallas, TX 75229-7697 |
| TRS RenTelco<br>1830 West Airfield Drive<br>PO Box 613260<br>Dallas, TX 75261 | TRS RenTelco<br>1830 West Airfiled Drive<br>PO Box 613260<br>Dallas, TX 75261 | TW Telecom<br>PO Box 172567<br>Denver, CO 80217-2567 |
| TW Telecom Holdings, Inc.<br>PO Box 172567<br>Denver, CO 80217-2567 | Talley<br>PO Box 511390<br>Los Angeles CA 90051-7945 | Texas Attorney General<br>1412 Main Street Suite 81<br>Dallas, TX 75202-4014 |
| Texas Attorney General<br>Bankruptcy Collections Division<br>Austin, TX 78711-2548 | Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>101 East 15th Street<br>Austin, TX 78778-0001 |
| Texas Workforce Commission<br>Jason Starks<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>OAG, Bankruptcy-Collection Div MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 | The New Jersey Division of Taxation<br>Corp. Service Audit group<br>PO Box 277<br>Trenton, NJ 08695-0277 |

Transceive Communications, Inc.
4394 Enterprise Pl
Fremont, CA 94538-6365

TransmediaX
125 Hopewell Grove Drive, Suite #100
Alpharetta, GA 30004-6989

TraveloPod Inc.
1111 W El Camino Real, Suite 109-240
Sunnyvale, CA 94087-1056

Travis Wolff
15950 N. Dallas Parkway
Suite 600
Dallas, TX 75248-6685

Treasury of Virginia
State Corporation Commission
Clerk's office
PO Box 7607
Merrifield, VA 22116-7607

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Cellular Corporation, Inc
8410 W. Bryn Mawr Ave.
Chicago, IL 60631-3418

US Department of Homeland Security
6500 Campus Circle Drive East
Irving, TX 75063-2715

United Concordia
P.O. Box 827399
Philadelphia, PA 19182-7

United Healthcare
Dept. CH 10151 600550151C0009
Palatine IL 60055-0001

United States Attorney
3rd Floor, 1100 Commerce St
Dallas, TX 75242-1699

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Universal Mobile Telecom
34475 Mound Road
Sterling Heights, MI 48310-5761

Universal Premium
PO Box 923928
Norcross, GA 30010-3928

Urmeet S. Juneja
c/o Mr. Steven A. Fleckman
515 Congress Avenue, Suite 1800
Austin, Texas 78701-3517

Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-0180

VAR Resources
Leasing Customer Service
MAC N00050055
800 Walnut Street
Des Moines, IA 50309-3605

VAR Resources, Inc.
2330 Interstate 30
Mesquite, TX 75150-2720

Verizon Communications (Verizon)
8555 Preston Road
Frisco, TX 75034-5606

Village of Skokie
5127 Oakton Street
Skokie, IL 60077-3600

Virginia Department of Taxation
P O Box 2156
Richmond, VA 23218-2156

WEX Bank
PO Box 6293
Carol Stream, IL 60197-6293

WEX Inc.
97 Darling Avenue
So. Portland, ME 04106-2301

Wells Fargo Financial Leasing, Inc.
800 Walnut Street
MAC N0005-055
Des Moines, IA 50309-3605

Wells Fargo Insurance Services Inc.
6100 Fairview Road
10th Floor (28210)
PO Box 220748
Charlotte, NC 28222-0748

West Virginia State Tax Department
Tax Account Administration Department
P O Box 11514
Charleston, WV 25339-1514

Williams Mullen
321 East Main St., Suite 400
Charlottesville, VA 22902-3201

WireTel
24914 Tomball Pkwy,
Tomball, TX 77375-7605

Xceed Technologies Inc.
43130 Amberwood Plaza, Suite 200
South Riding, VA 20152-4145

Xcell, Inc.
850 Olive Street
Shreveport, LA 71104-2162

eFax Corporation
PO Box 513000
Los Angeles, CA 90051-1000

*ADA INDIA(Ada Cellworks Engineering Pv
Global Vision
Electronic Sadan 2
MIDC TTC Industrial Area
Mahape Navi Mumbai 400 710

Paytime Harrisburg, Inc.
5053 Ritta Rd., #100
Mechanicsburg, PA 17055

GTL (USA), Inc.
5200 Tennyson Parkway, Suite 200
Plano, TX 75024-7147

Internal Revenue Service
1100 Commerce St
M/S MC5027DAL
Dallas, TX 75242

Internal Revenue Service
Attn: Donna Aaron
Mail Stop 4030-OKC
55 N Robinson
Oklahoma City, OK 73102

The Claims Center, LLC
12661 Challenger Parkway, Suite 200A
Orlando, FL 32826

Montana Department of Revenue
PO Box 6309
Helena, MT 59604-6309

West Virginia Works
State Government Office
407 Neville St. #1
Beckley, WV 25801

Department of Labor & Workforce Development
Burns Phillips, Commissioner
220 French Landing Drive
Nashville, TN 37243

