| CASE NAME: | GTL (USA), Inc. |
|---|---|
| This report covers the GTL Creditors Trust only | |

| CASE NUMBER: | 15-40248 |
|---|---|

UNITED STATES BANKRUPTCY COURT

NORTHERN AND EASTERN DISTRICTS

DALLAS AND TYLER DIVISONS

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY:              Corporate Recovery Associates, LLC

Original Signature of Responsible Party    *[signature]*

Printed Name of Responsible Party       Richard J. Feferman, CIRA for Corporate Recovery Associates, LLC

Title                           Senior Managing Director

Date                            4/20/16

PREPARER:                       Richard J. Feferman, CIRA for Corporate Recovery Associates, LLC

Original Signature of Preparer           *[signature]*

Printed Name of Preparer         Richard J. Feferman for Corporate Recovery Associates, LLC

Title                           Senior Managing Director

Date                            4/20/16

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME: GTL (USA), Inc.
This report covers the GTL Creditors Trust only

CASE NUMBER: 15-40248

QUARTER ENDING: March 31, 2016

| # | Item | | Amount |
|---|------|---|--------|
| 1 | BEGINNING OF QUARTER CASH BALANCE: | | $649,125.20 |
|   | CASH RECEIPTS: | | |
|   | CASH RECEIPTS DURING CURRENT QUARTER: | | |
|   | (a). Cash receipts from business operations | + | |
|   | (b). Cash receipts from loan proceeds | + | |
|   | (c). Cash receipts from contributed capital | + | $0.00 |
|   | (d). Cash receipts from tax refunds | + | |
|   | (e). Cash receipts from other sources | + | |
| 2 | TOTAL CASH RECEIPTS | = | $0.00 |
|   | CASH DISBURSEMENTS: | | |
|   | (A). PAYMENTS MADE UNDER THE PLAN: | | |
|   | (I). Administrative | + | |
|   | (2). Secured Creditors | + | |
|   | (3). Priority Creditors | + | $13,355.22 |
|   | (4). Unsecured Creditors | + | $117,992.46 |
|   | (5). Additional Plan Payments | + | |
|   | (B). OTHER PAYMENTS MADE THIS QUARTER: | | |
|   | (1). General Business (Bank Charges) | + | $627.78 |
|   | (2). Other Disbursements (Professional Fees) | + | $35,932.76 |
| 3 | TOTAL DISBURSEMENTS THIS QUARTER | | $167,908.22 |
| 4 | CASH BALANCE END OF QUARTER **(Note to UST Analyst - cell G38 appears to of had an error in its formula that has been corrected by Creditors Trustee's analyst)** | = | $481,216.98 |

POST CONFIRMATION
QUARTERLY BANK RECONCILEMENT

| CASE NAME: | GTL (USA), Inc. |
|---|---|
| | This report covers the GTL Creditors Trust only |

| CASE NUMBER: | 15-40248 |
|---|---|

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts'with restricted funds should be identified by placing an asterisk next to the account number.
Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING:

| | Bank Reconciliations | Account #1 | Account #2 | Account #3 | Account #4 | TOTAL |
|---|---|---|---|---|---|---|
| A. | Bank | US Bank | US Bank | US Bank | | |
| B. | Account Number | 157506719341 | 157506719838 | 157506719846 | | |
| C. | Purpose (Type) | General | Expense Reserves | Disputed Claims Reserves | | |
| 1 | Balance Per Bank Statement | $481,382.74 | $0.00 | $0.00 | | $481,382.74 |
| 2 | Add: Total Deposits Not Credited | | | | | + $0.00 |
| 3 | Subtract: Outstanding Checks | $165.76 | | | | $165.76 |
| 4 | Other Reconciling Items | | | | | $0.00 |
| 5 | Month End Balance Per Books | $481,216.98 | $0.00 | $0.00 | | = $481,216.98 |
| 6 | Number of Last Check Written | 1002 | | | | |
| 7 | Cash: Currency on Hand | $481,216.98 | | | | + $481,216.98 |
| 8 | Total Cash - End Of Month | $481,216.98 | | | | = $481,216.98 |

CASH IN:
INVESTMENT ACCOUNTS

| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | | Value |
|---|---|---|---|---|---|---|
| 9 | | | | | | + |
| 10 | | | | | | + |
| 11 | | | | | | + |
| 12 | | | | | | + |
| 13 | Total Cash Investments | | | | | = $0.00 |
| 14 | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | | | $481,216.98 |
| | | | | | | **** |

**** Must tie to Line 4, Quarterly Operating Report