| CASE NAME: | GTL (USA), Inc. |
|---|---|
| This report covers the GTL Creditors Trust only | |

| CASE NUMBER: | 15-40248 |
|---|---|
| **FINAL REPORT** | |
| QUARTER ENDING: 6/30/16 (Cutoff Date 6/9/16) | |

UNITED STATES BANKRUPTCY COURT

NORTHERN AND EASTERN DISTRICTS

DALLAS AND TYLER DIVISONS

FOR POST CONFIRMATION USE

FINAL QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY: Corporate Recovery Associates, LLC

Original Signature of Responsible Party _[signature]_

Printed Name of Responsible Party    Richard J. Feferman, CIRA for Corporate Recovery Associates, LLC

Title    Senior Managing Director

Date    6/23/16

PREPARER:

Original Signature of Preparer _[signature]_

Printed Name of Preparer    Richard J. Feferman, CIRA for Corporate Recovery Associates, LLC

Title    Senior Managing Director

Date    6/23/16

QUARTER ENDING: 6/30/16 (Cutoff Date 6/9/16)

POST CONFIRMATION  **FINAL REPORT**
FINAL QUARTERLY BANK RECONCILEMENT

CASE NAME: GTL (USA), Inc.
This report covers the GTL Creditors Trust only

CASE NUMBER: 15-40248

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING: 6/30/16 (Cutoff Date 6/9/16)

| | Bank Reconciliations | Account #1 | Account #2 | Account #3 | Account #4 | TOTAL |
|---|---|---|---|---|---|---|
| A. | Bank | US Bank | US Bank | US Bank | | |
| B. | Account Number | 157506719341 | 157506719838 | 157506719846 | | |
| C. | Purpose (Type) | General | Expense Reserves | Disputed Claims Reserves | | |
| 1 | Balance Per Bank Statement | $463,085.81 | | | | $463,085.81 |
| 2 | Add: Total Deposits Not Credited | | | | | + $0.00 |
| 3 | Subtract: Outstanding Checks | $236,877.89 | | | | $236,877.89 |
| 4 | Other Reconciling Items | | | | | $0.00 |
| 5 | Month End Balance Per Books | $226,207.92 | | | | = $226,207.92 |
| 6 | Number of Last Check Written | 1005 | | | | |
| 7 | Cash: Currency on Hand | $463,085.81 | | | | + $463,085.81 |
| 8 | Total Cash - End Of Month | $463,085.81 | $0.00 | $0.00 | | = $463,085.81 |

| | CASH IN: INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|---|
| | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | | Value |
| 9 | | | | | | + |
| 10 | | | | | | + |
| 11 | | | | | | + |
| 12 | | | | | | + |
| 13 | Total Cash Investments | | | | | = $0.00 |
| 14 | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | | | $463,085.81 **** |

**** Must tie to Line 4, Quarterly Operating Report

# FINAL REPORT

POST CONFIRMATION
FINAL QUARTERLY OPERATING REPORT

CASE NAME: GTL (USA0, Inc.
This report covers the GTL Creditors Trust only

CASE # 15-40248
**FINAL REPORT**
QUARTER ENDING: 6/30/16 (Cutoff Date 6/9/16)

| | | |
|---|---|---|
| 1 BEGINNING OF QUARTER CASH BALANCE: | | $481,216.98 |
| CASH RECEIPTS: | | |
| CASH RECEIPTS DURING CURRENT QUARTER: | | |
| (a). Cash receipts from business operations | + | |
| (b). Cash receipts from loan proceeds | + | |
| (c). Cash receipts from contributed capital | + | |
| (d). Cash receipts from tax refunds | + | |
| (e). Cash receipts from other sources | + | |
| 2 TOTAL CASH RECEIPTS | = | $481,216.98 |
| CASH DISBURSEMENTS: | | |
| (A). PAYMENTS MADE UNDER THE PLAN: | | |
| (I). Administrative | + | |
| (2). Secured Creditors | + | $199.95 |
| (3). Priority Creditors | + | $4,650.17 |
| (4). Unsecured Creditors | + | $231,770.21 |
| (5). Additional Plan Payments | + | $91.80 |
| (B). OTHER PAYMENTS MADE THIS QUARTER: | | |
| (1). General Business (Bank Charges) | + | $353.29 |
| (2). Other Disbursements (Professional Fees and OUST Fees) | + | $17,943.64 |
| 3 TOTAL DISBURSEMENTS THIS QUARTER | | $255,009.06 |
| 4 CASH BALANCE END OF QUARTER | = | $226,207.92 |