*GTL Limited
Electronic Sadan 2, MIDC
TTC Industrial Area
Mahape, Navi Mumbai 400710

Mary Lou Boscardin
435 Maywood Court
Mechanicsburg, PA 17050

Candace Plank
c/o Allison Maynard
Wilson Elser
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75202

Corporate Recovery Associates, LLC
3830 Valley Centre Drive
Suite 705-152
San Diego, CA 92130-3320

Origin to Future, Inc.
8113 Strecker Lane
Plano, TX 75025

Department of the Treasury
Internal Revenue Service
Washington, DC 20224

The Department of Public Utilities
Citizens Energy Group
2020 N. Meridian St.
Indianapolis, IN 46202

Montana Department of Revenue
PO Box 7149
Helena, MT 59604-7149

Virginia Employment Commission
703 E. Main St.
Richmond, VA 23219

Unemployment Tax Services
444 N. 3rd Street, #3B
Philadelphia, PA 19123

Amarenda Uppalapati
Software Quality Leaders, Inc.
12000 Ford. Rd. #411
Dallas, TX 75234-7249

Atiya Jogezai
6101 Saintsbury Drive Apt. 232
The Colony, TX 75056

Urmeet Juneja
2420 Elm Leaf Ln
Plano, TX 75025-5182

Avis Budget Group
c/o Thomas Henry Scott
Basham & Scott
P.O. Box 450676
Houston, TX 77245

Origin to the Future
7800 Preston Road, Suite 127
Plano, TX 75024

U.S. Equal Employment Opportunity Commission
Philadelphia District Office
801 Market Street, Ste. 1300
Philadelphia, PA 19107

Montana Department of Revenue
PO Box 8021
Helena, MT 59604-8021

Montana Workforce Services Division
Scott-Eychner – Administrator
1315 East Lockey
PO Box 1728
Helena, MT 59604-1728

Utah Department of Workforce Services
875 N. Main Street
Beaver, UT 84713

State of New York Labor Department
75 Varick Street, Fl7
New York, NY 10013

New Jersey Department of Labor and Workforce Development
PO Box 381
Trenton, NJ  08625-0381

Division of Employment Security
421 E. Dunklin Street
Jefferson City, MO  65101

Mississippi Department of Employment Security
1235 Echelon Parkway
Jackson, MS  39213

State of Maryland Unemployment Commission
103 Chesapeake Blvd.
Elkton, MD  21921

Indiana Department of Labor
402 W. Washington St., Room 195
Indianapolis, IN  46204

Florida Labor & Employment Security
1864 17th Street
Sarasota, FL  34234

Alabama Department of Labor
1060-C East South Blvd.
Montgomery, AL  36131-2260

Georgia Department of Revenue
1800 Century Blvd. NE
Atlanta, GA  30345

State of Delaware
Division of Revenue
20653 Dupont Blvd. Unit 2
Georgetown, DE  19947

Pennsylvania Department of Revenue
Bureau of Corporation Taxes
PO Box 280703
Harrisburg, PA 17128-0703

**TAX RETURN - SERVICE LIST**
**In re GTL (USA), Inc.**
Case No. 15-40248
Updated as of November 20, 2015
KRCL File No. 3985596v1

Alabama Department of Revenue
Corporate Income Tax
P.O. Box 327430
Montgomery, AL 36132-7430

Alabama Department of Revenue – Legal Division
P. O. Box 320001
Montgomery, AL 36132-0001

Alabama Department of Industrial Relations – Legal Division
649 Monroe Street, Room 1801
Montgomery, AL 36131

Arizona Department of Revenue
P.O. Box 29079
Phoenix, AZ 85038-9079

Arizona Department of Revenue
P.O. Box 29085
Phoenix, AZ 85038-9085

DES Unemployment Tax
Arizona Department of Economic Security
P.O. Box 52027
Phoenix, AZ 85072-2027

Arizona Department of Revenue
Bankruptcy Unit
1600 West Monroe, 7th Floor
Phoenix, AZ 85007

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531

Bankruptcy Section MS A340
Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952

CA Unemployment Tax
Employment Development Department
P.O. Box 826880
Sacramento, CA 94280-0001

Employment Development Department
P.O. Box 989150
West Sacramento, CA 95798-9150

Florida Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0135

Florida Department of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Georgia Department of Revenue
P.O. Box 740397
Atlanta, GA 303374-0397

Georgia Department of Revenue
P.O. Box 740320
Atlanta, GA 303374-0320

Illinois Department of Revenue
P.O. Box 19008
Springfield, IL 62794-9008

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Illinois Department of Employment Security
33 South State Street – Bankruptcy Unit – 10th Flr.
Chicago, IL 60603-2808

Indiana Department of Revenue
P.O. Box 7231
Indianapolis, IN 46207-7231

Indiana Department of Revenue
Bankruptcy Section – MS 108
100 N. Senate Avenue, N240
Indianapolis, IN 46204

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Maryland Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411-0001

Comptroller of Maryland
P.O. Box 1829
Attn Legal Section
Annapolis, MD 21404

Mississippi Department of Revenue
P.O. Box 23050
Jackson, MS 39225-3050

Mississippi Department of Revenue
P.O. Box 23075
Jackson, MS 39225-3075

Mississippi State Tax Commission
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2809

Missouri Department of Revenue
P.O. Box 700
Jefferson City, MO 65105-0700

Director of Revenue
Secretary of State
P.O. Box 1366
Jefferson City, MO 65102-1366

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475

| | | |
|---|---|---|
| State of New Jersey<br>Div. of Taxation – Rev Processing Center<br>P.O. Box 666<br>Trenton, NJ 08646-0666 | New Jersey Division of Taxation<br>Corp. Service Audit Group<br>P.O. Box 277<br>Trenton, NJ 08695-0277 | State of New Jersey – Division of Taxation<br>Compliance and Enforcement –<br>Bankruptcy Unit<br>50 Barrack Street, 9th Floor<br>P.O. Box 245<br>Trenton, NJ 08695-0267 |
| NYS Dept. of Taxation & Finance<br>P.O. Box 15163<br>Albany, NY 12212-5163 | Commissioner of Taxation & Finance<br>NYS Assessment Receivables<br>General Post Office<br>P.O. Box 4128<br>Binghamton, NY 13902-4128 | New York State Corporation Tax<br>Processing Unit<br>P.O. Box 22094<br>Albany, NY 12201-2094 |
| GTL (USA, Inc.)<br>Attn: Rajiv Kamat<br>5200 Tennyson Parkway, Suite 200<br>Plano, TX 75024 | NYS Dept. of Taxation & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205-0030 | Oklahoma Tax Commission<br>General Counsel's Office – Bankruptcy Section<br>120 N. Robinson, Suite 2000 W<br>Oklahoma City, OK 73102-7895 |
| Oklahoma Tax Commission<br>Franchise Tax<br>Post Office Box 26920<br>Oklahoma City, OK 73126-0920 | Oklahoma Employment Security<br>Commission<br>P.O. Box 52004<br>Oklahoma City, OK 73152-2004 | Oklahoma Tax Commission<br>General Counsel's Office<br>100 N. Broadway Ave., Suite 1500<br>Oklahoma City, OK 73102-8601 |
| Pennsylvania Department of Revenue<br>Department 280946<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 | Cumberland County Tax Bureau<br>21 Waterford Drive, Suite 201<br>Mechanicsburg, PA 17050-8268 | Tennessee Department of Revenue<br>Andrew Jackson State Office Building<br>500 Deaderick Street<br>Nashville, TN 37242 |
| Tennessee Department of Revenue<br>Attorney General's Office, Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Texas Comptroller of Public Accounts<br>P.O. Box 149348<br>Austin, TX 78714-9348 | Texas Workforce Commission Regulatory Integrity Division – SAU<br>Office of the Attorney General,<br>Bankruptcy – Collection Division MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Texas Comptroller of Public Accounts<br>Revenue Accounting Div – Bankruptcy Section<br>P.O. Box 13528<br>Austin, TX 78711-3528 | Texas Attorney General<br>Bankruptcy Collections Division<br>PO Box12548<br>Austin, TX 78711-2548 | Texas Attorney General<br>1412 Main Street, Suite 81<br>Dallas, TX 75202-4014 |
| Texas Workforce Commission<br>Bankruptcy Unit Room 556<br>101 East 15th Street<br>Austin, TX 78778-0001 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-0300 | Utah State Tax Commission<br>Taxpayer Services Division<br>Attention Compliance Services Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-0180 |
| State of Utah Office of the Attorney General<br>Tax & Revenue Division<br>160 East 300 South, 5th Floor<br>P.O. Box 140874<br>Salt Lake City, UT 84114-0874 | State of Utah Office of Recovery Services<br>P.O. Box 45033<br>Salt Lake City, UT 84145-0033 | Commonwealth of Virginia Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2516 |
| Treasury of Virginia<br>State Corporation Commission<br>Clerk's Office<br>P.O. Box 7607<br>Merrifield, VA 22116-7607 | Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 1115<br>Richmond, VA 23230 | Commonwealth of Virginia<br>Tax Authority Consulting Services, PC<br>P.O. Box 2156<br>Richmond, VA 23218 |

| | | |
|---|---|---|
| West Virginia State Tax Dept.<br>Tax Account Administration Div.<br>P.O. Box 1202<br>Charleston, WV  25324-1202 | West Virginia State Tax Department<br>Tax Account Administration Department<br>P.O. Box 11514<br>Charlestown, WV 25339-1514 | West Virginia Division of Tax and Revenue<br>Bankruptcy Unit<br>P.O. Box 766<br>Charleston, WV 25323-0766 |
| Georgia Dept. of Revenue<br>Suite 9100<br>1800 Century Boulevard, NE<br>Atlanta, GA  30345 | Richard J. Feferman<br>c/o Corporate Recovery Associates, LLC<br>3830 Valley Center Drive, Suite 705-152<br>San Diego, CA 92130 | |